Civil Action No. 17-5247 CBM (JEMx)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*     AETNA CASUALTY & SURETY COMPANY N/K/A TRAVELERS CASUALTY & SURETY COMPANY

**was received by me on July 19, 2017**

☐ I personally served the Summons & Complaint on the individual at CSC Lawyers, Inc. 2710 Gateway Oaks Dr Ste 150N, Sacramento, CA 95833-3502 on July 19, 2017 2:54 PM

☐ I left the Summons & Complaint at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☑ I served the Summons & Complaint to BECKY DEGEORGE, who is designated by law to accept service of process on behalf of AETNA CASUALTY & SURETY COMPANY N/K/A TRAVELERS CASUALTY & SURETY COMPANY on July 19, 2017 2:54 PM

☐ I returned the Summons & Complaint unexecuted because;

☐ other *(specify):*

*My fees are $ .00 for travel and $ 72.65 for services, for a total of $ 72.65*

*I declare under penalty of perjury that this information is true.*

Date: 7/20/17

                                     *Server's signature*

                                     **KATRINA WILLIAMS**
                                     *Printed name and title*

                                     AFFORDABLE LEGAL SERVICES
                                     578 Sutton Way # 294
                                     Grass Valley, CA 95945
                                     (530) 272-5463
                                     *Server's Address*