Civil Action No. 17-5247 CBM (JEMx)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **LIBERTY MUTUAL INSURANCE COMPANY** was received by me on July 19, 2017

☐ I personally served the Summons & Complaint on the individual at CSC Lawyers, Inc. 2710 Gateway Oaks Dr Ste 150N, Sacramento, CA 95833-3502 on July 19, 2017 2:54 PM

☐ I left the Summons & Complaint at the individual's residence or usual place of abode with ,a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☑ I served the Summons & Complaint to BECKY DEGEORGE, who is designated by law to accept service of process on behalf of LIBERTY MUTUAL INSURANCE COMPANY on July 19, 2017 2:54 PM

☐ I returned the Summons & Complaint unexecuted because;

☐ other *(specify)*:

*My fees are $ .00 for travel and $ 33.15 for services, for a total of $ 33.15*

*I declare under penalty of perjury that this information is true.*

Date: 7/20/17

_____
Server's signature

**KATRINA WILLIAMS**
*Printed name and title*

**AFFORDABLE LEGAL SERVICES**
578 Sutton Way # 294
Grass Valley, CA 95945
**(530) 272-5463**
*Server's Address*

A0440-ALS118352