Sonia S. Waisman, State Bar No. 153010
E-Mail: *swaisman@mwwllp.com*
Heather L. McCloskey, State Bar No. 193239
E-Mail: *hlmccloskey@mwwllp.com*
McCLOSKEY, WARING & WAISMAN LLP
1960 East Grand Ave., Suite 580
El Segundo, California 90245
Telephone No.: 310.524.0400
Fax No.: 310.524.0404

Attorneys for Defendant and Counterclaimant
TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY (erroneously sued as AETNA CASUALTY & SURETY COMPANY n/k/a TRAVELERS CASUALTY & SURETY COMPANY a/k/a ST. PAUL TRAVELERS)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROW ELECTRONICS, INC., a New York Corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>AETNA CASUALTY & SURETY COMPANY n/k/a TRAVELERS CASUALTY & SURETY COMPANY a/k/a ST. PAUL TRAVELERS, a Connecticut Corporation, LIBERTY MUTAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>                    Defendants.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, f/k/a The Aetna Casualty and Surety Company (erroneously sued as Aetna Casualty & Surety Company n/k/a Travelers Casualty & Surety Company a/k/a St. Paul Travelers)<br><br>                    Counter-Claimant,<br>    v.<br><br>ARROW ELECTRONICS, INC.<br><br>                    Counter-Defendant. | Case No. CV 2:17-05247-JFW (JEMx)<br><br>**TRAVELERS CASUALTY AND SURETY COMPANY'S DECLARATON OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

DECLARATION OF LEAD TRIAL COUNSEL                                    CV 2:17-05247-JFW (JEMx)

1  Counsel for Defendant and Counter-Claimant Travelers Casualty and Surety
2  Company, formerly known as The Aetna Casualty and Surety Company
3  (erroneously sued as "Aetna Casualty & Surety Company n/k/a Travelers Casualty
4  & Surety Company a/k/a St. Paul Travelers") declares as follows:

6  Counsel has registered as an ECF User and has consented to service and
7  receipt of filed documents by electronic means. Counsel's E-Mail Address of
8  Record is swaisman@mwwllp.com.

By: /s/Sonia S. Waisman
Sonia S. Waisman

Attorneys for Defendant
TRAVELERS CASUALTY AND SURETY
COMPANY, formerly known as THE
AETNA CASUALTY AND SURETY
COMPANY (erroneously sued as AETNA
CASUALTY & SURETY COMPANY n/k/a
TRAVELERS CASUALTY & SURETY
COMPANY a/k/a ST. PAUL TRAVELERS)

1

DECLARATION OF LEAD TRIAL COUNSEL        CV 2:17-05247-JFW (JEMx)