1  KEVIN G. McCURDY (SBN 115083)
   LAUREN K. KANTHA (SBN 311822)
2  McCURDY & FULLER LLP
   565 Middlefield Road, Suite 100
3  Menlo Park, CA 94025
   Telephone:  (650) 618-3500
4  Facsimile:   (650) 618-3599
   E-mail:  kevin.mccurdy@mccurdylawyers.com
5  E-mail:  Lauren.kantha@mccurdylawyers.com

6  Attorneys for Defendant
   LIBERTY MUTUAL INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  ARROW ELECTRONICS, INC., A New York Corporation, | CASE NO. 2:17-cv-05247-JFW-JEM |
| 11 | |
| 12              Plaintiffs, | **DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY 'S DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |
| 13       v. | |
| 14  AETNA CASUALTY & SURETY COMPANY n/k/a TRAVELERS | |
| 15  CASUALTY & SURETY COMPANY | |
| 16  a/k/a ST. PAUL TRAVELERS, a | |
| 17  Connecticut Corporation, LIBERTY MUTUAL INSURANCE COMPANY, a | |
| 18  Massachusetts Corporation, | |
| 19 | |
| 20              Defendants. | |
| 21  TRAVELERS CASUALTY AND | |
| 22  SURETY COMPANY, f/k/a/ The Aetna Casualty and Surety Company | |
| 23  (erroneously sued as Aetna Casualty & Surety Company n/k/a Travelers Casualty | |
| 24  & Surety Company a/k/a St. Paul Travelers) | |
| 25              Counter-Claimant, | |
| 26       v. | |
| 27  ARROW ELECTRONICS, INC. | |
| 28              Counter-Defendant | |

63077                                    - 1 -

1    Counsel for Defendant Liberty Mutual Insurance Company, a Massachusetts

2    Corporation ("Liberty Mutual") declare as follows:

3    Counsel has registered as an ECF User and has consents to service and receipt

4    of filed documents nu electronic means.  Counsel's E-Mail address of record is

5    kevin.mccurdy@mccurdylawyers.com

6

7    Dated:  August 22, 2017                    McCURDY & FULLER LLP

8

9

10                                             /s/ Kevin G. McCurdy
                                               KEVIN G. McCURDY
11                                             Attorneys for Defendant
                                               LIBERTY MUTUAL INSURANCE
12                                             COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCURDY & FULLER LLP
565 Middlefield Road, Suite 100
Menlo Park, CA 94025
(650) 618-3500

63077

- 2 -

**DECLARATION OF LEAD COUNSEL**