KEVIN G. McCURDY (SBN 115083)
LAUREN K. KANTHA (SBN 311822)
McCURDY & FULLER LLP
565 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: Lauren.kantha@mccurdylawyers.com

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROW ELECTRONICS, INC., A New York Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> AETNA CASUALTY & SURETY COMPANY n/k/a TRAVELERS CASUALTY & SURETY COMPANY a/k/a ST. PAUL TRAVELERS, a Connecticut Corporation, LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation, <br><br> Defendants. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY, f/k/a/ The Aetna Casualty and Surety Company (erroneously sued as Aetna Casualty & Surety Company n/k/a Travelers Casualty & Surety Company a/k/a St. Paul Travelers) <br><br> Counter-Claimant, <br><br> v. <br><br> ARROW ELECTRONICS, INC. <br><br> Counter-Defendant | CASE NO. 2:17-cv-05247-JFW-JEM <br><br> **PROOF OF SERVICE** |

63079
- 1 -
**PROOF OF SERVICE**

# PROOF OF SERVICE

*Arrow Electronics, Inc. v. Aetna Casualty & Surety Company, et al.*
United States District Court, Central District of California
Case No. 2:17-cv-05247-JFW-JEM

I am a citizen of the United States. My business address is 565 Middlefield Road, Suite 100, Menlo Park, CA 94025. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of documents for mailing with the U.S. Postal Service, and that practice is that documents are deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S DECLARATION OF LEAD TRIAL COUNSEL RE COMPLIANCE WITH LOCAL RULES GOVERNING ELETRONIC FILING**

Addressed to the following recipients:

**SEE SERVICE LIST**

__X__ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

_____ (BY ELECTRONIC MAIL) I caused such document(s) to be electronically transmitted to the parties stated on the service list.

_____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

__X__ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 22, 2017, at Menlo Park, CA

/s/Mary Gray-Bonilla
Mary Gray-Bonilla

# SERVICE LIST
## United States District Court, Central District of California
## Case No. 2:17-cv-05247-JFW-JEM

Michael Stoner, Esq.
ANDERSON KILL WOOD & BENDER
2029 Century Park E
Suite 300
Los Angeles, CA 90067-2904
Tel.: (805) 288-1300
Fax: (805) 288-1301

Bridget Byrnes Hirsch, Esq.
ANDERSON KILL CALIFORNIA LLP
Wells Fargo Plaza
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 943-1444
Fax: (212) 278-1733

Finley Harckham, Esq.
ANDERSON KILL P.C.
1251 6th Avenue
New York, NY 10020
Tel.: (212) 278-1000
Fax: (212) 278-1733
Pending *Pro Hac Vice*

Steven J. Pudell, Esq.
ANDERSON KILL P.C.
One Gateway Center, Suite 1510
Newark, NJ 07102
Tel: (973) 642-5877
Fax: (973) 621-6361
Admitted *Pro Hac Vice*

Attorneys for Plaintiff
**Arrow Electronics, Inc.**

Sonia S. Waisman, Esq.
Heather L. McCloskey, Esq.
McCLOSKEY, WARING &
WAISMAN LLP
1960 East Grand Ave., Suite 580
El Segundo, CA 90245
Tel.: (310) 524-0400
Fax: (310) 524-0404

Attorneys for Defendants
**Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company** (erroneously sued as Aetna Casualty & Surety Company n/k/a Travelers Casualty Surety Company a/k/a St. Paul Travelers)

63079