Bridget Byrnes Hirsch, State Bar No. 257015
bhirsch@andersonkill.com
ANDERSON KILL CALIFORNIA L.L.P.
Wells Fargo Plaza
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.:   (213) 943-1444
Fax:   (212) 278-1733
(*Counsel To Be Noticed*)

Finley Harckham (*Admitted Pro Hac Vice*)
fharckham@andersonkill.com
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel.:   (212) 278-1000
Fax:   (212) 278-1733
(*Lead Trial Counsel*)

Attorneys for Plaintiff
ARROW ELECTRONICS, INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROW ELECTRONICS, INC., a New York Corporation,<br><br>Plaintiff,<br><br>- against –<br><br>AETNA CASUALTY & SURETY COMPANY n/k/a TRAVELERS CASUALTY & SURETY COMPANY a/k/a ST. PAUL TRAVELERS, a Connecticut Corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Defendants. | **Case No. 2:17-cv-5247-JFW-JEM**<br><br>**PLAINTIFF ARROW ELECTRONICS, INC.'S DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

- 1 -

**Plaintiff Arrow Electronics, Inc.'s Declaration of Lead Trial Counsel Re: Compliance with Local Rules Governing Electronic Filing**

nydocs1-1094697.1

| | |
|---|---|
| 1 | TRAVELERS CASUALTY AND SURETY COMPANY, f/k/a The Aetna Casualty and Surety Company (erroneously sued as Aetna Casualty & Surety Company n/k/a Travelers Casualty & Surety Company a/k/a St. Paul Travelers) |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Counter-Claimant, |
| 7 | v. |
| 8 | ARROW ELECTRONICS, INC. |
| 9 | |
| 10 | Counter-Defendant. |

I, FINLEY HARCKHAM, Lead Trial Counsel for Plaintiff ARROW ELECTRONICS, INC. ("Arrow") in the above-captioned action, hereby declare as follows:

1. I have registered as an "ECF User" with the Central District of California.

2. I hereby consent to receive service and receipt of filed documents by electronic means.

3. My "Email Address of Record" is:

Fharckham@andersonkill.com

I hereby declare that the above statements are true and correct under penalty of perjury, executed on this 23rd day of August, 2017, in New York, New York.

**ANDERSON KILL P.C.**

By: */s/ Finley Harckham*
Finley Harckham
Attorney for Plaintiff
Arrow Electronics, Inc.

- 2 -

**Plaintiff Arrow Electronics, Inc.'s Declaration of Lead Trial Counsel Re: Compliance with Local Rules Governing Electronic Filing**

nydocs1-1094697.1

# PROOF OF SERVICE

I hereby certify that on August 23, 2017, I electronically filed a copy of **ARROW ELECTRONICS, INC.'S DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**, with the United States District Court CM/ECF system, and pursuant to that system, notification of the filing was sent electronically to the parties on the attached Service List.

                                                  /s/ Finley Harckham
                                                  Finley Harckham
                                                  Attorney for Plaintiff
                                                  Arrow Electronics, Inc.

## SERVICE LIST

| Party | Counsel |
|---|---|
| **Aetna Casualty and Surety Company:** | **Heather Lynn McCloskey**<br>McCloskey Waring Waisman and Drury LLP<br>1960 East Grand Avenue Suite 580<br>El Segundo, CA 90245<br>310-524-0400<br>Fax: 310-524-0404<br>Email: hlmccloskey@mwwllp.com<br><br>and<br><br>**Sonia S Waisman**<br>McCloskey Waring and Waisman LLP<br>1960 East Grand Avenue Suite 580<br>El Segundo, CA 90245<br>310-524-0400<br>Email: swaisman@mwwllp.com |
| **Liberty Mutual Insurance Company:** | **Kevin G McCurdy**<br>McCurdy and Fuller LLP<br>565 Middlefield Road, Suite 100<br>Menlo Park, CA 94025<br>650-618-3500<br>Fax: 650-618-3599<br>Email: kevin.mccurdy@mccurdylawyers.com<br><br>and<br><br>**Lauren Krista Kantha**<br>McCurdy and Fuller LLP<br>565 Middlefield Road Suite 100<br>Menlo Park, CA 94025<br>650-618-3500<br>Fax: 650-618-3599<br>Email: lkk@mccurdylawyers.com |