Name and address:
Heather L. McCloskey, State Bar No. 193239
E-Mail: hlmccloskey@mwwdlaw.com
McCloskey, Waring, Waisman & Drury LLP
1960 East Grand Ave., Suite 580
El Segundo, CA 90245
Telephone No.: 310.524.0400
Facsimile No.: 310.524.0404

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arrow Electronics, Inc., a New York Corporation,<br><br>                                       PLAINTIFF(S)<br>                         v.<br>Aetna Casualty & Surety Company n/k/a Travelers Casualty & Surety Company a/k/a St. Paul Travelers, et al<br><br>                                       DEFENDANT(S) | CASE NUMBER:<br><br>CV 2:17-05247-JFW (JEMx)<br><br>NOTICE OF CHANGE OF ATTORNEY<br>BUSINESS OR CONTACT INFORMATION |

### INSTRUCTIONS

*Attorneys with pending cases:*

If you are counsel of record in a case currently pending in this district and you need to update your business or contact information, you must file and serve this form in <u>each</u> of your pending cases. Doing so will satisfy your notice obligation under Local Rule 83-2.4. <u>In addition</u>, if you are a registered CM/ECF User, you must log in to your CM/ECF account and update your information directly in the CM/ECF System. *See* Local Rule 5-4.8.1.

*Attorneys with no pending cases:*

If you are a registered CM/ECF User with no cases currently pending in this district, and you need to update your business or contact information in the Court's records, you must log in to your CM/ECF account and update your information in the CM/ECF System. Doing so satisfies your obligations under Local Rules 5-4.8.1 and 83-2.4; you do not need to submit this or any other form.

If you are <u>not</u> a registered CM/ECF User, have no cases currently pending in this district, and need to update your business or contact information in the Court's records, please complete this form (you may leave the caption and case number blank) and e-mail it to email_update@cacd.uscourts.gov with the subject line "Attention: Attorney Admission Clerk." Doing so satisfies your notice obligation under Local Rule 83-2.4.

*Please note:*

Use this form only to make changes to an attorney's business or contact information, not to change a party's representation. If you need to add, remove, or substitute counsel in a particular case, use Form G-01 ("Request for Approval of Substitution or Withdrawal of Counsel") or Form G-123 ("Notice of Appearance or Withdrawal of Counsel").

### SECTION I - IDENTIFYING INFORMATION

Name: Heather L. McCloskey

Current e-mail address of record: hlmccloskey@mwwllp.com

Check one:   ☒ Member of the Central District Bar; CA Bar No: 193239            ☐ Admitted *pro hac vice*

Counsel of record for (if filing in a pending case):   Travelers Casualty and Surety Company, formerly known as

The Aetna Casualty and Surety Company

If you are an Assistant United States Attorney or Deputy Federal Public Defender in this district, indicate your agency and office:

☐ FPDO       ☐ USAO (specify):  ☐ Civil Division   ☐ Criminal Division

☐ Los Angeles       ☐ Santa Ana       ☐ Riverside

## SECTION II - UPDATED INFORMATION

[✓] I need to update the e-mail address associated with my CM/ECF account. My new primary e-mail address is: hlmccloskey@mwwdlaw.com

Note: *if you need to update the secondary e-mail address(es) associated with your CM/ECF account, you must log in to CM/ECF and makes those changes yourself. Court staff will not update that information for you.*

[✓] I need to update other business or contact information. Please replace my current contact information with the following new information:

Attorney's name changed to: _____

Name of new firm or government agency: McCloskey, Waring, Waisman & Drury LLP

New address: _____

New telephone number: _____   New fax number: _____

New e-mail address *(for non-CM/ECF Users)*: _____

## SECTION III - APPLICATION TO CLOSED CASES

If you are a CM/ECF User, you will have the opportunity to change your contact information in cases that are no longer pending when you update your information in CM/ECF. If you are not a registered CM/ECF User, using this form to update your information will affect pending and future cases only, unless you check one of the boxes below:

[ ] Update my information in all cases (including closed cases) in which I am listed as counsel of record.

[ ] Update my information in only the following cases *(include case name and number; attach additional pages if necessary)*:

_____
_____
_____
_____

## SECTION IV - REQUEST A CM/ECF LOGIN AND PASSWORD

If you are not a registered CM/ECF User, you may register simply by checking the box below and providing an e-mail address. (Attending a training session is no longer required.)

[ ] I wish to register as a CM/ECF User. Please send a CM/ECF login and password to me at the e-mail address given above (or at the following e-mail address, if none given above: _____ ). I agree to abide by all Court rules, orders, policies, and procedures governing use of the Court's CM/ECF System, and I understand that the combination of my user ID and password will serve as my signature when filing documents. I will protect the security of my password, and will notify the Court immediately if I suspect that my password has been compromised.

*Note that, pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION V - SIGNATURE

Pursuant to Rule 83-2.4 of the Local Rules for the Central District of California, I hereby notify the Clerk of Court and all parties to this action, if any action is named above, that my business or contact information has changed as indicated herein.

Date: September 5, 2017     Signature: /s/Heather L. McCloskey

# PROOF OF ELECTRONIC SERVICE

*Arrow Electronics, Inc. v. Aetna Casualty & Surety Company, et al.*

Case No. 2:17-cv-05247-CBM-JEM

I, Mary-T. Schorn, declare as follows:

I am employed with the law firm of McCloskey, Waring, Waisman & Drury LLP, whose address is 12671 High Bluff Drive, Suite 350, San Diego, California 92130.

On September 5, 2017, I served the following document:

**NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION**

on the following parties in this action:

| | |
|---|---|
| Bridget Byrnes Hirsch, Esq.<br>Anderson Kill LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA  90071<br>T: (213) 943-1444<br>F: (212) 278-1733<br>Email:  bhirsch@andersonkill.com | Attorneys for Plaintiff Arrow Electronics, Inc. |
| Finley T. Harckham, Esq.<br>Anderson Kill PC<br>1251 Avenue of the Americas<br>New York, NY  10020<br>T: (212) 278-1000<br>F: (212-278-1733<br>Email:  fharckham@andersonkill.com | Attorneys for Plaintiff Arrow Electronics, Inc. *Pro Hac Vice* |

**VIA PACER ELECTRONIC SERVICE:** I attached a true and correct copy of the above-entitled documents to PACER by electronic transfer for service on all counsel of record by electronic service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California on September 5, 2017.

/s/ *Mary-T. Schorn*
Mary-T. Schorn