JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROW ELECTRONICS, INC., a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AETNA CASUALTY & SURETY COMPANY n/k/a TRAVELERS CASUALTY & SURETY COMPANY a/k/a ST. PAUL TRAVELERS, a Connecticut Corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Defendants. | CASE NO. 2:17-cv-05247-JFW-JEM<br><br>**JUDGMENT** |

In accordance with the Court's May 15, 2018 Order Granting Motion of Defendant Insurers for Summary Judgment, or in the Alternative, for Partial Summary Judgment and Order Denying Plaintiff's Motion for Partial Summary Judgment (Docket No. 139), judgment is hereby entered in favor of defendant Liberty Mutual Insurance Company ("Liberty Mutual") and defendant and counterclaimant Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company (erroneously sued as Aetna Casualty & Surety Company n/k/a Travelers Casualty & Surety Company a/k/a St. Paul Travelers)) ("Travelers") and

against plaintiff and counter-defendant Arrow Electronics, Inc. on its first amended complaint and this action shall be dismissed on its merits.  Liberty Mutual and Travelers shall recover their costs.

Date: May 22, 2018

                                                Honorable John F. Walter
                                                United States District Court Judge