Case 2:17-cv-05247-JFW-JEM Document 191-3 Filed 04/03/20 Page 1 of 89 PageID #:11026

# Exhibit C

# Insurers' Opposition to Arrow's Renewed Motion for Partial Summary Judgment

# Exhibit 106

## (CORRECTED)



# Expert Report
## *of* **Adam H. Love, Ph.D.**

United States District Court
Central District of California

*Prepared for:*
Hayes Scott Bonino Ellingson Guslani Simonson & Clause
Nicolaides Fink Thorpe Michaelides & Sullivan McCloskey
Waring, Waisman, & Drury LLP

*Prepared by:*
**Roux Associates, Inc.**
555 12th Street, Suite 1725
Oakland, California 94607

February 4, 2020

*Arrow Electronics, Inc.*

v.

*Aetna Casualty & Surety Co., et al.*

Case No. 2:17-cv-05247-JFW-JEM

_____
Adam H. Love, Ph.D.
Vice President/Principal Scientist

Insurers' Opposition to Summary Judgment Exhibit No. 106

Environmental Consulting
& Management
1-415-967-6000
rouxinc.com

# Table of Contents

Introduction ........................................................................................................................... 3

Qualifications ......................................................................................................................... 3

    Testifying Appearances .................................................................................................. 4

Background ............................................................................................................................ 6

    Site Description ............................................................................................................... 6

    Site History ..................................................................................................................... 6

    Site Geology and Hydrogeology .................................................................................... 8

    Timeline of Regulatory Interactions ............................................................................. 12

Opinion and Bases for Opinion .......................................................................................... 16

    Opinion 1: ..................................................................................................................... 16

- Between approximately 1964 and 1971, there were ongoing releases of TCE to soil and groundwater at the former Wyle Laboratories Facility that resulted in the currently observed contamination of TCE and its degradation products at the Site. ........ 16

    Opinion 2: ..................................................................................................................... 20

- The only documented releases of TCE from the former Wyle Laboratories Facility were from ongoing operational releases between approximately 1964 and 1971. ........... 20

    Opinion 3: ..................................................................................................................... 21

- 70% of invoiced costs as of December 2019 are site investigatory in nature.  The remaining 30% of claimed costs are related to site remediation (26%) or legal costs (4%). ...................................................................................................................... 21

    Opinion 4: ..................................................................................................................... 27

- At a minimum, $996,283 of claimed costs for the environmental work associated with the Site is not reasonable and necessary, of which $945,709 was incurred after December 6, 2004. In addition, I identified additional invoiced costs that appear to include unreasonable costs, but without appropriate invoice backup I was unable to determine to what degree such costs were reasonable. ................................................. 27

    Opinion 5: ..................................................................................................................... 35

- Of the $5,431,184 in claimed costs incurred to date, $605,479 (11.15% of total claimed costs) were incurred prior to December 6, 2004, $687,333 in costs (12.66% of total claimed costs) were incurred from December 6, 2004 through July 4, 2007, $2,142,810 (39.45% of total claimed costs) were incurred from July 5, 2007 through April 23, 2014, $93,355 (1.72% of total claimed costs) were incurred from April 24, 2014 through February 8, 2015, and the remaining $1,902,206 (35.02% of total claimed costs) were incurred beginning February 9, 2015. ............................................... 35

    Opinion 6: ..................................................................................................................... 38

- The reasonably anticipated remaining site remediation work is limited to ERD and groundwater monitoring. ............................................................................................. 38

Insurers' Opposition to Summary Judgment Exhibit No. 106

# Figures

1. Professional Site Vicinity Map

2. Former Wyle Laboratories Site Study Area

3. Site Study Area, Southwest – Northeast Cross Section

4. Areas of Known VOC Impact In Groundwater

   a. Zone 1 (Upper Shallow Regolith)

   b. Zone 2 (Lower Shallow Regolith)

   c. Zone 3 (Middle Regolith)

   d. Zone 4 (Deep Regolith)

   e. Zone 5 (Regolith/Bedrock Interface)

# Exhibits

A. Professional Profile of Adam H. Love, Ph.D.

B. Invoice Summary

C. Kennedy/Jenks Task Cost Summary

D. Groundwater Sampling Summary

Insurers' Opposition to Summary Judgment Exhibit No. 106

# Introduction

My name is Adam Hamilton Love and I am a Vice President and Principal Scientist at Roux Associates, Inc., located at 555 12th Street, Suite 1725, Oakland, California 94607.  I have been retained as an expert by Hayes Scott Bonino Ellingson Guslani Simonson & Clause and Nicolaides Fink Thorpe Michaelides & Sullivan on behalf of Liberty Mutual Insurance Company and McCloskey, Waring, Waisman & Drury LLP of behalf of Travelers Casualty and Surety Company. I was asked to provide opinions with regard to the source and release characteristics of the trichloroethylene observed at the former Wyle Laboratories Facility located in Huntsville, Alabama (Site).  I was also asked to provide opinions related to the type, reasonableness, and timing of costs related to the environmental work performed at the Site and the expected future costs for addressing remaining environmental impacts. In this report I present my qualifications, summarize background information regarding the matter, describe the methods employed in this analysis, and present my opinions and the bases for those opinions. I am compensated at a rate of $335 per hour for this engagement. The documents upon which I relied in the preparation of this report are listed in the footnotes of this report.

The conclusions stated herein represent the application of my education, training, and experience within the disciplines of engineering, geology, hydrogeology, chemistry, fate and transport, and environmental forensics to the facts and conditions associated with the site involved with this litigation. The conclusions set forth in this report are based, in part, upon the facts, information, and data that have been provided to me by Counsel and/or which I obtained during the course of my investigation. To the extent that any of the underlying facts, information, or data change or are amended, I reserve the right to consider modifying my conclusions and opinions, if necessary and appropriate.

# Qualifications

I hold a Bachelor of Arts degree in Geosciences from Franklin & Marshall College (1996), a Master of Science degree from University of California at Berkeley in Material Science and Mineral Engineering (1998), and a Doctor of Philosophy degree from University of California at Berkeley in Civil and Environmental Engineering (2002). I have over 20 years of experience in environmental forensics, site characterization, remediation, and contamination transport analyses.

From 1996 to 2002, I served as a graduate student researcher at University of California at Berkeley, where I participated in contaminant transport and environmental forensic evaluations, including the development of new techniques for environmental pollution reconstruction and allocation. From 2002 to 2009, I served as a scientist at the Forensic Science Center at Lawrence Livermore National Laboratory. My experience working at the Forensic Science Center included:  1) research and development projects – enhancing understanding of pollutant characteristics and development of technology for characterization, remediation, and source reconstruction/contribution analysis, and 2) operations projects – site applications of contaminant transport modeling and source reconstruction/contribution. From 2009 to 2013, I served as Principal Scientist at Johnson Wright, Inc., where I provided consultation services to various private companies and the federal government. I led Johnson Wright's Environmental Forensics practice, where I performed and oversaw corporate best practices for determination of source, timing, and allocation analyses at contaminated sites. Since 2013, I have served as Principal Scientist at Roux Associates, Inc., where I am currently the corporate Practice Area Leader for Litigation Services and continue to provide consultation services to various

Insurers' Opposition to Summary Judgment Exhibit No. 106

companies, state and local municipalities, and federal agencies regarding site investigations, remediation, exposure assessment, and environmental forensics.

I have been involved in numerous projects across the United States involving the site assessment and remediation of trichloroethylene, other chlorinated solvents, and the degradation products of chlorinated solvents. I have performed site assessments of properties contaminated with chlorinated solvents and have determined the source and nature of release for trichloroethylene site contamination at numerous locations using various environmental forensic approaches. I have been involved as an expert at numerous contaminated sites with TCE contamination. Some recent cases involving TCE are: 1) Von Duprin LLC v. Moran Electric Service, Inc., Major Holdings, LLC, Major Tool and Machine, Inc., and Zimmer Paper Products Incorporated; 2) Chemtronics Inc. v. Northrop Grumman Systems Corp. American Arbitration Association Arbitration, 3) Siltronic Corporation v. Employers Insurance Company of Wausau, et al.; 4) Stanford v. Agilent; 4) Sunflower Redevelopment, LLC v. Illinois Union Insurance Company; 5) Lennar Mare Island, LLC v. Steadfast Insurance Company.

In addition, I am frequently utilized as an expert related to Federal EPA Superfund allocations or apportionment of environmental liabilities in the context of litigation at both large and small sites. I lecture throughout the country on the topics of 1) technical approaches to divisibility and apportionment of environmental harm, and 2) allocation of environmental liabilities. For example, in 2019, I was a co-presenter for a CLE accredited webinar entitled "Marshalling the Divisibility Defense to CERCLA Liability: Apportionment – Is the Harm Distinguishable?" and presented a CLE-accredited lecture on "Environmental Forensic Tools for Establishing Divisibility." I also co-authored an article in the Journal of Remediation in December 2019 titled "Allocating cleanup costs among potentially responsible parties."

In addition to this expert work, I have provided broader environmental consulting services at numerous locations across the country, some locations where TCE and/or PCB releases have occurred. In this capacity, I have performed site assessments, reviewed and provided technical comments on the work of other consultants, determined the source, timing and transport of releases, evaluated site conditions in comparison to clean-up requirements, achieved regulatory closure through a "No Further Action" designation, and evaluated the standards of practice in the industry.

## Testifying Appearances

My expert testifying appearances within the last 4 years are listed below.

- Goldberg v. Goss-Jewett Company, Inc., et al., United States District Court, Central District of California. Case No. EDCV14-01872 DSF (AFMx). Deposition May 25, 2016; September 26, 2019. Expert Report. Rebuttal Report. Additional Rebuttal Report.

- Von Duprin LLC v. Moran Electric Service, Inc. Major Holdings, LLC, Major Tool and Machine, Inc., and Zimmer Paper Products Incorporated. United States District Court, Southern District of Indiana, Indianapolis Division. Case No. 1:16-CV-01942-TWP-DML. Deposition June 7, 2018. Trial July 31, 2019. Expert Report.

- King County, Washington v. Travelers Indemnity Co., et al. United States District Court, Western District of Washington. Case No. 14-cv-1957. Deposition April 9, 2019. Rebuttal Report.

Insurers' Opposition to Summary Judgment Exhibit No. 106

- Chemtronics Inc. v. Northrop Grumman Systems Corp. American Arbitration Association Arbitration Case No. 01-17-0007-1884. Arbitration Testimony November 12-13, 2018. Expert Report. Rebuttal Report. Supplemental Report.

- Estate of Robert Renzel, Deceased et al. v. estate of Lupe Ventura, Deceased, et al. United States District Court, Northern District of California. Case No. 4:15-cv-1648-HSG. Deposition August 27, 2018. Expert Declaration. Expert Report. Rebuttal Report.

- Power Authority of the State of New York v. The tug M/V Ellen S. Bouchard, et al. United States District Court, Southern District of New York. Case No. 14-cv-4462 (PAC). Deposition May 30, 2018. Expert Report.

- Siltronic Corporation v. Employers Insurance Company of Wausau et al. United States District Court, Central District of Oregon. Case No. 3:11-cv-01493-BR. Deposition May 24, 2018. Expert Report.

- Crown Central, LLC v. Petroleum Marketing Investment Group, LLC, et al. Circuit Court for Baltimore County, Maryland. Case No. 03-C-16-010774 CN. Deposition December 19, 2017. Expert Declaration. Rebuttal Declaration.

- Sunflower Redevelopment, LLC v. Illinois Union Insurance Company. United States District Court, Western District of Missouri, Western Division. Case No. 4:15-cv-00577-DGK. Deposition November 10, 2017. Rebuttal Report. Supplemental Report.

- Insurance Company of the State of Pennsylvania v. County of San Bernardino. United States District Court, Central District of California. Case No. 5:16-cv-00128-PSG-SS. Deposition June 15, 2017. Expert Report. Rebuttal Report.

- Lennar Mare Island, LLC v. Steadfast Insurance Company. United States District Court, Eastern District of California, Sacramento Division. Case No. 2:12-cv-02182-KJM-KJN. Case No.2:16-cv-00291-KJM-CKD860. Deposition May 26, 2017. Expert Report. Supplemental Report.

- 860 Kaiser, LLC v. Greene's Cleaners, Inc., Napa County Superior Court. Case No: 26-63995. Deposition January 11, 2016, September 12, 2016. September 26, 2016. Expert Declaration.

- Lewis v. Russell, United States District Court, Eastern District of California. Case No. CIV. S-03-02646 WBS AC. Deposition July 20, 2016. Expert Report. Rebuttal Report. Supplemental Report.

Please also refer to my resume, which is attached as Exhibit A.

Insurers' Opposition to Summary Judgment Exhibit No. 106

# Background

## Site Description

The former Wyle Laboratories Facility (the Site) is located at 7800 Highway 20 West[1] in Huntsville, Madison County, Alabama (Figure 1). The Site occupies approximately 125 acres of industrial and undeveloped land immediately to the north of State Highway 20 and Interstate 565 and is bounded to its north by a Southern Pacific Railroad line. Near the Site land use includes residential land to the north, northeast and south, commercial land to southeast and northwest along the State Highway 20/Interstate 565 corridor and undeveloped woodland to the south and southwest. The Site is situated at approximately 650 feet above mean sea level (msl) and straddles an east/west trending drainage divide between two southward-flowing drainages.[2] The area of the Site subject to the environmental investigations described herein is primarily located north of this divide in the southwestern portion of the Site (Study Area). This area is currently occupied by several buildings, including Buildings 2, 4 and 5, the Seismic Test lab, the High Bay, the Dynamic Testing building and the SRV Testing building (Figure 2). The subject area also includes portions of the onsite drainage known as Turtle Creek, which flows southward towards the Tennessee River and the area east of Turtle Creek.

## Site History

Wyle Laboratories Inc. (Wyle Laboratories) acquired the Site by 1961[3] and the former Wyle Laboratories Facility began operation in 1962.[4,5] The Site was vacant as of 1958[6] and none of the documents produced indicate that there were previous operations at the Site prior to 1962. The Site is currently owned by National Technical Systems, Inc. (NTS), and NTS is also the current operator of the Facility.[7]

Wyle Laboratories offered engineering and testing-services,[8] including specialized equipment cleaning operations to support the Saturn V program at the Marshal Space Flight Center (MSFC). Construction of buildings at the Site began in 1962 when the Wyle Laboratories Facility was first developed. Most of the buildings at the Site were built between 1962 and 1978.[9] The Seismic Test Lab, Building 2 and the northeastern portion of Building 4 were built by 1965.[10,11,12] The High Bay and remainder of Building 4 were

---

[1] Also known as 7800 Governors Drive West

[2] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 143).

[3] Wyle Laboratories, 1961. Progress Report. October 10. (AR_HUNT00020181 at182)

[4] Wyle Laboratories, 1961. Contract to Putman for First Wyle Huntsville Building, News Release No. L-185, December 19. (AR_HUNT00020179 at180)

[5] Wyle Laboratories, 1962. Wyle Laboratories to Expand Huntsville Test Facility. News Release No. L-225. October 11. (AR_HUNT00020176)

[6] Aerial photograph, May 30 1958 (AR_HUNT00021760)

[7] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 114).

[8] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 114).

[9] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 114).

[10] Aerial photograph, 1965. (AR_HUNT00021779)

[11] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at187).

[12] Kennedy/Jenks Consultants, 2018. Historical Development of Wyle Laboratories, February. (AR_HUNT00021854).

Insurers' Opposition to Summary Judgment Exhibit No. 106

constructed in 1966, [13,14] and the SRV Testing building and Dynamics Testing building were constructed in 1978 and 1981, respectively. [15] Prior to the development and channelization of Turtle Creek in the late 1970s, [16] the portion of the Site currently occupied by the SRV building, the northern portion of the Dynamics Test building, and adjacent areas was a poorly drained area reportedly referred to by employees as "the swamp." [17] Prior to the construction of Turtle Creek, surface water runoff north of the onsite drainage divide drained northward into this area. [18]

Environmental assessments at the Site began in 1994. Between 1994 and 1999, four due diligence environmental investigations were conducted at the Site. [19] In 1999, evidence of a trichloroethylene (TCE) release was first discovered during two Phase II ESAs conducted on behalf of Wyle Laboratories. [20] Elevated concentrations of TCE and other volatile organic compounds (VOCs) associated with TCE degradation, including 1,1-dichloroethylene (1,1-DCE), cis-1,2-dichloroethylene (cis-1,2-DCE) and vinyl chloride, were detected in soil and grab groundwater samples collected from bore holes located northeast of the Dynamics Test Building. [21]

On August 2, 2000, as part of the evaluation related to the nature and extent of the detected VOCs, consultants on behalf of Wyle Laboratories interviewed several Wyle Laboratories employees - including Mr. Keith Wilson, the general manager, and Mr. John Todd, a 35-year employee of Wyle Laboratories Huntsville. [22] During this interview, Mr. Todd and Mr. Wilson described historical cleaning and degreasing operations using TCE that took place at the Site between approximately 1964 or 1965 and 1971. [23] Based on a recounting of the interview no other operational TCE use was identified by the Wyle Laboratories employees. [24] Aerial photographs on display at the Huntsville Wyle Laboratories office provided additional information regarding historical operations and Wyle Laboratories. According to the Site Characterization Report produced by Kennedy/Jenks in 2016, examination of these photographs combined with the

---

[13] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 152).

[14] Aerial photograph, 1966 (AR_HUNT00021780).

[15] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 151).

[16] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 144).

[17] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 144).

[18] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 143).

[19] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656 at 664).

[20] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656 at 666-668).

[21] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656 at 666-668, 688).

[22] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656 at 668).

[23] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656 at 662, 668).

[24] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656 at 668-669).

Insurers' Opposition to Summary Judgment Exhibit No. 106

information obtained during the employee interviews serve as the primary basis for their understanding the nature of historical TCE use and release at the Site.[25]

## Site Geology and Hydrogeology

The Site is located in southwestern Madison County, Alabama, within the Tennessee-Elk River subregion of the Tennessee River hydrologic region.[26] The area's major drainages include the Indian and Bradford Creeks, which ultimately feed the Tennessee River.[27] The drainage divide between these two creeks runs through the southwestern portion of the Site. The majority of the Site (116.5 acres) sits north of this divide, where local runoff flows to the north ultimately entering Indian Creek via a network of unnamed drainages. Local runoff on the remainder of the site (8.5 acres) flows southwestward into drainages that connect with Bradford Creek.[28]

The Site occupies a location in the Highland Rim physiographic province of northern Alabama. This region is characterized by an upfold of Paleozoic limestone, chert and shale that dip gently southward. The Site lies within a karst region of limestone bedrock (containing solutionally enlarged fractures and numerous sinkholes and caves). These geologic features are overlain by a layer of unconsolidated rocky material (regolith) made up of decomposed limestone bedrock.[29,30] Regionally, groundwater is present in both the unconsolidated rocky material and the bedrock fractures, with infiltration of rainfall and surface water runoff through the unconsolidated rocky material recharging the bedrock aquifers that supply water to all of the large-capacity municipal and industrial supply wells in the Huntsville area. The regional groundwater flows generally to the south and is the same direction as regional surface water flow.[31]

The current understanding of Site geology and hydrogeology has been developed through numerous environmental investigations carried out at the Site between 2000 and 2019. These investigations have included installation of 5 bedrock wells (MW-24; MW-27A; MW-27B; MW-31; MW-32), 17 regolith/bedrock interface (RBI) wells (MW-11RB – MW-16RB; MW20C; MW-21D; MW-22C; MW-25C,D; MW-26D; MW-28C,D; MW-29C,D; MW-30c) and 39 wells screened at various depths within the regolith (MW-1 – MW-8; MW-10; MW-17A,B,C; MW-18A,B; MW-19A,B,C,D; MW-20A,B; MW-21A,B,C; MW-21C; MW-22A,B; MW-23A,B,C; MW-25A,B; MW-26A,B,C; MW-28A,B; MW-29A,B; MW-30A,B).[32,33] Additionally, 10 wells screened at various depths in the regolith (BT-1c, BT-1d, BT-2c, BT-2d, BT-3b, BT-3c, BT-3d, DR-1c, DR-2c, IW-1c)

---

[25] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 147-148, 152).

[26] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 116).

[27] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 143).

[28] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 143-144).

[29] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 143).

[30] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656 at 663).

[31] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 143).

[32] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 260-267).

[33] Kennedy/Jenks Consultants 2017. Well Installation and First Semiannual 2017 Groundwater Monitoring Report, Former Wyle Laboratories Facility, Huntsville, Alabama December 19. (AR_HUNT00019463 at 497).

Insurers' Opposition to Summary Judgment Exhibit No. 106

were installed in advance of a proposed remediation pilot test.[34]  The environmental investigations have also involved seismic surveys to map structural features of regolith and underlying bedrock.[35]

The Site is underlain by 60 to 125 feet of regolith that covers approximately 69 to 100 feet of Fort Payne Chert bedrock over a thin layer of Chattanooga Shale at approximately 185 feet below ground surface (ft bgs). The regolith generally consists of gravely, sandy, and/or silty clays with the occasional predominance of other grain sizes.[36] The regolith is thought to have formed in place as, over time, water transported the soluble fraction of the bedrock away leaving behind the residual insoluble clay, sand and gravel-sized fragments of the chert.[37]  A thin transitional zone is documented immediately above and below the contact between the regolith and the bedrock, referred to as the regolith/bedrock interface (RBI).[38]  A northwest/southeast trending bedrock trough has been mapped running through the Site with the deepest portion under the northern portion of the Dynamic Testing building and the eastern portion of the SRV testing building.[39]  The regolith lithology is complex and no laterally extensive soil stratigraphic units have been mapped. However, the following five regolith water-bearing units have been identified based on spatial and temporal assessment of groundwater elevations. These zones are depicted in the cross section displayed in Figure 3 and summarized below:

- Upper shallow regolith (Zone 1): Zone 1 consists primarily of silty and sandy clays and is documented to be 20 to 35 feet thick at the Site. Perched groundwater is present at depths less than 10 feet below ground surface (ft bgs), with groundwater elevations similar to Turtle Creek.[40] The groundwater flow direction in Zone 1 is north and north-northeast,[41] following surface topography. Zone 1 remains saturated throughout the year.[42]

- Lower shallow regolith (Zone 2): Zone 2 consists primarily of sandy and gravelly clays with a thickness of 13 to 20 feet at the Site, thickening to 30 feet in the eastern portion of the Site. Groundwater is perched in Zone 2 and found at depths of 15 to 20 ft bgs (generally 5 to 10 feet below those in Zone 1).  The groundwater flow direction in Zone 2 is generally northeast but exhibits a north-northeast trending mound. Zone 2 remains saturated throughout the year.[43]

---

[34] Kennedy/Jenks Consultants, 2019. Letter to ADEM Re: Amendment to Pilot Injection Plan, Former Wyle Laboratories Facility, Huntsville, Alabama. July 8. (AR_HUNT00025291).
[35] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 122).
[36] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 155).
[37] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 164).
[38] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 164).
[39] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 156, 194).
[40] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 155, 157).
[41] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 128).
[42] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 169).
[43] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 169).

Insurers' Opposition to Summary Judgment Exhibit No. 106

- Middle regolith (Zone 3): Zone 3 consists of gravelly and sandy clay and sand with silt and gravel and is 12 to 18 feet thick. Groundwater in Zone 3 is unconfined[44] and found at depths of 45 to 60 ft bgs.[45] The groundwater flow direction in Zone 3 is complex and varies between seasons, with flows towards the northwest east and northeast during the summer and fall and west and southwest during the winter and spring. Flow conditions in Zone 3 fluctuate seasonally between unsaturated, partially saturated and fully saturated.[46]

- Deep regolith (Zone 4): Zone 4 consists of silts interbedded with sandy and silty clays. The thickness of Zone 4 varies between 15 feet on the eastern and western edges of the Site to 50 feet along the bedrock trough.[47] Groundwater is confined in Zone 4 and is generally encountered 7 to 9 feet below those in Zone 3.[48] Groundwater flow direction in Zone 4 are generally west to west-southwest.[49] Zone 4 is saturated throughout the year.[50]

- Regolith-bedrock transition (Zone 5): Zone 5 consists of the zone immediately above and below RBI. Zone 5 consists of chert gravel with clay, silt and sand over the Fort Payne Chert. Depths to groundwater in Zone 5 are typically 2 to 3 feet below those in Zone 4 but exhibit broad seasonal range that overlaps that of Zones 3 and 4.[51] The boundary between Zones 4 and 5 is not well defined.[52] The groundwater flow direction in Zone 4 is generally to the southwest[53] Zone 5 is saturated throughout the year.[54]

Groundwater elevations in the regolith fluctuate seasonally to varying degrees, with greater fluctuations in Zones 4 and 5 (20 to 30 ft)[55] that dampen closer to the surface (5 to 16 ft in Zones 1 and 2).[56] Generally,

---

[44] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 155).

[45] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 158).

[46] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 169).

[47] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 159).

[48] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 159).

[49] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 129).

[50] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 169).

[51] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 159).

[52] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 159).

[53] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 160, 206).

[54] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 169).

[55] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 159).

[56] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 157-158).

Insurers' Opposition to Summary Judgment Exhibit No. 106

water levels begin to rise in December, peak between February and April, and then drop steadily reaching a seasonal minimum in the late fall or early winter.[57]

Local rain water recharges Zones 1 and 2 through infiltration from ground surface through the shallow regolith. The infiltrating rain water cascades downward through TCE-impacted soil and groundwater, following preferential flow paths of higher permeability (greater sand and gravel content) and migrating laterally over more fine-grained clay units. Seasonal fluctuations in hydraulic head in the confined Zones 4 and 5 influence water levels in Zone 3, causing them to rise and fall with seasonal cycles. These fluctuations cause Zone 3 groundwater to periodically come in contact with clay-rich units (where present) impacted by TCE and mix with TCE-impacted groundwater that migrated down from Zones 1 and 2. When water levels decline during the dry season, Zone 3 groundwater moves downward, leaving unsaturated conditions in the upper portion of Zone 3 and allowing dissolved-phase TCE to enter Zones 4 and 5.

The bedrock aquifer is considered the sixth water-bearing unit (Zone 6). Groundwater in Zone 6 is generally encountered 4 to 5 feet below that in Zone 5.[58] Bedrock drilling at the Site has revealed horizontal bedding planes and vertical factures in the boreholes, although these features do not show evidence of widening by solution processes. Solution-enhanced features such as cavities have not been documented in the five bedrock wells advanced at the Site.[59]

---

[57] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 161).

[58] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 162).

[59] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 163).

Insurers' Opposition to Summary Judgment Exhibit No. 106

## Timeline of Regulatory Interactions

The Site has been the focus of nearly two decades of environmental investigation, performed by Kennedy/Jenks Consultants (Kennedy/Jenks), to characterize the extent and magnitude of the impacts stemming from the historical TCE release. This investigation consisted of routine groundwater monitoring and multiple rounds of Site characterization as requested by the Alabama Department of Environmental Management (ADEM). A timeline of regulatory interactions regarding Site characterization is as follows:

- August 3, 2000: Kennedy/Jenks and Wyle Laboratories representatives meet with the ADEM with the purpose of informing ADEM of the evidence of a historical TCE release at the Site and determining a path forward for further environmental activities at the Site.[60] According to Kennedy/Jenks, ADEM concludes that the Alabama State Groundwater Program under the Alabama Pollution Control Act was the appropriate program to handle Site activities related to the historical TCE release[61] and Wyle Laboratories subsequently enters ADEM's voluntary cleanup program.[62] Based on the meeting outcome, Kennedy/Jenks proceeds with the proposed soil and groundwater investigations without being required to get formal work plan approval from ADEM.[63]

- October 2000 – February 2001: Kennedy/Jenks submits the Characterization Work Plan to ADEM in October 2000.[64] This work plan states that, "the proposed characterization program is a voluntary action taken by Wyle. ADEM will be kept apprised of the developments in the project as the work plan is implemented."[65] In January 2001, ADEM approves the Characterization Work Plan and issues a groundwater incident letter to Wyle Laboratories assigning the Site Groundwater Incident No. GW 01-01-03.[66] ADEM requests supplemental information regarding the numbers and locations of soil borings and monitoring wells.[67] In February 2001, Kennedy/Jenks informs ADEM that Wyle Electronics was purchased by Arrow Electronics, Inc. and, as the successor to Wyle Electronics, is assuming the characterization program at the Wyle Laboratories Facility.[68]

- February 2002 – April 2002: Kennedy/Jenks submits the Geophysical Investigation Report and Characterization Work Plan Supplement in February 2002. This report provides supplemental

---

[60] Kennedy/Jenks Consultants, 2000. Report of a Historic Release, Wyle Laboratories Facility, 7800 Governor Drive West, Huntsville, Alabama, K/J 004029.00. September 21. (AR_HUNT00009978).

[61] Kennedy/Jenks Consultants, 2000. Report of a Historic Release, Wyle Laboratories Facility, 7800 Governor Drive West, Huntsville, Alabama, K/J 004029.00. September 21. (AR_HUNT00009978 at 979).

[62] Kennedy/Jenks Consultants, 2008. Site Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. May 5. (AR_HUNT00000261 at 266)._

[63] Kennedy/Jenks Consultants, 2000. Report of a Historic Release, Wyle Laboratories Facility, 7800 Governor Drive West, Huntsville, Alabama, K/J 004029.00. September 21. (AR_HUNT00009978 at 979).

[64] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656).

[65] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656 at 662).

[66] ADEM, 2015. Consent Order No. 15-033-CGW. February 9. (AR_HUNT00010050 at 52)

[67] Kennedy/Jenks Consultants 2001. Bimonthly Progress Report – Wyle Laboratories Facility, 7800 Governor Drive West, Huntsville, Alabama. February 26. (AR_HUNT00000026).

[68] Kennedy/Jenks Consultants 2001. Bimonthly Progress Report – Wyle Laboratories Facility, 7800 Governor Drive West, Huntsville, Alabama. February 26. (AR_HUNT00000026).

Insurers' Opposition to Summary Judgment Exhibit No. 106

information requested by ADEM in January 2001.[69] In April 2002, ADEM approves the proposed work.[70]

- February 2003 – August 2003: Kennedy/Jenks submits the Soil and Groundwater Investigation Report documenting investigation activities at the Site through 2002. The report's recommendations include delineation of the horizontal and vertical extent of VOC contamination in soil and groundwater.[71] Upon review of the February 2003 Soil and Groundwater Investigation Report, ADEM concurs with the recommendation for delineation of contamination and requests that specific activities be included in a forthcoming work plan including characterization of the bedrock surface beneath the Site and surface water sampling in Turtle Creek.[72]

- October 2003 – March 2004: Kennedy/Jenks submits the Work Plan for Continued Soil and Groundwater Characterization. ADEM requests revisions in January 2004.[73] Kennedy/Jenks submits the revised work plan in March 2004[74] and ADEM approves the revised work plan later that month.[75]

- October 2004: Based on detections of TCE in a public supply well approximately one mile downgradient of the Site, ADEM concludes that there is a connection between the VOCs beneath the Site and the underlying groundwater aquifer. ADEM informs Arrow Electronics that "it is imperative that all assessment activities to establish the horizontal and vertical extent of the contamination in the underlying aquifer system as quickly possible [sic]," and should elevated concentrations of chlorinated hydrocarbons be present at RBI beneath the Site, "all necessary assessment activities to establish vertical extent of contamination in the underlying bedrock should be conducted without obtaining prior approval from [ADEM]."[76]

- January 2006: Upon review of a semiannual groundwater monitoring report for the Site, ADEM requests additional activities be carried out as part of further characterization efforts at the Site. These additional activities include installation of at least one bedrock groundwater monitoring well and the abandonment of groundwater monitoring well MW-9.[77]

---

[69] Kennedy/Jenks Consultants, 2002. Geophysical Investigation Report and Characterization Work Plan Supplement, Wyle Laboratories Facility, 7800 Governor Drive West, Huntsville, Alabama. February 11.
[70] ADEM, 2002. Groundwater Incident GW 01-01-3, Wyle Laboratories Facility, Huntsville, Alabama. April 5. (AR_HUNT00010000).
[71] Kennedy/Jenks Consultants 2003. Soil and Groundwater Investigation Report – 2002, Wyle Laboratories Facility, Huntsville, Alabama. February 25. (AR_HUNT00000047 at77).
[72] ADEM, 2003. Former Wyle Laboratories Facility, Soil and Groundwater Investigation Report – 2002, Huntsville, Madison County, Alabama, Groundwater Incident No. GW 01-01-03. August 14, p. 2 (NO BATES).
[73] ADEM, 2004. Former Wyle Laboratories Facility, Huntsville, Madison County, Alabama, Groundwater Incident No. GW 01-01-03. January 15. (AR_HUNT00002625)
[74] Kennedy/Jenks Consultants, 2004. Revised Work Plan for Continued Soil and Groundwater Characterization, Wyle Laboratories Facility, Huntsville, Alabama, March 4. (AR_HUNT00016271)
[75] ADEM, 2004. Former Wyle Laboratories Facility, Huntsville, Madison County, Alabama, Groundwater Incident No. GW 01-01-03. March 12. (AR_HUNT00002627).
[76] ADEM, 2004. Former Wyle Laboratories Facility, Huntsville, Madison County, Alabama, Groundwater Incident No. GW 01-01-03. October 13. (AR_HUNT00002628)
[77] ADEM, 2006. Former Wyle Laboratories Facility, Huntsville, Madison County, Alabama, Groundwater Incident No. GW 01-01-03. January 18. (AR_HUNT00010021)

Insurers' Opposition to Summary Judgment Exhibit No. 106

- February 2006: Kennedy Jenks submits the 2004-2005 Site Characterization Report.[78] Following receipt of this report ADEM requested a work plan for additional investigation be submitted.[79]

- January 2007 - June 2007: Following an additional request for the work plan in January 2007[80], ADEM issues a notice of violation (NOV) to the Site in a letter dated June 26, 2007. This letter states that an investigation is required at the Site and a corresponding investigation work plan must be submitted.[81]

- May 2008: Kennedy/Jenks submits the Site Characterization Work Plan to ADEM. The work plan is approved by ADEM later that month.

- 2009: Kennedy/Jenks meets with ADEM and presents investigation findings through 2009.[82] Based on these findings, ADEM determined that an additional workplan was necessary to further characterize the extent of the contamination.[83]

- April 2010 – May 2010: Kennedy/Jenks submits the Site Characterization and Routine Groundwater Monitoring work plan,[84] which is approved by ADEM in May 2010.[85]

- February 2013: Kennedy/Jenks presents an update of site characterization activities to ADEM. It was determined that completion of Site characterization was required by ADEM.[86,87]

- February 9, 2015: Arrow Electronics and ADEM enter into a Consent Order (Order No. 15-033-CGW) requiring Arrow Electronics to address environmental conditions at the Site.[88]

- June 2016: Kennedy/Jenks submits the Site Characterization Report 2008-2015. This report concludes that characterization of the Site is complete and that remaining data gaps will be addressed by remedial investigations[89] intended to "provide data necessary to screen and select potential remedial alternatives." [90]

---

[78] Kennedy/Jenks Consultants 2006. 2004 – 2005 Site Characterization Report, Wyle Laboratories Facility, Huntsville, Alabama. February 2. (AR_HUNT00006060).

[79] ADEM, 2015. Consent Order No. 15-033-CGW. February 9. (AR_HUNT00010050 at 52)

[80] ADEM, 2007. Former Wyle Laboratories Facility, Huntsville, Madison County, Alabama, Groundwater Incident o. GW 01-01-03. January 25. (AR_HUNT00010033)

[81] ADEM, 2007. Notice of Violation, Former Wyle Laboratories Facility, Huntsville, Madison County, Alabama, Groundwater Incident o. GW 01-01-03. June 26. (AR_HUNT00002636)

[82] Kennedy/Jenks Consultants, 2009. Wyle Huntsville, An Environmental Overview through 2009. (AR_HUNT00002642)

[83] ADEM, 2015. Consent Order No. 15-033-CGW. February 9. (AR_HUNT00010050 at 53)

[84] Kennedy/Jenks Consultants, 2010. 2010 Site Characterization and Routine Groundwater Monitoring Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. April 19. (AR_HUNT00008607)

[85] ADEM, 2015. Consent Order No. 15-033-CGW. February 9. (AR_HUNT00010050 at 53)

[86] Kennedy/Jenks Consultants, 2013. Wyle Laboratories – Huntsville, Progress through 2012, Meeting with ADEM. February 21.

[87] ADEM, 2015. Consent Order No. 15-033-CGW. February 9. (AR_HUNT00010050 at 53)

[88] ADEM, 2015. Consent Order No. 15-033-CGW. February 9. (AR_HUNT00010050 at 51)

[89] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 174).

[90] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 175).

Insurers' Opposition to Summary Judgment Exhibit No. 106

The site investigation concluded in June 2016 and remedial investigation activities began.

- May 2017, Kennedy/Jenks installed three new wells, two which were bedrock wells[91] for the purposes of further characterizing the presence of VOCs in the subsurface and refining the hydrogeologic understanding of the Site for groundwater remedy evaluations.[92]

- In 2017-2018, soil vapor was assessed to determine the potential vapor intrusion hazard in the vicinity of the buildings on-site.[93,94,95] Thirteen of the 55 VOCs that were detected in the soil samples during the November 2017 sampling event were detected in one or more samples at concentrations that exceeded the vapor screening levels. Cancer risks and noncancer hazards were estimated for each chemical of potential concern (COPC) detected in soil vapor at the five building groups using the John-Ettinger model (JEM). JEM simulates the transport of soil vapor in the subsurface into indoor air and calculates an attenuation factor from soil vapor into indoor air using site-specific inputs. The cumulative cancer risk and noncancer index was calculated for each location. The cancer risks and non-cancer hazards were all below the ADEM target levels. The attenuation factors calculated for the second soil vapor sampling event were very low due to the high soil moisture content. Kennedy/Jenks concluded that vapor intrusion pathway does not appear to pose an unacceptable risk to workers at the Site.

- In May 2018, after reviewing Kennedy/Jenks' Soil Vapor Investigation Second Report, ADEM concurred that the vapor intrusion pathway does not appear to pose an unacceptable risk to workers at the Site and that a risk assessment should be conducted to establish risk-based cleanup levels for addressing impacted media at the Site.

- In 2018-2019, Kennedy/Jenks' performed a Risk Management Evaluation[96] to characterize the potential risks to human health and environment that may be posed by chemicals in the water, air, or soil at the Site. Kennedy/Jenks concluded that the risk from TCE in surface water was below the Tier II EcoTox threshold for the protection of wildlife. Kennedy/Jenks noted that the shallow groundwater is not a source of water for municipal water supply and no industrial or residential water supply wells are known to be completed in the shallow groundwater in the Site vicinity. Ultimately, Kennedy/Jenks' recommendation was that risk-based target cleanup levels did not need to be developed and that remedial action was not necessary to address risks to human health or ecological receptors on-site. Kennedy/Jenks also concluded that further evaluation of groundwater as a potential pathway for exposure of off-site human receptors is not necessary. Kennedy/Jenks did propose to reduce the mass of TCE present in the onsite regolith in a Corrective Action Development Plan.

---

[91] Kennedy/Jenks Consultants, 2019. Second Semiannual 2018 Groundwater Monitoring Report - Former Wyle Laboratories, Huntsville, Alabama. January 21.

[92] Kennedy/Jenks Consultants, 2017. Well Installation and First Semiannual 2017 Groundwater Monitoring Report, Former Wyle Laboratories, Huntsville, Alabama. December 19. (AR_HUNT00019463 at 470)

[93] Kennedy/Jenks Consultants, 2017. Soil Gas Investigation Work Plan and Vapor Intrusion Pathway Assessment - Former Wyle Laboratories Faciliy, Huntsville, Alabama. February 3.

[94] ADEM, 2017. Soil Gas Investigation Initial Report - Former Wyle Laboratories Facility, Huntsville, Alabama. September 1.

[95] Kennedy/Jenks Consultants, 2018. Soil Vapor Investigation Second Report - Former Wyle Laboratories Facility, Huntsville, Alabama. February 6.

[96] Kennedy/Jenks Consultants, 2019. Risk Management Evaluation - Former Wyle Laboratories Facility, Huntsville, Alabama. May 1.

Insurers' Opposition to Summary Judgment Exhibit No. 106

- In July 2019, ADEM reviewed the Risk Management Evaluation for the Former Wyle Laboratories Facility.[97] Based on these results, ADEM concurred that soil and vapor intrusion exposure pathways do not appear to pose an unacceptable risk to workers at the site. To limit future/potential migration of COCs, ADEM concurs that shallow groundwater should be under corrective action to reduce the potential for impacts to bedrock groundwater. ADEM noted that the Uniform Environmental Covenants Program is requiring an environmental covenant on the site because impacted groundwater is not being remediated to residential standards.

- In 2019, a Corrective Action Development Plan[98] was submitted to select a remedy that will appropriately address chemicals of concern at the Site that present a potential risk to human health and the environment, including groundwater as a potential future resource on and off the Site. The use of groundwater as a future drinking water supply in and near the site was the basis for identifying actions potentially necessary to protect the future groundwater resource. Groundwater conditions at the site are complicated because of the variable thickness of clay-rich regolith and resulting multi-level groundwater flow system above bedrock. Implementation is complex due to the presence of buildings and active testing programs conducted over impacted areas by NTS, Inc. Kennedy/Jenks' remediation approach will generally consist of pilot testing the preferred technology, enhanced reductive dechlorination (ERD) – an in-situ groundwater remediation approach. Kennedy/Jenks' ERD pilot testing is currently ongoing.[99],[100] Kennedy/Jenks expects natural attenuation can address residual concentrations in the groundwater resource within a predictable timeframe.[101]

# Opinion and Bases for Opinion

## Opinion 1:

- **Between approximately 1964 and 1971, there were ongoing releases of TCE to soil and groundwater at the former Wyle Laboratories Facility that resulted in the currently observed contamination of TCE and its degradation products at the Site.**

According to employee-provided details documented by Kennedy/Jenks, liquid TCE was used on the Site for the purpose of cleaning liquid oxygen (LOX) tubing and fittings (collectively LOX piping)[102] that took place between approximately 1964 or 65 and 1971[103] to support F-1 engine testing for the Saturn V rocket program

---

[97] ADEM. 2019. Risk Management Evaluation. Former Wyle Laboratories, Huntsville, Alabama. July 31.

[98] Kennedy/Jenks Consultants, 2019. Corrective Action Development Plan - Former Wyle Laboratories Facility, Huntsville, Alabama. February 1.

[99] Kennedy/Jenks Consultants, 2019. Amendment to Pilot Injection Plan - Former Wyle Laboratories Facility, Huntsville, Alabama. July 8.

[100] ADEM, 2019. Approval of Amendment to Pilot Injection Plan - Former Wyle Laboratories Facility, Huntsville, Alabama. July 12.

[101] Kennedy/Jenks Consultants, 2019. Corrective Action Development Plan - Former Wyle Laboratories Facility, Huntsville, Alabama. February 1.

[102] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 148).

[103] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656 at 662).

Insurers' Opposition to Summary Judgment Exhibit No. 106

at the MSFC.[104] The most frequent F-1 engine testing at the MSFC lasted from April 1965 through November 1966.[105] The last Saturn V rocket was launched in 1973.[106] Additionally, TCE drum storage existed on Site between 1962 and 1970.[107] The details of these on-Site operational activities associated with TCE use are described below.

The details of the LOX cleaning process are based on the August 2000 Wyle employee interviews conducted by Kennedy/Jenks and Environ,[108] Wyle employee witness statements collected by Peter Murphy in 2018,[109] and review by Kennedy/Jenks of oblique aerial photographs on display in the Huntsville office of Wyle Laboratories.[110] TCE was delivered to the Site in 55-gallon drums, which were stored in an unpaved area in the location currently occupied by Building 5 and to the east of Building 1.[111] A review of the aerial photographs produced identified drums located in an alley to the east of Building 1 in 1964 and 1965. Drum storage locations could not be determined in other aerial photographs produced.

The LOX cleaning operations were conducted in and adjacent to Building 2 in the area currently occupied by the Seismic Test lab, Loss of Coolant testing area and a tool room. A floor drain located immediately northeast of the present-day seismic test equipment vault is thought to have been present during the period of LOX cleaning operations.[112] Oil, grease and hydrocarbons were removed from larger LOX piping by dipping the piping in long, open, above-ground troughs containing TCE.[113] The piping was then removed from the troughs and carried by hand to an exterior location immediately north of Building 4 where it was hoisted on a T-bar, I-beam tower (referred to herein as the rinse tower) and hung vertically for inspection, spot cleaning with TCE, final rinsing with deionized water and drying. Dry piping was bagged in plastic and tagged as clean.[114] Smaller LOX parts were cleaned in a vapor degreaser located at the northern portion of the present-day Seismic Test lab.[115]

- The LOX cleaning operations were located on and to the north of the onsite drainage divide. Liquid runoff from the tower area dripped to the unpaved ground surface and drained northward across an open, relatively steep, rip-rapped area currently occupied by the Dynamics Test building and collected in the poorly drained area currently occupied by the SRV and Dynamics Test buildings and

---

[104] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 115).

[105] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 147).

[106] NASA, 2010. What Was the Saturn V? https://www.nasa.gov/audience/forstudents/5-8/features/nasa-knows/what-was-the-saturn-v-58.html, accessed February 21, 2018.

[107] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 152).

[108] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 147, 152).

[109] Expert Report of Peter Murphy. 2018. TCE Migration at Former Wyle Laboratories, Huntsville, Alabama. March 30. Appendix B: Former Wyle Laboratory Witness Statements

[110] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 147, 152).

[111] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 147, 152).

[112] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 148).

[113] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 148).

[114] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656 at 662, 668).

[115] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 115).

Insurers' Opposition to Summary Judgment Exhibit No. 106

adjacent areas. This area was described by Mr. Todd as having been a "swamp,"[116] and is referred to in the most recent Site Characterization Report as the "Former Bone Yard."[117] A review of a topographic map from 1966 depicts a swampy area just south of the Southern Pacific Railroad tracks in the approximate location of the current SRV building and Turtle Creek.[118]

While no specific report of a TCE release at the Site has been documented, the historical LOX cleaning process described above would have reasonably been expected to result in routine releases of TCE through the following normal operations:

- Transfers of new pure-phase TCE within the drum storage area;
- Transfers of new/used pure-phase TCE in/out of the cleaning troughs, the vapor degreaser and drums;
- Drips of pure-phase TCE out of the troughs onto the concrete floor that then get washed with rinse water into the floor drains;
- Transfer of LOX piping from the troughs to the rinse tower;
- Spot clean LOX piping on the rinse tower;
- Runoff of dissolved-phase TCE from LOX piping rinsed with deionized water on the rinse tower; and,
- Leaks from the vapor degreaser

TCE released to the concrete floors in the LOX cleaning area would have reached the floor drain when washed with rinse water and could have been released beneath the building. TCE released from parts at the rinse tower would have run northward and downslope collecting in the poorly drained Former Bone Yard. Improvements to Turtle Creek were begun as early as January 1963 and the creek was improved to its current configuration when the northern portion of the Site was developed in the late 1970s.[119] The surface water drainage system would have carried rinse water containing TCE, along with storm water, from the primary source areas through the three drainage systems:

- Until 1966 - eastward beneath the current Building 4 and the High Bay, and north down the storm drain along the main road to the poorly-drained area.
- After 1966 – northward through the 8-inch trunk line to the ditch that ran along the west side of the current Dynamics Test Building, to the manhole, then northwest to the outfall at Turtle Creek.[120]

Once it reached the poorly-drained area, the water containing TCE likely spread out in the quiet waters and remained in place for an undetermined length of time before continuing downstream in the early Turtle Creek. The ponding and infiltration of TCE contamination in this area resulted in a downgradient location where TCE accumulated and continued to migrate to the soil and groundwater below.

The release mechanisms described above are consistent with the extent and magnitude of TCE and other VOCs in soil and groundwater at the Site. The highest TCE concentrations in soil are observed in three locations, 1) east of Building 5, 2) in the vicinity of the Dynamic Testing Building, and 3) beneath the Seismic

---

[116] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656 at 662, 668).
[117] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 150).
[118] Topographic map reviewed on www.historicaerials.com for the Site location
[119] Kennedy/Jenks Consultants, 2018. Corrective Action Plan Former Wyle Laboratories, Huntsville, Alabama. November 20. Page 2-3.
[120] Kennedy/Jenks Consultants, 2018. Corrective Action Plan Former Wyle Laboratories, Huntsville, Alabama. November 20. Page 2-14.

Insurers' Opposition to Summary Judgment Exhibit No. 106

Test Lab. The first location corresponds with the former drum storage area as identified by Kennedy/Jenks in historical aerial photographs, the second location corresponds to the location of the former LOX cleaning operation, and the third location corresponds to the poorly-drained area northeast and downslope of the former LOX cleaning operation and rinse tower (Former Bone Yard). The drum storage and LOX cleaning operation are the two identified locations of TCE operational use and release at the Site, while additional TCE-bearing water collected in and permeated through soils in the Former Bone Yard. Therefore, the presence of elevated concentrations of TCE in soils at these locations is also consistent with the sources and locations described above.

The highest concentrations of VOCs in soil are not at the surface (as would be expected if there were recent releases of TCE), but instead at depths of approximately 20 - 35 feet,[121] consistent with the nearly 50 years that have elapsed since TCE was in use at this facility. For example, the highest TCE concentrations in soil east of Building 5 are at 34 feet,[122] the highest TCE concentrations in the vicinity of the Dynamic Testing Building are at 25 feet, and the highest TCE concentrations beneath the Seismic Test Lab are at 20 feet.[123] During the time between operational TCE releases and the current observations, TCE that entered the subsurface, either in dissolved-phase in rinse water or as small drips of pure-phase product, would be expected to have percolated through the shallow regolith with infiltrating rainwater and then migrate laterally across less permeable layers. This migration would result in the TCE cascading down through clay-rich soils, with a portion of the VOCs diffusing into the clay layers. Over time, it is expected that shallow soil TCE concentrations declined as infiltrating rain water transported TCE in Zones 1 and 2 downwards into the deeper Zones.

As with soil, the locations of highest concentrations of TCE and other VOCs in groundwater are consistent with locations of known VOC impacts to groundwater described above. The network of groundwater monitoring wells at the Site cover different spatial extents for each water-bearing zone within the Study Area. Monitoring well coverage increases with depth, with monitoring well in Zone 5 present for most of the Study Area. The areas of known VOC impacts to groundwater and groundwater TCE concentrations (as of March 2015) are depicted in Figures 4a-e.

The areas of VOC-impacted groundwater observations are expected given the directions of groundwater flow in each zone, the time that has elapsed since cessation of the TCE operations, and the source locations within and adjacent to the current Seismic Test Lab and Building 4 (LOX cleaning) and immediately north and east of Building 5 (drum storage). The vertical and geographic (southwest to northeast) distribution of TCE in groundwater throughout Zones 1-6 is shown on the cross section in Figure 3.

Overall, TCE concentrations in groundwater beneath the Site range multiple orders of magnitude, from less than 5 micrograms per liter ($\mu$g/l) in MW-25 located south of the High Bay to over 100,000 $\mu$g/l at MW-4 immediately to the northeast of the Dynamics Test Building at the location of the Former Bone Yard. The highest TCE concentrations in groundwater are found in Zone 3 (Middle Regolith). The extent of known VOC-impacted groundwater in Zone 3 is north of the High Bay, Building 4, Seismic Test Lab, Environmental Test Lab complex, stretching from the Accounting building to the west to the eastern portion of Turtle Creek to the east, with the highest concentrations located in the vicinity of the Former Bone Yard and north of the LOX-cleaning rinse tower. Again, these locations are consistent with the source areas described above, and

---

[121] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 252-258).
[122] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 254).
[123] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 257).

Insurers' Opposition to Summary Judgment Exhibit No. 106

presence of the highest TCE concentrations in Zone 3 is expected given the decades that have elapsed since the TCE was released, allow for its downward migration through Zones 1 and 2.

TCE has been detected at the RBI at concentrations as high as 14,000 $\mu$g/l, at one of the most downgradient locations at which groundwater is sampled at the RBI, and near the former drum storage area. This location is also where TCE-impacted water would migrate over the decades since TCE was last released. TCE has also been detected in bedrock at concentrations as high as 69 $\mu$g/l at the southwestern portion of the Study Area. The presence of TCE at the RBI and in bedrock indicates that TCE has had the opportunity overtime to both diffuse into fine-grained soils beneath the Site and migrate downward and enter the bedrock where it can travel along fractures and bedding planes. Diffusion of TCE into the fine-grained soils and bedrock fractures create a persistent localized source of TCE to the surrounding groundwater.

## Opinion 2:

- **The only documented releases of TCE from the former Wyle Laboratories Facility were from ongoing operational releases between approximately 1964 and 1971.**

The nature of the historic releases at the Wyle Laboratories Facility were from ongoing operational releases related to TCE storage, transfer and use between 1964 and 1971. The historical LOX cleaning process described in Opinion 1 would have reasonably been expected to result in routine releases of TCE through normal operations:

- Transfers of new pure-phase TCE within the drum storage area;

- Transfers of new/used pure-phase TCE in/out of the cleaning troughs, the vapor degreaser and drums;

- Drips of pure-phase TCE out of the troughs onto the concrete floor that then get washed with rinse water into the floor drains;

- Transfer of LOX piping from the troughs to the rinse tower;

- Spot clean LOX piping on the rinse tower;

- Runoff of dissolved-phase TCE from LOX piping rinsed with deionized water on the rinse tower; and,

- Leaks from the vapor degreaser

Such releases of TCE would have been consistent with the normal handling and operations practices at the facility during this period from 1964-1971. In fact, the various transfers of TCE and draining of residual TCE onto the ground in the rinse tower area was an ongoing and deliberate part of site operations. While records of operational TCE use are not available for the Site, Wyle Laboratories documents indicate that TCE was also used in association with LOX-cleaning operations at a Wyle Laboratories facility in Norco, California.[124] Small daily operational releases of TCE over time can explain the extent and magnitude of the TCE contamination observed, and no other source(s) of TCE are necessary.

No accidents related to TCE are documented or reported by former Wyle Laboratories employees. There are no locations of TCE contamination at the Site that do not match the locations and transport pathways from

---

[124] Wyle Associates, 1958. High-Flow Liquid/Gaseous Oxygen Facility Now Available for Missile Component Tests. Wyle Associates Bulletin No. 3, April 15. (AR_HUNT00020153 at 159).

Insurers' Opposition to Summary Judgment Exhibit No. 106

the known areas of operational TCE use. The total quantity of TCE contamination observed does not require any additional specific release incident to explain the magnitude of contamination.

## Opinion 3:

- **70% of invoiced costs as of December 2019 are site investigatory in nature. The remaining 30% of claimed costs are related to site remediation (26%) or legal costs (4%).**

As of the date of this report, Arrow Electronics has produced 229 invoices for the environmental costs related to work performed at the Site between August 2000 and November 2019. A summary of each invoice is provided in Exhibit B. Kennedy/Jenks issued invoices with 95% of all costs. Several other vendors, including SGS Accutest (analytical laboratory), Cascade (driller), and Clean Harbors/Safety Kleen (waste disposal) issued invoices directly to Arrow Electronics beginning in March 2012, with most non-Kennedy/Jenks invoices being submitted in 2017 or later. Based on the invoices, and without consideration for the necessity and reasonableness of the associated costs, Arrow Electronics incurred a total of $5,223,665 for environmental work associated with the Site and an additional $207,518 of costs associated with document production and "legal support" related to insurance company mediation and legal activities for a total of $5,431,184. Based on a review of Site technical documents and invoices, most invoiced costs (70%) appear to be investigatory in nature, while the remainder pertain to Site remedial efforts and human health risk assessment (26%) or document production and legal support (4%).[125] The document production and legal support costs, which were incurred between February 2016 and November 2019, appear to support a legal effort and are not considered to be part of either the investigation or remediation costs for the Site.

The environmental work[126] conducted for the Site was carried out by Kennedy/Jenks over five general phases.[127] These phases and their corresponding tasks are described below and summarized in Table 1.

- <u>Phase 1 – Invoiced September 2000 through July 2006:</u> Phase 1 consisted of initial Site characterization activities including installation of groundwater monitoring wells screened in the shallow regolith and the RBI, soil sampling and a geophysical investigation. Routine groundwater monitoring and associated reporting commenced during Phase 1. These activities were carried out in accordance with the initial characterization work plan submitted in October 2000,[128] (supplemented in February 2002[129]) and the work plan for continued characterization submitted in

---

[125] Beginning in the March 2009 invoice, a "Communication Surcharge" is added to the total labor costs and direct expenses on all Kennedy/Jenks invoices. For the purposes of this evaluation, this surcharge has been distributed evenly among all costs (investigation, remediation and/or document production/legal support) in proportion to the cost category's share of total costs on each invoice.
[126] Excluding document production and legal support tasks.
[127] The non-Kennedy/Jenks invoices are assumed to be related to the scope of work performed by Kennedy/Jenks during the time period in which the non-Kennedy/Jenks costs were incurred.
[128] Kennedy/Jenks Consultants 2000. Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. October. (AR_HUNT00008656).
[129] Kennedy/Jenks Consultants, 2002. Geophysical Investigation Report and Characterization Work Plan Supplement, Wyle Laboratories Facility, 7800 Governor Drive West, Huntsville, Alabama. February 11.

Insurers' Opposition to Summary Judgment Exhibit No. 106

October 2003.[130] The corresponding investigation results are respectively described in three investigation reports submitted in February 2002,[131] February 2003,[132] and February 2006.[133]

- <u>Phase 2 – Invoiced August 2006 through March 2010:</u> Routine groundwater monitoring and reporting continued during Phase 2 along with additional Site characterization efforts. For invoices between August 2006 and July 2008, these characterization efforts consisted of scoping for future investigation. Actual Phase 2 Site investigation activities, including seismic reflection surveys and cone penetration testing (CPT) and membrane interface probe (MIP) testing took place between July and September 2008.[134] Additional regolith groundwater monitoring wells were installed between February and April 2009.[135] These activities were carried out in accordance with the Site Characterization Work Plan dated May 5, 2008[136] and are described in Site Characterization Report dated June 21, 2016.[137] Additionally, a screening-level indoor air survey was conducted in the High Bay and Seismic Test Building.[138]

- <u>Phase 3 – Invoiced March 2010 through April 2015:</u> Investigation efforts at the Site continued during Phase 3 per the 2010 Site Characterization and Routine Groundwater Monitoring Work Plan, dated April 19, 2010.[139] These efforts included installation of bedrock wells and additional regolith wells. Development of a conceptual site model began during Phase 3 as did risk assessment activities and consideration of remedial options for the Site. Routine groundwater monitoring continued at the Site, changing in frequency from quarterly to semi-annually in 2012.[140] Phase 3 culminated with submission in June 2016 of the Site Characterization Report 2008-2015, which detailed all Site investigation activities to date and concluded that Site characterization was complete, and remaining data gaps would be addressed by remedial investigations.[141]

- <u>Phase 4 – Invoiced July 2015 through December 2018:</u> Site investigation activities carried out following submission of the Site Characterization Report 2008-2015 were conducted to support remediation efforts at the Site. These activities include continued groundwater monitoring of select

---

[130] Kennedy/Jenks Consultants 2003. Work Plan for Continued Soil and Groundwater Characterization, Wyle Laboratories Facility, Huntsville Alabama. October 20. (AR_HUNT00016235).

[131] Kennedy/Jenks Consultants, 2002. Geophysical Investigation Report and Characterization Work Plan Supplement, Wyle Laboratories Facility, 7800 Governor Drive West, Huntsville, Alabama. February 11.

[132] Kennedy/Jenks Consultants 2003. Soil and Groundwater Investigation Report – 2002, Wyle Laboratories Facility, Huntsville, Alabama. February 25. (AR_HUNT00000047).

[133] Kennedy/Jenks Consultants 2006. 2004 – 2005 Site Characterization Report, Wyle Laboratories Facility, Huntsville, Alabama. February 2. (AR_HUNT00006060).

[134] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at119).

[135] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at126).

[136] Kennedy/Jenks Consultants 2008. 2008 Site Characterization Work Plan, Wyle Laboratories Facility, Huntsville, Alabama. May 5. (AR_HUNT00000259).

[137] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107).

[138] Kennedy/Jenks Consultants, 2009. Summary Report for Screening-Level Indoor Air Survey, High Bay and Seismic Test Building Evaluations, Wyle Laboratories, Huntsville, Alabama. June 17. (AR_HUNT00008474).

[139] Kennedy/Jenks Consultants, 2010. Site Characterization and Routine Groundwater Monitoring Work Plan, Wyle Laboratories Facility, Huntsville, Alabama, April 19. (AR_HUNT00008607).

[140] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 137).

[141] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at174).

Insurers' Opposition to Summary Judgment Exhibit No. 106

wells[142] and installation of new regolith, RBI and bedrock groundwater wells.[143] Remedial and risk assessment planning continued during Phase 4. As of July 28, 2017, risk assessment and remedial activities appeared to remain in the planning stages.[144]

- Phase 5 – Invoiced January 2019 through November 2019: Remedial and risk assessment activities continued during Phase 5, including preparation, submittal, and revision of a Corrective Action Development Plan,[145] preparation, submittal, and revision of a Risk Management Evaluation,[146] and implementation of bioremediation enhanced reductive dechlorination (ERD) pilot test injections with associated regulatory correspondence. Groundwater monitoring of select wells also continued through Phase 5 to support the remedy.

---

[142] Kennedy/Jenks Consultants, 2016. First Half 2016 Groundwater Monitoring Report, Former Wyle Laboratories – Huntsville, Alabama. December 30. (AR_HUNT00018031).
[143] Kennedy/Jenks Consultants 2017. Monitoring Well Installation Work Plan, MW-30, MW-31, and MW-32, Former Wyle Laboratories Facility, 7800 Madison Bl., Huntsville, Alabama 35806, ADEM Consent Order No. 15-033-CGW, April 28. (AR_HUNT00019986).
[144] Kennedy/Jenks Consultants, 2017. Invoice for Professional Services Number: 114354, 27 May through 28 July 2017, Wyle Laboratories – Huntsville, August 7. (AR_HUNT00014433).
[145] Kennedy/Jenks Consultants. 2019. Corrective Action Development Plan, Former Wyle Laboratories, Huntsville, Alabama. February 1. (AR_HUNT00024124)
[146] Kennedy/Jenks Consultants. 2019. Risk Management Evaluation for the Former Wyle Laboratories Facility, Huntsville, Alabama. May 1. (AR_HUNT00025155)

Insurers' Opposition to Summary Judgment Exhibit No. 106

**Table 1. Summary of Tasks for Environmental Work Performed at the Former Wyle Laboratories Facility: September 2000 — November 2019**

| Work Phase | Invoice Period | K/J Task Heading | K/J Task Number | Invoice Date First Billed | Invoice Date Last Billed |
|---|---|---|---|---|---|
| 1 | Sep 2000 - Jul 2006 | General | NA | 9/21/2000 | 8/16/2006 |
| | | Site Inspection | NA | 9/21/2000 | 7/17/2006 |
| 2-3 | Aug 2006 - Apr 2015 | Project Mgmt. & Quality Control | Task 10 | 8/16/2006 | 4/21/2015 |
| 2 | Aug 2006 - Feb 2009 | Groundwater Monitoring 2006 | Task 20 | 8/16/2006 | 2/27/2009 |
| | | Site Characterization 2006 | Task 30 | 11/20/2006 | 2/27/2009 |
| 2 | Mar 2009 - Mar 2010 | Quarterly Groundwater Monitoring | Task 20 | 3/19/2009 | 3/1/2010 |
| | | Regolith Groundwater Well Installation & Destruction | Task 30 | 3/19/2009 | 2/3/2010 |
| | | Reporting for Seismic Reflection and CPT/MIP Investigations | Task 40 | 4/22/2009 | 2/3/2010 |
| | | High Bay Indoor Air Screening-Level Assessment | Task 50 | 7/2/2009 | 7/21/2009 |
| 3 | Mar 2010 - Apr 2015 | Routine Groundwater Monitoring | Task 20 | 5/6/2010 | 4/21/2015 |
| | | Field Characterization 2010 | Task 30 | 5/6/2010 | 10/8/2014 |
| | | Remedial Investigation | Task 31 | 11/29/2011 | 7/18/2013 |
| | | Source Area Screening & Reporting | Task 40 | 9/15/2011 | 11/27/2013 |
| | | Initial Risk Assessment | Task 50 | 9/15/2011 | 7/18/2013 |
| | | Bedrock Well Installation WP | Task 60 | 3/1/2010 | 3/11/2010 |
| | | Equipment Purchase | Task 70 | 12/18/2009 | 1/6/2010 |
| | | Remediation Planning | Task 80 | 5/6/2010 | 3/17/2015 |
| 4 | Jul 2015 - Dec 2018 | Project Mgmt. & Agency Interaction | Task 01 | 7/20/2015 | 1/14/2019 |
| | | Site Characterization Report | Task 02 | 7/20/2015 | 8/7/2017 |
| | | Groundwater Monitoring | Task 03 | 7/20/2015 | 1/14/2019 |
| | | GWM Well Installation | Task 04 | 12/22/2016 | 1/14/2019 |
| | | RI Field Testing | Task 05 | 12/22/2016 | 11/9/2017 |
| | | Source Area Screening & Reporting | Task 06 | 10/28/2016 | 4/20/2018 |
| | | Risk Assessment | Task 07 | 7/20/2015 | 8/21/2018 |
| | | Initial Remedial Planning | Task 08 | 12/22/2016 | 1/14/2019 |
| 5 | Jan 2019 – Nov 2019 | Corrective Action Plan | N/A | 2/1/2019 | 6/11/2019 |
| | | Communicaiton [sic] Charges | N/A | 2/1/2019 | 12/3/2019 |
| | | GW Monitoring | N/A | 2/1/2019 | 12/3/2019 |
| | | Wellhead Maintenance | N/A | 2/1/2019 | 4/22/2019 |
| | | PM/Communications | N/A | 2/1/2019 | 12/3/2019 |
| | | Pilot Test | N/A | 2/1/2019 | 12/3/2019 |

Notes:

K/J - Kennedy/Jenks Consultants

Insurers' Opposition to Summary Judgment Exhibit No. 106

With the exception of costs associated with indoor air sampling and reporting ($20,614), all costs incurred in Phases 1 and 2 are investigatory in nature and reflect the multiple rounds of Site characterization necessary to define the extent and magnitude of TCE and related VOC contamination. Site investigation activities continued through Phase 3. Risk assessment, remedial planning, remedial investigation, and other remedial action activities began during Phase 3 and continued through Phase 5.

Costs for risk assessment were periodically incurred beginning in June 2011 through as recently as July 2019. Based on the review of Kennedy/Jenks invoices, these costs are primarily associated with planning for human health risk assessment, and do not reflect Site investigation costs. Additionally, costs for one round of indoor air sampling were incurred between April and June 2009. This sampling was targeted at assessing indoor air concentrations of TCE and tetrachloroethylene (PCE) in the High Bay and was requested by Wyle Laboratories. [147] The indoor air sampling was intended to evaluate the operational effectiveness of building ventilation prior to resumption of operations within the High Bay after a period of inactivity. [148] This indoor air sampling was therefore not part of Site characterization activities proposed in ADEM-approved work plans and was instead for the purposes of scoping an appropriate mitigation or remedial strategy.

Costs for remedial planning were first incurred in February 2010. These efforts were billed under the "Remediation Planning" and "Initial Remediation Planning" Kennedy/Jenks task headings. According to descriptions provided in invoice cover letters, these efforts consisted of discussions and considerations of alternatives for future remedial activities at the Site. For example, the cover letter to Kennedy/Jenks invoice no. 52142, dated November 22, 2010, describes costs billed under the Remediation Planning task as corresponding to "Onset of evaluating remediation technologies for the Site." [149] Some of these alternatives were outlined in a letter report prepared by Kennedy/Jenks for Arrow Electronics dated May 28, 2010. [150] Remedial planning was ongoing as recently as July 2019, when Kennedy/Jenks revised their remedial approach and pilot testing plan based on new soil and groundwater analytical data from wells installed and sampled in April and May of 2019. [151]

Beginning in Phase 3, Arrow Electronics incurred costs associated with remedial investigation. These costs were billed under the "Remedial Investigation" and "RI Field Testing" task headings assigned by Kennedy/Jenks. Based on a review of Site investigation documents in concert with corresponding invoices, it appears that costs specifically assigned to remedial investigation are associated with efforts to select appropriate remedial techniques and plan for future remedial efforts, while efforts to characterize the extent and magnitude of contamination at the Site are assigned to other investigatory tasks. For example, the cover letter to Kennedy/Jenks invoice no. 724873, dated April 23, 2013, describes costs billed under the Remedial Investigation task as corresponding to "overview of project-wide groundwater geochemistry data to assess

---

[147] Kennedy/Jenks Consultants, 2009. Summary Report for Screening-Level Indoor Air Survey – High Bay and Seismic Test Building Evaluations, Wyle Laboratories, Huntsville, Alabama. June 17. (AR_HUNT00008474).

[148] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 172).

[149] Kennedy/Jenks Consultants, 2010. Invoice for Professional Services, Invoice Number 52142, 25 September through 29 October 2010, Wyle Laboratories – Huntsville. November 22. (AR_HUNT00011558).

[150] Kennedy/Jenks Consultants, 2010. Project Summary and Preliminary Remediation Cost Estimates, Wyle Laboratories Facility In Huntsville, Alabama, Arrow Electronics – Wyle Huntsville. May 28 (AR_HUNT00000008).

[151] Kennedy/Jenks Consultants, 2019. Letter to ADEM Re: Amendment to Pilot Injection Plan, Former Wyle Laboratories Facility– Huntsville, Alabama. July 8. (AR_HUNT00025291).

Insurers' Opposition to Summary Judgment Exhibit No. 106

the feasibility of remedial efforts at the Site."[152] Therefore, for the purposes of this evaluation, costs for remedial investigation are considered remedial in nature.

Project management costs were incurred throughout Phases 2 and 3 under the Kennedy/Jenks task heading "Project Mgmt. and Quality Control." Billing backup that would allow for a determination of the exact nature of these costs was not included in the invoices reviewed. Therefore, on Phase 2 and 3 invoices that included remedial costs as described above, costs billed to the Project Mgmt. and Quality Control task were distributed between remediation and investigation based on the relative percentage of pre-project management total costs that each category represented.

In Phase 4 and Phase 5, following submission of the 2008-2015 Site Characterization Report,[153] all Site environmental work, including groundwater monitoring and installation of new groundwater wells, is aimed at supporting future remedial efforts. Specifically, Kennedy/Jenks states,

> *Following submittal of Kennedy/Jenks' Site Characterization Report dated 21 June 2016, ADEM and Kennedy/Jenks agreed that routine groundwater monitoring of the entire Site for characterization purposes should be discontinued. Going forward, semiannual groundwater monitoring is focused on supporting the remediation efforts and closely watching specific wells that are trending.*[154]

Therefore, with the exception of costs relating to regulatory follow up associated with the 2016 Site Characterization Report,[155] and costs for the preparation of the First Half 2016 Groundwater Monitoring Report,[156] all non-document production/legal costs incurred in Phase 4 and Phase 5 are related to risk assessment and remedial activities and are considered remediation costs.

---

[152] Kennedy/Jenks Consultants, 2010. Invoice for Professional Services, Invoice Number 72483, 26 January through 29 March 2013, Wyle Laboratories – Huntsville. April 23. (AR_HUNT00011466).

[153] Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107).

[154] Kennedy/Jenks Consultants, 2016. First Half 2016 Groundwater Monitoring Report, Former Wyle Laboratories – Huntsville, Alabama. December 30. (AR_HUNT00018031).

[155] In the March June and August 2017 invoices, costs are incurred for response to ADEM comments and transmittal of paper report copies to ADEM that are billed under the Site Characterization Report task. These costs are considered related to the Site Characterization report and are therefore not included with remedial costs incurred during Phase 4.

[156] The First Half 2016 groundwater monitoring event was conducted in May 2016. This event predates the submission of the June 21, 2016 Site Characterization report and is considered investigatory in nature. Therefore, costs associated with preparing this report are considered investigatory in nature as well. The First Half 2016 Groundwater Monitoring Report is dated December 30, 2016. Without backup descriptions of labor in the invoices, it is not possible to determine exactly what costs are attributable to the preparation and submission of this report. It was assumed that report preparation costs were incurred during the 11/26/2016 – 12/30/2016 billing period and are therefore present on Invoice No. 108258. However, while it is not stated on the cover letter, it is also assumed that this invoice includes costs for the Second Half 2016 groundwater monitoring event, which is remedial in nature, and was performed during December 2016 according to the Second Half 2016 Groundwater Monitoring Report dated April 19, 2017 (AR_HUNT00018290). On Invoice No. 108258, all direct expenses and two thirds of labor costs under Task 03 – Groundwater Monitoring were assigned to the Second Half 2016 groundwater event (and therefore remediation) and the remainder were assigned to the preparation of the First Half 2016 Groundwater Monitoring Report (and therefore investigation).

Insurers' Opposition to Summary Judgment Exhibit No. 106

## Opinion 4:

- **At a minimum, $996,283 of claimed costs for the environmental work**[157] **associated with the Site is not reasonable and necessary, of which $945,709 was incurred after December 6, 2004. In addition, I identified additional invoiced costs that appear to include unreasonable costs, but without appropriate invoice backup I was unable to determine to what degree such costs were reasonable.**

Based on a review of the invoices produced to date, Site environmental documents, and communications between ADEM and Arrow Electronics, the extent of environmental work (numbers, locations and depths of wells installed, frequency of groundwater monitoring, seismic investigations, etc.) and the long duration over which this work took place (nearly 20 years) is reasonable. As outlined above, ADEM repeatedly requested additional Site investigation work between 2000 and 2015. The scope of environmental work performed is also reasonable considering the complex hydrogeology. Due to this complexity, multiple rounds of environmental investigation were required to develop a conceptual site model and characterize the extent of VOC contamination to select an appropriate cleanup remedy. However, within the scope of this investigation, certain costs within the invoices reviewed were deemed unnecessary or unreasonable as described below.

The Kennedy/Jenks and other vendor invoices tabulated in Exhibit B were evaluated to determine the necessity and reasonableness of the incurred costs. "Unnecessary" and "unreasonable" costs were identified and excluded based on the following definitions:

- "Unnecessary" costs are those response action costs which were not required to investigate and remediate the Site. The costs for tasks or expenses that were not required by ADEM or, in my professional experience, typically performed at sites similar to the Site in question were categorized as "unnecessary." Examples of necessary costs are those incurred for drilling of monitoring wells, preparation of work plans and summary reports, and groundwater sampling, whereas unnecessary costs are those typically covered by a consultant's overhead but that were billed to Arrow Electronics or those costs that exceed the scope required to investigate and remediate the Site.

- "Unreasonable" costs are those that are not within a cost range typical of industry practice for the particular task or scope. Evaluation of the reasonableness of costs included examining billing rates, subcontractor costs, expenses, markups (e.g., the "communication fee" billed on Kennedy/Jenks invoices) and the amount of time billed as project management to determine how costs compare with typical industry practice.

The costs that remain after the specified unnecessary and unreasonable costs have been removed should not be understood to represent necessary and reasonable costs for the Site. Many of the invoices provided for review are not adequately documented in accordance with standard industry practice, and therefore the necessity and reasonableness of the costs incurred therein cannot be reasonably ascertained.

Typical billing backup that is omitted from some or all invoices includes:

1. Narrative of the scope of services performed during the billing period;

2. Proposals under which the work was conducted;

---

[157] The total does not include the $207,518 expended for "document production" and "legal support" by Kennedy/Jenks to support the legal efforts associated with the Site. Refer to Opinion 3.

Insurers' Opposition to Summary Judgment Exhibit No. 106

3. Itemized and dated billing notes for each professional;

4. Expense reports and documentation of incurred expenses; and

5. Subcontractor invoices.

For example, Kennedy/Jenks' November 2002 invoice for $16,794.68 contains no backup or documentation to support the incurred costs.[158] Specifically, the invoice contains 117.5 hours of labor expended, but no narrative or billing notes to describe the scope of services performed. Additionally, direct expenses total $2,266.68, and include "Delivery Services," "Prints and Reproduction," "Project Materials," "Subsistence," and "Travel," yet no expense reports are included to substantiate the expenses. The invoice references a "proposal dated 12 July 2000" but none of the proposals associated with Kennedy/Jenks' work were provided for review, and so cannot be used to understand the scope of services.

The absence of adequate billing backup likely masks unnecessary or unreasonable billing. A third cost category, "Potentially Unnecessary or Unreasonable," was created to capture those inadequately documented costs that, based on the limited amount of available information, appear to be unnecessary or unreasonable based on typical industry practice but are so poorly documented that a definitive determination is impossible. If a complete set of billing backup is provided, I reserve the right to revise this analysis and report on an updated calculation of identified costs that are unnecessary or unreasonable.

Notwithstanding the fact that the Kennedy/Jenks invoices do not sufficiently document the costs incurred, and that other unnecessary and/or unreasonable costs were likely charged but could not be identified without the appropriate backup documentation, four types of costs were identified and specifically excluded as unnecessary or unreasonable: certain unnecessary administrative expense costs, costs associated with unnecessary travel to/from the Site, costs associated with unreasonable groundwater sampling and reporting, and unnecessary or unreasonable Site Investigation Report costs. Some of the unnecessary or unreasonable costs were incurred prior to December 6, 2004,[159] therefore the unnecessary or unreasonable costs incurred before December 6, 2004 and on or after December 6, 2004 are identified, where applicable. Furthermore, several categories of potentially unnecessary or unreasonable costs were identified. Each of these categories of excluded or potentially excludable costs is discussed in more detail below.

Unnecessary administrative costs

In at least seven separate instances,[160] it appears that Kennedy/Jenks billed Arrow Electronics for the cost of professional licensing in the State of Alabama. Customarily, consultants bear their own costs of professional licensing and do not charge clients for the costs required to obtain those licenses. While the total sum of the licensing is not substantial ($1,096) compared to the total cost of the project, these unnecessary costs demonstrate that unnecessary or unreasonable administrative billing likely took place,

---

[158] AR_HUNT00009598 through AR_HUNT00009599

[159] Arrow Electronics first provided Liberty Mutual Insurance Company (Liberty Mutual) and Travelers Casualty and Surety Company (Travelers), respectively, with a notice of potential claims (NOPC) for two Wyle Laboratories facilities including the Site in letters dated December 6, 2004.

[160] Invoice 11094 (8/12/2005), $165 charged for "Alabama Board of Licensure for PG"; Invoice 26031 (8/7/2007), $165 charged for "State of Alabama – Board of Licens"; Invoice 42360 (8/12/2009), $162 charged for "State of Alabama – Board of Licens"; Invoice 59006 (9/15/2011), $162 charged for "Renewal of State of Alabama licensing for PG" and "State of Alabama – Board of Licens"; Invoice 107374 (12/22/2016), $270 charged for "State of Alabama – Board of Licens." Invoice 111600 (5/23/2017), $162 charged for "State of Alabama – Board of Licens." Invoice 134435 (11/11/2019), $171.60 charged for and the expense matches the receipt for "Alabama Board of Licensure for Professional Geologists." The charge on invoice 111600 was reversed on invoice 114354 (8/7/2017).

Insurers' Opposition to Summary Judgment Exhibit No. 106

and suggests additional unnecessary or unreasonable billing may be identified if adequate documentation was provided.

<u>Unnecessary travel costs</u>

Kennedy/Jenks travel costs totaling at least $266,127[161] were excluded as unnecessary. Kennedy/Jenks' does not have an office local to the Site, and instead flew staff to the Site from remote offices to perform a wide array of tasks. The travel costs could have easily been avoided if Arrow Electronics utilized one of the various environmental consultants local to the Huntsville, Alabama area,[162] or if Kennedy/Jenks utilized a local environmental services firm to perform routine tasks. In fact, in parallel to the site investigation and remediation activity being performed by Kennedy/Jenks, a local consultant (Mid South Testing Inc.) has been performing site investigation, remediation, and groundwater monitoring at the Site.[163,164,165] The following table summarizes the tasks for which unnecessary travel costs were charged. Refer to Exhibit C for a comprehensive summary of charges by task and travel costs.

| Task ID | Travel Costs (pre-12/6/2006) | Travel Costs (all dates) | Share of Total Travel Costs (all dates) |
|---|---|---|---|
| Task 20 - Routine Groundwater Monitoring | $ - | $ 105,830 | 40% |
| TSK 03 - Groundwater Monitoring | $ - | $ 40,776 | 15% |
| Task 30 - Field Characterization | $ - | $ 30,810 | 12% |
| General | $ 15,804 | $ 24,573 | 9% |
| Task – Pilot Test | $ - | $ 15,674 | 5.9% |
| Task – GW Monitoring | $ - | $ 12,194 | 4.6% |
| Task N.## and "**** -- Default Task" | $ - | $ 6,776 | 2.5% |
| Task 10 - Project Mgmt. & Quality Control | $ - | $ 6,537 | 2.5% |
| TSK 04 - GWM Well Installation | $ - | $ 5,900 | 2.2% |
| TSK 01 - Project Mgmt. & Agency Interactions | $ - | $ 5,051 | 1.9% |
| Site Inspection | $ 156 | $ 2,779 | 1.0% |
| TSK 06 - Source Area Screening and Reporting | $ - | $ 2,387 | 0.9% |
| Travel that Cannot be Assigned to a Task | $ 1,949 | $ 1,949 | 0.7% |
| TSK 07 - Risk Assessment | $ - | $ 1,389 | 0.5% |
| Task – PM/Communications | $ - | $ 1,318 | 0.5% |
| Task 50 - High Bay Indoor Air Screening | $ - | $ 1,081 | 0.4% |
| Task – Communicaiton [sic] Charges | $ - | $ 710 | 0.3% |
| Task 80 - Remediation Planning | $ - | $ 276 | 0.1% |
| Task – Wellhead Maintenance | $ - | $ 117 | 0.0% |
| Total | $ 17,909 | $ 266,127 | 100% |

Notes:
Excludes tasks for which no travel costs were identified.

[161] Does not include $9,057 in travel costs associated with the "Document Inventory" task or the $251 in travel costs associated with the "Legal" task that is unrelated to the response action.
[162] A cursory search for environmental consultants local to the Huntsville, Alabama area identified at least three nationally known environmental consulting firms and several local/regional consulting firms which Arrow Electronics could have utilized.
[163] Mid South Testing, Inc., 2016. Underground Storage Tank Corrective Action Plan - Wyle Laboratories, Huntsville, Alabama. July 12.
[164] Mid South Testing, Inc., 2017. Corrective Action Report Soil Remediation by Excavation - Wyle Laboratories, Huntsville, Alabama. May 30.
[165] Mid South Testing, Inc., 2019. Groundwater Monitoring Report - Wyle Laboratories, Huntsville, Alabama. January 7.

Insurers' Opposition to Summary Judgment Exhibit No. 106

Task IDs are from Kennedy/Jenks invoices.  Some tasks include multiple names (e.g., Task 30 descriptions also include "Site Characterization 2006," "Regolith GW Well Install and Destruct," and "Field Characterization 2010."

Excluded travel costs included airfare, car rental, and sustenance.  Costs associated with a self-storage unit were also excluded as travel costs based on the reasoning that the self-storage unit would be unnecessary for a local consultant to rent because they would already have a location at which to store equipment and materials.  Equipment and materials were not excluded based on the assumption that any consultant performing the work would have obtained equipment and materials, although it is reasonably expected that a local consultant would have had many pieces of equipment on hand and not had to rent them.

The staff travel time  billed to Arrow Electronics by Kennedy/Jenks related to transit from other offices to the Site were not identified, and therefore were not excluded as unnecessary costs because Kennedy/Jenks does not provide billing notes that identify how much time, exactly, was billed for travel time versus how much time was billed for work on Site.  However, as discussed in the subsection that follows, the amount of field effort for groundwater sampling indicates that a significant amount of time is associated with travel and is, in fact, unreasonable.

In total, the $266,127 of unnecessary travel costs represents 5.3% of the $4,967,390 billed by Kennedy/Jenks between 2000 and December 3, 2019 for response action costs (excludes insurance-related document production and legal support costs).  Furthermore, of the $266,127 of unnecessary travel costs, $17,909 were incurred prior to December 6, 2004, and $248,218 were incurred on or after December 6, 2004.

<u>Unreasonable Groundwater Sampling and Reporting Costs</u>

The amount of time Kennedy/Jenks staff billed for routine groundwater sampling and reporting is unreasonable.[166]  Groundwater sampling has occurred at the Site since 2000 on regular intervals (quarterly, or semiannually), and been followed up by standard groundwater monitoring event reports.  In the early years of sampling the sampling costs were combined with other tasks, but from July 1, 2006 to present groundwater monitoring tasks have been clearly delineated in invoice tasks.  As shown in Exhibits C and D, Kennedy/Jenks has billed $1,646,571 for at least 30[167] groundwater monitoring events that included a total of 739 samples since July 1, 2006 (an average of 25 wells per event).  As discussed below, at least $586,610 of groundwater sampling and reporting costs that were incurred over the duration of the site investigation are unreasonable.

Each groundwater sampling event at the Site involved gauging and collecting analytical samples from up to several dozen groundwater monitoring wells located throughout the Site.[168]  The amount of technician time spent during each groundwater sampling period, as well as the number of groundwater samples collected during each routine groundwater sampling event is tabulated in Exhibit D.  Kennedy/Jenks' staff averaged approximately 4.6 hours billed for each groundwater sample collected.[169]  This is far outside of the norm for

---

[166] Due to the insufficient billing backup, Roux assumes that the tasks "Task 20 - Routine Groundwater Monitoring" and "TSK 03 – Groundwater Monitoring" includes all of the monitoring and reporting costs associated with groundwater sampling and reporting.

[167] One or more groundwater monitoring events were likely performed in 2019 based on the number of technician hours billed on invoices.  The associated groundwater monitoring reports were not available for review.

[168] This analysis assumes the scope of work associated with the billing task "Routine GW Monitoring" is solely associated with groundwater monitoring and the 2019 sampling for which the groundwater monitoring report (and associated documentation of the number of wells sampled) was not available.

[169] 859 samples collected over 3,910.5 hours.  Excludes the Q4 2000 sampling for which staff billing associated with groundwater sampling could not be determined based on the invoice.

Insurers' Opposition to Summary Judgment Exhibit No. 106

groundwater sampling, which typically averages approximately 1-2 hours per well, including time for mobilization between wells, calibrations, decontaminating equipment, collecting duplicates, and sample handling.

Furthermore, the costs Kenney/Jenks incurred preparing groundwater monitoring reports appears excessive, although identifying the costs for any single report is difficult because there are insufficient billing notes. Examples of potentially excessive groundwater reporting costs include:

- Invoice 4124 (10/11/2004). The scope of work provided in Kennedy/Jenks invoice is for "**Initial** preparation of semiannual groundwater monitoring and characterization reports" [emphasis added]. Subsequent invoices reference additional work on these monitoring reports. However, the "initial" costs alone total $11,563.00. At this point in the investigation (2004) Kennedy/Jenks had prepared several groundwater monitoring reports, which should have made this monitoring report a relatively streamlined product. The fact that the "initial" preparation cost over $11,000 suggests that the entire report cost was likely excessive. Exact report costs and the scope of work performed to prepare the reports cannot be determined because no billing notes are provided with the invoices.

- Invoices 81559, 83506, 84372, 86197, 86642 (2014, various months). All of these invoices included follow up from the Q1 2014 monitoring event and preparation of the Q1 2014 groundwater monitoring report.[170] Unlike most other invoices, there are no other tasks included in the brief billing memo that impede estimation of the post-monitoring costs. In total, the post-monitoring work and monitoring report preparation cost at least $14,185.17 and required at least 75 man-hours of labor.[171] The Q1 2014 groundwater monitoring report consists almost exclusively of form text and summary information, plus a small number of tables updated with analytical results from the monitoring event. The groundwater monitoring report alone should not have cost over $14,000. The basis for actual costs incurred cannot be determined because no billing notes are provided with the invoice. Furthermore, the excessive cost of this monitoring report suggests other monitoring reports were also unreasonably costly.

As discussed previously, Kennedy/Jenks' billing backup is incomplete, which renders identification of unnecessary or unreasonable costs very difficult on any individual invoices. Nonetheless, unnecessary and unreasonable groundwater sampling and reporting costs can be estimated based on overall average costs incurred by Kenney/Jenks versus typical costs incurred for such activities by other professionals. The unreasonable costs associated with Kennedy/Jenks' groundwater sampling were calculated by difference when compared to a reasonable cost estimate for an average groundwater sampling event consisting of 25 wells as follows (excluding travel, laboratory, and subconsultant costs):

- Technician sampling of 25 wells at 2 hours per well (the high end of what is typical) at $99 per hour[172] ($4,950);

---

[170] Note that invoice 83506 (for services through 4/25/2014) states that it was for "initial work on the **Q1 2013** groundwater monitoring report" and invoice 84372 (for services through 6/27/2014) states that it was for "continued work on the **Q1 2013** groundwater monitoring report" [emphasis added]. The Q1 2013 groundwater report was submitted approximately 10 months prior to this invoicing period, on June 7, 2013. It's assumed the invoices include a typographical error, and are related to the Q1 2014 groundwater monitoring report, which is contemporaneous with the invoicing period, instead of the Q1 2013 groundwater monitoring report.

[171] Sum of Task 20 charges on each invoice.

[172] $99 per hour is conservative because it represents the maximum technician rate billed for groundwater sampling, as shown on Exhibit D. Actual technician billing rates range from $73 to $99 per hour (Exhibit D).

Insurers' Opposition to Summary Judgment Exhibit No. 106

- Technician work of 8 additional hours per event to address other field scopes (gauging, surface water sampling, etc.) at $99 per hour ($792);

- Management of field effort of $2,500 per event;

- Equipment costs of $2,500 per event;

- Data analysis and figure preparation of $2,000 per event;

- Post-sampling follow-up with laboratory, disposal company, surveyor, etc. of $2,500 per event; and

- Report preparation costs of $10,000 per event (assumes each event generates one report);

In total, a reasonable cost to sample 25 wells and prepare a monitoring report is approximately $25,242 Conservatively, for the purposes of this estimate, I rounded the reasonable estimate up to $30,000 for an average 25 well sampling event and associated reporting.

As shown in the table below, I then compared that cost to the actual labor and expenses (excluding travel, laboratory, subconsultants, etc.) associated with groundwater sampling and reporting incurred by Kennedy/Jenks. The average cost incurred by Kennedy/Jenks is approximately $46,764 (excluding the unnecessary travel expenses discussed previously), which is substantially in excess of what is reasonable ($30,000). The difference between these estimates ($16,764) was multiplied by the number of events from 7/1/2006 to present (30), and then extrapolated to the entire monitoring period from 2000 to present based on 86% of the site investigation samples being collected from 7/1/2006 to present. The result is that $586,610 of Kennedy/Jenks' groundwater sampling and reporting costs are unreasonable.

| 7/1/2006 through Present[1] | | |
|---|---|---|
| Total Cost of Groundwater Monitoring Tasks[2] | $ | 1,646,571 |
| Subconsultant Costs, Groundwater Monitoring Tasks | $ | 84,866 |
| Travel Expenses, Groundwater Monitoring Tasks | $ | 158,799 |
| Groundwater Monitoring Labor, Reporting, and Equipment | $ | 1,402,906 |
| | | |
| Number of Groundwater Samples Collected[3] | | 739 |
| Number of Groundwater Sampling Events[3] | | 30 |
| Average Number of Groundwater Samples Per Event | | 25 |
| Average Cost (Labor, Equipment, Reporting) Per Event | $ | 46,764 |
| | | |
| Reasonable Average Cost (Labor, Equipment, Reporting) Per Event[4] | $ | 30,000 |
| Potentially Unreasonable Cost Per Event | $ | 16,764 |
| Potentially Unreasonable Groundwater Monitoring Cost | $ | 502,906 |
| 2000 through Present | | |
| Number of Groundwater Samples Collected[3] | | 862 |
| Share of Groundwater Samples Collected 7/1/2006 through Present | | 86% |
| **Total Potentially Unreasonable Groundwater Monitoring Costs** | $ | **586,610** |

[1]Groundwater monitoring occurred before 6/30/2006, but the invoice task structure and associated billing notes do not allow for identification of unique groundwater monitoring costs.

Insurers' Opposition to Summary Judgment Exhibit No. 106

The unreasonable groundwater monitoring costs incurred prior to December 6, 2004 are estimated based on the total number of groundwater samples collected prior to December 6, 2004 (48, as shown in Attachment D) versus the total number of groundwater samples collected (862). The pre-December 6, 2004 samples account for 5.6% all groundwater samples collected, and therefore the amount of unreasonable groundwater monitoring costs incurred before December 6, 2004 represents $32,665 (5.6% of $586,610), with the remaining $553,945 incurred on or after December 6, 2004. As discussed previously, many of the invoices provided for review are not adequately documented in accordance with standard industry practice. The lack of specificity and detail in invoices precludes a more detailed assessment of unnecessary and unreasonable groundwater monitoring costs prior to December 6, 2004.

Unnecessary or Unreasonable Site Investigation Report Costs

In 2015 Kenney/Jenks estimated that the Site Investigation Report would cost $40,000.[173]  As of August 2017, Kennedy/Jenks had expended $182,450 on the Site Investigation Characterization Report task, missing their original estimate by 356%.

Site characterization reports are predictable and relatively straight forward to estimate costs for (as opposed to field work, which can fluctuate based on unanticipated field conditions). Kennedy/Jenks' initial estimate of $40,000 is a reasonable sum, especially considering that many of the groundwater monitoring reports and data tabulations were already prepared during the course of the investigation. The basis for the extraordinary expansion of costs is not provided in the invoices, except that "the scope and budget of this report was misjudged"[174] by Kennedy/Jenks. The labor hours that resulted in $182,450 being incurred do not include billing notes, which inhibits an analysis of what portion of the Site Characterization Report preparation efforts were reasonable and what portion of those efforts was excessive or why Kennedy/Jenks overspent their budget by over $140,000. Consequently, the difference between the original Site Characterization Report estimate and what has been billed ($142,450) is unnecessary or unreasonable.

Other Costs That Appear Potentially Unnecessary or Unreasonable

- The billing memorandum associated with Kennedy/Jenks invoice 52708 ($31,522.66) references "Procure groundwater dataset for Wyle Laboratories as part of pending property sale." It is unlikely that consultant support for a property transaction is necessary to the response action. No itemized billing notes are provided to identify the scope of work, how much time was spent on unnecessary property transaction costs, or if similar activities were performed on behalf of Arrow Electronics and billed on other invoices. Without further documentation the magnitude of these potentially unnecessary and unreasonable costs cannot be determined.

- Labor rates for select staff on two Kennedy/Jenks invoices (5668 and 37458) exceed their typical range, and appear to be unreasonable. Specifically, a substantial multiplier is applied to certain labor rates that inflates certain labor costs above the Kennedy/Jenks' standard billing rates. For example, on invoice 37485 technician labor is primarily billed at $95 per hour. However, there is also an entry for a technician billing at a rate of $51.98 per hour, with a multiplier of 3.10 applied, resulting in an effective billing rate of $161.14 per hour, which is a 70% increase over the standard billing rate. No justification for this increase is provided, and likely represents either a billing error or unreasonable billing practices. While this practice is not widespread, it does suggest that additional unnecessary or unreasonable billing practices may be identified if more complete backup is provided for review.

---

[173] Invoice 94131, Table 1, Task 2 Site Characterization Report Authorized Budget.
[174] Invoice 97829 billing memorandum.

Insurers' Opposition to Summary Judgment Exhibit No. 106

Without further documentation the magnitude of these potentially unnecessary and unreasonable costs cannot be determined. On the two invoices reviewed, the excessive charges amount to $642.

- Kennedy/Jenks includes four hours of labor associated with a phase called "Non-Billable Effort" on at least one invoice (134435) totaling $988.80. Without adequate documentation, it remains uncertain why the labor attributed to this phase was included on the invoice and billed to Arrow Electronics. Non-billable labor is typically associated with overhead-related or non-project-specific tasks and is absorbed by the consultant. Including this labor on an invoice to Arrow Electronics represents either a billing error or an unreasonable billing practice. No itemized billing notes are provided to identify the scope of work associated with this phase.

- Kennedy/Jenks provides almost no documentation of expenses with their invoices.[175] I identified at least $212,038[176] of undocumented expenses (i.e., missing vendor invoices, missing expense reports) associated with equipment, materials, shipping, employee non-travel expenses, and similar costs.[177] Without adequate documentation it remains uncertain which expenses are unnecessary or unreasonable. While some of these expenses are likely reasonable and necessary (e.g., equipment rental costs associated with groundwater monitoring) certain expenses do not appear to fit within typically incurred ranges for Kennedy/Jenks' scope of work. For example:

  o Administrative expenses associated with professional licensing were outright excluded, as discussed previously, because the scope of the cost could be determined from the invoice, thereby demonstrating that costs Kennedy/Jenks characterizes as expenses may not be necessary or reasonable response action costs.

  o On invoice 004290022 Kennedy/Jenks bills for $7,616.23 in "Project Materials." This is a significant sum to invoice without documentation of the incurred costs.

  o Charges for equipment rentals appear excessive given the scope of work on many invoices. For example, the "Direct Supplies, Materials, and Other" associated with the Second Quarter 2009 Groundwater Monitoring event total at least $8,932.97 (invoice 41541), which appears excessive, even for a large groundwater monitoring event.

In summary, costs that were identified as unnecessary or unreasonable are shown in the following table. While the other costs were identified as potentially unnecessary or unreasonable, without backup documentation the degree to which those costs were unnecessary or unreasonable could not be determined.

---

[175] Some early invoices include documentation of expenses.
[176] Excludes the administrative expenses associated with professional licensing that were clearly identifiable as unnecessary.
[177] Small expenses associated with tasks that are not typically documented as thoroughly, such as copying, communication, and mileage charges were not included in the total amount of undocumented expenses. Note that some expenses associated with groundwater monitoring have not been uniquely identified. Some component of the unnecessary and unreasonable groundwater monitoring and reporting costs may be associated with expenses that are included in this total.

Insurers' Opposition to Summary Judgment Exhibit No. 106

| Scope of Work/Cost | Unnecessary or Unreasonable Costs | | |
| --- | --- | --- | --- |
| | pre-December 6, 2004 | December 6, 2004 or later | Total |
| Administrative | $0 | $1,096 | $1,096 |
| Travel | $17,909 | $248,218 | $266,127 |
| Groundwater Sampling/Reporting | $32,665 | $553,945 | $586,610 |
| Site Investigation Report | $0 | $142,450 | $142,450 |
| **Total** | **$50,574** | **$945,709** | **$996,283** |

## Opinion 5:

- **Of the $5,431,184 in claimed costs incurred to date, $605,479 (11.15% of total claimed costs) were incurred prior to December 6, 2004, $687,333 in costs (12.66% of total claimed costs) were incurred from December 6, 2004 through July 4, 2007, $2,142,810 (39.45% of total claimed costs) were incurred from July 5, 2007 through April 23, 2014, $93,355 (1.72% of total claimed costs) were incurred from April 24, 2014 through February 8, 2015, and the remaining $1,902,206 (35.02% of total claimed costs) were incurred beginning February 9, 2015.**[178]

Arrow Electronics first provided Liberty Mutual Insurance Company (Liberty Mutual) and Travelers Casualty and Surety Company (Travelers), respectively, with a notice of potential claims (NOPC) for two Wyle Laboratories facilities including the Site in letters dated December 6, 2004.[179,180] With respect to the Site, this NOPC is in response to the October 2004 communication from ADEM to Arrow Electronics,[181] in which ADEM concludes that the underlying aquifer and a downgradient public supply well have been impacted from VOC contamination beneath the Site.

In a letter dated June 26, 2007, ADEM found Arrow Electronics in violation of Alabama State code and required that Arrow Electronics submit a work plan for further Site investigation. Arrow Electronics forwarded this letter to Liberty Mutual on July 5, 2007.[182] Travelers was sent the same ADEM letter as Liberty Mutual on July 5, 2007, but the July 5, 2007 cover letter was addressed to Resolute Management,

---

[178] The cost categorization of site investigation, remediation, and mediation costs for each time period can be readily determined, if necessary. In addition, the costs identified within each time period that are unreasonable or unnecessary can be readily determined, if necessary.

[179] Arrow Electronics, Inc., 2004. Letter to Travelers Casualty and Surety Company, Attention: Claims Department. December 6. (TRAV00540)

[180] Arrow Electronics, Inc., 2004. Letter to Liberty Mutual Insurance Company, Attention: Claims Department. December 6 (LM 0000547)

[181] ADEM, 2004. Former Wyle Laboratories Facility, Huntsville, Madison County, Alabama, Groundwater Incident No. GW 01-01-03. October 13. (AR_HUNT00002628)

[182] Arrow Electronics, Inc. 2007. Policyholder-Arrow Electronics, Inc., as successor to Wyle Laboratories, Inc. with respect to the following Liability Insurance Policies: July 5 (LM 0000236)

Insurers' Opposition to Summary Judgment Exhibit No. 106

Case 2:17-cv-05247-JFW-FEM   Document 191-6   Filed 04/03/20   Page 39 of 89   Page ID
#:15984

Inc, and Travelers initially assumed it was copied on the communications for information purposes only.[183]

According to Arrow Electronics, the duty of Liberty Mutual and Travelers to pay costs that Arrow Electronics incurred with respect to environmental conditions at or emanating from the Huntsville Site commenced no later than April 24, 2014.[184,185]

On February 9, 2015, Arrow Electronics and ADEM enter into a Consent Order (Order No. 15-033-CGW) requiring Arrow Electronics to address environmental conditions at the Site.

Based on the above dates and the invoices produced by Arrow Electronics in Exhibit B, the total incurred costs have been tabulated for five time periods: 1) before December 6, 2004, 2) from December 6, 2004 through July 4, 2007, 3) from July 5, 2007 through April 23, 2014, 4) from April 24, 2014 through February 8, 2015, and 5) beginning February 9, 2015. In lieu of billing backup for the invoices containing detailed efforts by date, costs billed in invoice periods that span these threshold dates were prorated at a daily rate by dividing the invoice total by the number of days in the invoice period. The tabulation of invoices and the allocation of invoiced costs that span the threshold dates as shown in Table 2. Based on this evaluation, $605,479 (11.15% of total claimed costs) were incurred prior to December 6, 2004, $687,333 in costs (12.66% of total claimed costs) were incurred from December 6, 2004 through July 4, 2007, $2,142,810 (39.45% of total claimed costs) were incurred from July 5, 2004 through April 23, 2014, $93,355 (1.72% of total claimed costs) were incurred from April 24, 2014 through February 8, 2015, and the remaining $1,902,206 (35.02% of total claimed costs) were incurred beginning February 9, 2015.

---

[183] Arrow Electronics, Inc. 2007. Policyholder-Arrow Electronics, Inc., as successor to Wyle Laboratories, Inc. with respect to the following Liability Insurance Policies: July 5 (TRAV00596, 603)
[184] United States District Court Central District of California. Case No. 2:17-cv-05247-JFW. Plaintiff Arrow Electronics, Inc. Responses and Objections to Defendant Travelers Casualty and Surety Company's Interrogatories, Set One. October 24, 2017, p 5.
[185] United States District Court Central District of California. Case No. 2:17-cv-05247-JFW. Plaintiff Arrow Electronics, Inc. Responses and Objections to Defendant Liberty Mutual Insurance Company's Special Interrogatories, Set One. October 24, 2017, p 5.

Insurers' Opposition to Summary Judgment Exhibit No. 106

## Table 2. Invoiced Costs By Time Period

| Time Period | Before Dec 6, 2004 | Dec 6, 2004 - Jul 4, 2007 | Jul 5, 2007 - Apr 23, 2014 | Apr 24, 2014 - Feb 8, 2015 | Feb 9, 2015 and later |
|---|---|---|---|---|---|
| Target Date | 12/6/2004 | 7/5/2007 | 4/24/2014 | 2/9/2015 | 11/22/2019 |
| Overall Invoice Period | 08/01/2000 - 12/31/2004 | 11/27/2004 - 07/27/2007 | 05/26/2007 - 04/25/2014 | 03/28/2014 - 2/27/2015 | 12/26/2014 – 11/22/2019 |
| Invoice Period Fully Captured within Time Period | 08/01/2000 - 11/26/2004 | 01/01/2005 - 05/25/2007 | 07/28/2007 - 03/28/2014 | 04/26/2014 - 12/26/2014 | 2/28/2015 – 11/22/2019 |
| Costs Fully Captured within Time Period | $601,477.16 | $663,748.17 | $2,126,892.19 | $85,779.84 | $1,899,289.73 |
| Invoice Period Capturing Target Date (Target Date Invoice) | 11/27/2004 - 12/31/2004 | 05/26/2007 - 07/27/2007 | 03/28/2014 - 04/25/2014 | 12/26/2014 - 2/27/2015 | 10/26/2019 – 11/22/2019 |
| Remaining Costs from Previous Target Date Invoice | NA | $11,562.24 | $6,912.82 | $667.04 | $2,916.74 |
| No. Days Captured by Target Date Invoice | 35 | 63 | 29 | 64 | 28 |
| Target Date Invoice Amount | $15,564.55 | $18,935.12 | $9,672.12 | $9,824.80 | $21,219.73 |
| Target Date Invoice $/day | $444.70 | $300.56 | $333.52 | $153.51 | $757.85 |
| Prorated Period | 9 days | 40 days | 27 days | 45 days | NA |
| Prorated Amount | $4,002.31 | $12,022.30 | $9,005.08 | $6,908.06 | NA |
| Remaining Amount | $11,562.24 | $6,912.82 | $667.04 | $2,916.74 | NA |
| Time Period Claimed Costs | $605,479.47 | $687,332.71 | $2,142,810.09 | $93,354.94 | $1,902,206.47 |
| % Overall Claimed Costs | 11.15% | 12.66% | 39.45% | 1.72% | 35.02% |

Insurers' Opposition to Summary Judgment Exhibit No. 106

Case 2:17-cv-05247-JFW-JEM  Document 191-3  Filed 04/03/20  Page 41 of 89  Page ID
#:13082

## Opinion 6:

- **The reasonably anticipated remaining site remediation work is limited to ERD and groundwater monitoring.**

Both Kennedy/Jenks' and ADEM have concurred that soil and vapor intrusion exposure pathways do not pose an unacceptable risk to workers at the Site and that no additional soil or soil vapor investigation or remediation is necessary.[186] Shallow groundwater is currently under corrective action to reduce the potential for future impacts to bedrock groundwater as a future drinking water supply in and near the Site. Kennedy/Jenks' preferred technology for remediation is enhanced reductive dechlorination (ERD) – an in-situ groundwater remediation approach. However, ERD alone is not expected to drop the TCE concentrations below the MCL. Kennedy/Jenks expects that after ERD, natural attenuation can address residual chlorinated VOC concentrations in the groundwater resource within a predictable timeframe.[187]

Roux also anticipates that once the TCE concentrations are reduced in the groundwater on-site through ERD, natural attenuation can address residual concentrations in the groundwater resource within a predictable timeframe.

---

[186] ADEM. 2019. Risk Management Evaluation. Former Wyle Laboratories, Huntsville, Alabama. July 31.
[187] Kennedy/Jenks Consultants, 2019. Corrective Action Development Plan - Former Wyle Laboratories Facility, Huntsville, Alabama. February 1.

Insurers' Opposition to Summary Judgment Exhibit No. 106

Case 2:17-cv-05247-JFW-JEM Document 191-6 Filed 04/03/20 Page 42 of 89 Page ID #:15087

# FIGURES

1. Site Vicinity Map
2. Former Wyle Laboratories Site Study Area
3. Site Study Area, Southwest – Northeast Cross Section
4. Areas of Known VOC Impact In Groundwater
   - a. Zone 1 (Upper Shallow Regolith)
   - b. Zone 2 (Lower Shallow Regolith)
   - c. Zone 3 (Middle Regolith)
   - d. Zone 4 (Deep Regolith)
   - e. Zone 5 (Regolith/Bedrock Interface)

Insurers' Opposition to Summary Judgment Exhibit No. 106





Former Wyle Laboratories Site
Study Area

Prepared For:
Hayes Scott Bonino Ellingson Guslani Simonson & Clause
and McCloskey, Waring, Waisman & Drury LLP

ROUX ASSOCIATES, INC.
Environmental Consulting & Management

| Compiled by: | LRD | Date: | MAR 12, 2018 | FIGURE |
| Prepared by: | LRD | Scale: | AS SHOWN | 2 |
| Project Mgr: | AL | Project: | 2895.0002S000 | |
| | | File: | | |

N

0   100   200

Scale: Feet

Legend

Monitoring Well

Regolith/Bedrock Transition Monitoring Wells

Turtle Creek Surface Water Sample Location

United States Geological Survey
Water Resources Investigation Well

Source: Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former
Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 187). (Color version
obtained from
ADEM eFile portal)

Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA

Insurers' Opposition to Summary Judgment Exhibit No. 106





Source: Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 237). (Color version obtained from ADEM eFile portal)

Case 2:17-cv-05247-JFW-JEM Document 191-96 Filed 04/03/20 Page 47 of 89 Page ID #:15072



Source: Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT000012107 at 238). (Color version obtained from ADEM eFile portal)



Source: Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT000012107 at 239). (Color version obtained from ADEM eFile portal)



Source: Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT000012107 at 240). (Color version obtained from ADEM eFile portal)



Source: Kennedy/Jenks Consultants, 2016. Site Characterization Report 2008-2015, Former Wyle Laboratories, Huntsville, Alabama. June 21 (AR_HUNT00012107 at 241) (Color version obtained from ADEM eFile portal)

Insurers' Opposition to Summary Judgment Exhibit No. 106

# Exhibit A

CV of Adam H. Love Ph.D.



**ROUX**
PROFESSIONAL PROFILE

# Adam H. Love, Ph.D.
## Vice President/Principal Scientist, Litigation Practice Leader

### TECHNICAL SPECIALTIES

Dr. Love leads Roux's Litigation Practice Group and provides forensic litigation support and expert witness services to clients throughout the United States on environmental litigation, environmental insurance coverage, and toxic tort related matters. Dr. Love's experience includes strategic and technical analysis and guidance regarding numerous complex groundwater, soil, sediment, soil vapor and air contaminated sites. He has also provided expert technical guidance for state legislative actions and federal advisory panels on a range of traditional and non-traditional environmental hazards. Dr. Love's expertise has been developed through a unique variety of University, Federal and post-academia work.

Dr. Love's areas of expertise include:

- Environmental forensics (identifying sources and timing of chemical releases);
- Chemical/isotopic fingerprinting;
- Contaminant transport/fate in sediments, soils, water, groundwater, and air;
- Divisibility and apportionment of contamination among PRPs;
- Human (i.e. Toxic tort claims and Prop 65) and ecological exposure assessment;
- Assessments of petroleum (crude oil, diesel, and gasoline), chlorinated and other solvents (PCE, TCE, TCA, 1,4-dioxane), pesticides, PCBs, PAHs, radionuclides, explosives and heavy metals;
- Assessments of potential risks posed by emerging contaminants;
- Environmental site characterization and remediation; and,
- Environmental data analysis.

Dr. Love's capabilities include the use of advanced models and analytic methods to understand and interpret contaminant characterization, transport, and fate for a range of applications. By employing multiple lines of scientific evidence through analyses that couple field measurements, fate and transport calculations, and historical operations/documents, he provides internally consistent opinions and results. Dr. Love is experienced at creating and evaluating Site Conceptual Models based on an understanding of environmental and engineered systems that involve a wide range of matrices (i.e. soils, sorbents, air, natural waters, constructed materials, and biological tissue).

### CREDENTIALS

Post Doctorate, Forensic Science Center, Lawrence Livermore National Laboratory, 2004;
Ph.D., Environmental Engineering, University of California at Berkeley, Berkeley, CA, 2002;
M.S., Material Science and Mineral Engineering - Hydrogeology, University of California at Berkeley, Berkeley, CA, 1998; and,
B.A., Geoscience, Franklin & Marshall College, Lancaster, PA, 1996.

### EXPERIENCE SUMMARY

20+ years of experience in environmental science/engineering, use of forensic signatures to determine source and timing of contamination, and contaminant assessment, transport and remediation.

- Roux Associates, Inc., Director, 2020-Present; Vice President, Litigation Practice Group Leader 2016-Present; Principal Scientist, 2013-Present.
- Johnson Wright Inc., Principal Scientist, Environmental Forensics Practice Leader 2009-2013.
- Lawrence Livermore National Laboratory, Principal Investigator/Scientist, Forensic Science Center, 2002-2009.
- California Department of Health Services – Drinking Water Program/Technical Programs Branch, Standards and Technology Unit Staff, 2000-2002.
- University of California, Berkeley, Graduate Student Researcher/Instructor, 1996-2002.
- Franklin & Marshall College, Undergraduate Researcher/Laboratory Teaching Assistant, 1994-1996.

### EXAMPLE PROJECTS
#### Sediment Contamination Reconstruction

*Fox River Superfund Site, WI – Expert Witness.* Prepared an Expert Report evaluating the technical bases for a range of methodologies used to allocate contribution of polychlorinated biphenyls (PCB) to contaminated sediments. Performed fate and transport analyses as the basis for allocation to estimate mass contributions from various PRPs.

*Kalamazoo River Superfund Site, MI* – Evaluated the annual total suspended solid (TSS) discharges from 14 facilities to the Kalamazoo River sediments over the 25+ year relevant period of applicable discharges. Allocated TSS discharges to generator facility when secondary facility was used for wastewater treatment. Evaluated changes in facility TSS treatment efficiency and relative TSS contributions throughout the relevant period.

*Passaic River (Diamond Alkali) Superfund Site, NJ – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations to support the facility designation of *de minimis* status.

*Gowanus Canal Superfund Site, NY – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations to support the facility designation of *de minimis* status.

*San Diego Harbor, CA – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations to support an Expert Report that evaluated potential metals, PCBs, and petroleum releases from the Silvergate Power Plant.

1/2020

555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
E-mail: alove@rouxinc.com | Website: www.rouxinc.com

1 of 9

Insurers' Opposition to Summary Judgment Exhibit No. 106

ROUX
PROFESSIONAL PROFILE

# Adam H. Love, Ph.D.
## Vice President/Principal Scientist, Litigation Practice Leader

*San Francisco Bay, CA* – Collected sediment cores from Naval Air Station Alameda and performed isotopic and chemical analyses that enabled reconstruction of historical sediment contamination.

### Industrial

*Manufacturing Facilities, CA* – Provided litigation support based on fate and transport analysis related to timing of groundwater contamination resulting from multiple potential PCE, TCE, TCA and 1,4-dioxane releases to groundwater managed by Orange County Water District. Additional chemical fingerprinting analysis was performed to distinguish on-site versus off-site contributions of chlorinated solvents and their degradation products to the associated groundwater plumes.

*Industrial Facility, AZ* – *Expert Witness.* Provided litigation support based on fate and transport analysis related to source and timing of groundwater contamination resulting from potential PCE, TCE, and TCA sources.

*Former Military Facility, CA.* – *Expert Witness.* Evaluated claimed cleanup actions and costs related to site investigation and remediation of a former military site.

*Former Military Facility, KS.* – *Expert Witness.* Evaluated claimed cleanup actions and costs related to site investigation and remediation of a former military site.

*Aerospace Facility, CA.* – *Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations that provide the technical basis for assessing contribution of PCE, TCE, and TCA from various operations.

*Transportation Spill, CA.* – *Expert Witness.* Prepared an Expert Report evaluating the potential ecological impact of an ink spill into a local river.

*Former Military Facility, CA.* – Performed site investigation of soil and groundwater at a former military site to determine the extent and magnitude of historical solvents and petroleum releases in order to inform remedial strategy. Obtained regulatory closure under low-threat closure criteria.

### Drycleaners

*Pleasanton, CA* – Evaluated site conditions and advised on investigation and remediation strategy. Developed conceptual site model. Developed strategy for regulatory interactions.

*Santa Barbara, CA* – *Expert Witness.* Prepared an Expert Report assessing sources of PCE contamination to soil and groundwater contamination, including drycleaner discharges into sewer system and releases at adjacent sites. Rebuttal Expert Report also assessed the expected remedial costs for PCE contamination at and emanating from the site.

*San Jose, CA* – *Expert Witness.* Prepared an Expert Declaration regarding the potential sources of PCE contamination to soil and groundwater contamination and the divisibility of the contamination from the potential sources.

*Napa, CA* – *Expert Witness.* Prepared an Expert Declaration regarding the potential sources of PCE contamination to soil and groundwater contamination.

*Davis, CA* – *Expert Witness.* Prepared an Expert Report regarding the potential sources of PCE contamination of groundwater.

*Numerous Sites, USA* – Evaluation of the source, timing, and/or contribution from multiple PRPs to comingled PCE plumes from drycleaner sites related to environmental insurance claims.

### Per- and Polyfluorinated Alkyl Substances (PFAS)

*AFFF PFAS Forensics* – Evaluated spectrum of AFFF formulations to identify unique forensic signatures of source and timing of AFFF releases and relative contributions.

*Groundwater Plumes, NY* – Sampled and evaluated impacts at multiple industrial sites to determine the source(s), extent and magnitude of PFAS concentrations in groundwater.

*Wastewater Effluent, NJ* – Evaluated PFAS chemicals in wastewater effluent in order to assess sources and relative contributions of PFAS discharges.

*Military Base Soil/Groundwater Impacts, CA* – Evaluated extent and magnitude of PFAS impacts for in AFFF training area and remedies that are protective of human and ecological exposure endpoints.

### Heavy Metals

*Battery Recycling Facility, CA* – *Expert Witness.* Evaluated available historical emissions/capacity data, performed fate and transport analyses, and assessed the extent and magnitude of lead and other heavy metals contamination in soils surrounding the Exide Technologies lead battery recycling facility. Worked together with lead regulatory agency to develop interior/exterior assessment and remediation protocols. Analyzed reported results of community blood lead data.

*Steel Manufacturing Facility, CA* – *Expert Witness.* Evaluated available historical operations, soil lead and arsenic data, and chemical signatures of steel manufacturing from soils within and adjacent to the historic steel manufacturing facility.

*Facility and Regulatory Assessments of Hexavalent Chromium, CA* - Evaluated how changes in regulatory rules and enforcement would impact facilities in Los Angeles County. Created inventory of facilities in LA County that emitted hexavalent chromium. Evaluated alternative technology to using hexavalent chromium for metal plating.

*GIS Database of Potential Hexavalent Chromium Sources, CA* – Using knowledge of industrial processes combined with industrial compliance and reporting documentation, developed a GIS database of potential hexavalent sources for a Southern California county.

*Naturally-Occurring Hexavalent Chromium in Drinking Water, CA* – *Expert Witness.* Assessed potential industrial sources

555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
E-mail: alove@rouxinc.com | Website: www.rouxinc.com

Insurers' Opposition to Summary Judgment Exhibit No. 106



**Adam H. Love, Ph.D.**
Vice President/Principal Scientist, Litigation Practice Leader

and naturally-occurring sources of hexavalent chromium to a municipal drinking water distribution system.

*Hexavalent Chromium Air Emissions from a Metal Plating Facility, CA – Expert Witness.* Modeled hexavalent chromium emissions from multiple sources of hexavalent chromium in an industrial area, including a metal-plating facility. Model was calibrated and validated using actual air sampling data. Determined the extent and magnitude of emissions target facility and the relative contribution compared to other nearby sources.

*Metal Recycling Facility, CA –* Assessed facility compliance with DTSC hazardous waste regulations. Negotiated with DTSC on behalf of client. Developed plan for hazardous waste treatment/disposal that meets DTSC requirements.

*Mixed Industrial Region, IN –* Evaluated historical operations, soil lead and arsenic data, and chemical signatures of potential industrial sources with locations on and adjacent to the historic industrial manufacturing facilities.

*Metal Plating Facility, IN – Expert Witness.* Prepared an Expert Report regarding the evaluation of a claimed environmental release and associated costs that occurred during an electrical fire at a metal plating facility.

*Metal Plating Facility, CA – Expert Witness.* Prepared an Expert Declaration regarding the evaluation of the various former site operations that potentially contributed site contamination.

*Mineral Processing Facility, CA – Expert Witness.* Prepared an Expert Report regarding the contribution of an accidental elemental mercury spill at the Searles Valley Minerals Operations Inc. site to the overall historic site contamination. Analyzed invoices and categorized cleanup costs into emergency spill costs vs. soil remediation activities.

**Petroleum**
*Petroleum Transfer Facility, CA – Expert Witness.* Prepared an Expert Report assessing the release of gasoline, diesel fuel, and crude oil over 50+ years into the soil and sediment of Avila Beach, CA. Identified the source and timing of the historical contamination and the nature of the releases using multiple lines of scientific forensic techniques. Performed fate, transport and degradation analysis of gasoline, diesel fuel, and crude oil to determine the divisibility of "sudden and accidental" releases from frequent releases related to facility operations.

*Pipeline Release, CA – Expert Witness.* Performed technical evaluation of historical operations, extent and magnitude of impacts, and fate and transport pathways to develop model for an allocation of contribution among multiple pipeline companies, sewer operator, and oil recycling facility.

*Pipeline Release, OK – Expert Witness.* Performed technical evaluation of extent and magnitude of impacts, fate and transport pathways, and bioremediation potential.

Documented site cleanup activities were consistent with State of Oklahoma's process for regulatory closure..

*Retail Gasoline Stations, CO – Expert Witness.* Performed fate, transport and degradation analysis of gasoline to determine the timing of gasoline releases. Prepared an Expert Report regarding the release of gasoline from 80+ fueling facilities throughout the state.

*Crude Oil Refinery, CA – Expert Witness.* Performed evaluation of timing of release and source of contamination related to historical refinery operations.

*Used Oil System Collection and Recycling, CA – Expert Witness.* Developed a report for the State of California on how to improve the state's used oil recycling program. Provided testimony to CA State legislature on proposed used oil recycling incentive bills. Key technical contributor to stakeholder discussion on ongoing CalRecycle efforts for additional used oil recycling improvement.

*Retail Gasoline Station, MD – Expert Witness.* Performed evaluation of timing of release and source of contamination impacting nearby groundwater. Evaluated contaminant contributions from adjacent property and both current and former owner/operator.

*Underground Fuel Oil Tank, NY – Expert Witness.* Performed evaluation of timing of release and source of contamination for fuel oil impacting groundwater.

*Long Island Sound, NY – Expert Witness.* Evaluated if the released liquid was an oil, as per Oil Pollution Act of 1990 (OPA 90).

*Timing of Petroleum Release, Numerous States –* Performed fate, transport and degradation analysis of gasoline and fuel oil to determine the timing of releases at 200+ gasoline station and fuel oil sites related to environmental insurance claims.

**Landfills**
*Groundwater solvent plume, CA – Expert Witness.* Evaluated the available operation information, site investigation data, and performed fate and transport analysis to determine the source, timing, and number of release events at landfill operating for over 50 years.

*Multi-COC Contamination, NJ –* Evaluated the available operation information, site investigation data, and performed fate and transport analysis to determine the divisibility of the COC contamination among PRPs.

*Multi-COC Contamination, WA –* Evaluated the available operation information, site investigation data, and performed fate and transport analysis to determine the divisibility of the COC contamination among PRPs.

**Radionuclides**
*Radionuclide-containing Products Manufacturing, PA – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations at the Safety Light Superfund Site that provided the technical basis for recommendations to DOJ on a feasible strategy for and

555 12th Street Suite 250 | Oakland CA 94607
Phone: (415) 967-6000 | Direct: (415) 967-6023
E-mail: alove@rouxinc.com | Website: www.rouxinc.com

Insurers' Opposition to Summary Judgment Exhibit No. 106

ROUX
PROFESSIONAL PROFILE

# Adam H. Love, Ph.D.
## Vice President/Principal Scientist, Litigation Practice Leader

potential allocation of arranger liability. Site contaminated with numerous radionuclides (tritium [H-3], strontium [Sr-90], cesium [Cs-137], and radium [Ra-226]).

*Release of Radionuclides from Testing Equipment, OK* – Evaluated whether the response actions taken were reasonable and necessary related to the investigation and remediation of a cesium [Cs-137] release.

*Radionuclide Labeling Facility, CA* – Sampled tree rings in the vicinity of a Lawrence Berkeley National Laboratory stack that emitted tritium [H-3] and analyzed tree rings in order to reconstruct facility emission for >50 years.

### Pesticides
*Atrazine, Numerous locations in USA* – Provided expert litigation support regarding the fate and transport of atrazine, timing of release, and potential impacts to drinking water sources.

*Glyphosate, Oakland, CA* – Provided deposition and trial testimony regarding the source of glyphosate contamination causing property damage on an adjacent parcel of land based on atmospheric transport, technology dispersal capability, site conditions, and impact patterns on parcel.

*Trichloropropane (1,2,3-TCP), CA* – Evaluated potential sources of trichloropropane groundwater contamination in drinking water wells.

### Human Exposure Assessment
*Chemical Vapor Exposure, WA* – *Expert Witness.* Evaluated the source of chemical vapors and the potential for downwind vapor exposure to workers.

*School District Astroturf, CA* – Collected astroturf samples and conducted consumer product testing to provide data which supported the assessment of potential exposure pathways and human health risk assessment for children, workers, and recreational users.

*Caustic Liquid Exposure, MI* – Evaluated potential sources of caustic chemical liquids that resulted in worker skin burns.

*Proposition 65 Phthalates, CA* – Collected consumer product samples and conducted consumer product testing to determine potential consumer exposure pathways and magnitude.

*Proposition 65 Heavy Metals, CA* – Evaluated lead data and developed a testing and evaluation plan to determine levels of naturally occurring metals in identified food products.

### Explosive and Fire Assessment
*Forensic Explosive Evaluation, CA* – *Expert Witness.* Collected field samples and evaluated chemical and operational information to determine the likely cause of an explosion event at an industrial facility.

*Forensic Deflagration Evaluation, CA* – *Expert Witness.* Evaluated field reports, inventory, and operational information to determine the likely contributing causes of a deflagration event that occurred in a transportation vehicle.

### ADDITIONAL AREAS OF EXPERTISE AND EXPERIENCE
#### Weapons of Mass Destruction Preparation and Response
Provide technical guidance and operational plan reviews for responding to WMD events. Technical guidance includes emergency response, site characterization, WMD forensics, site remediation, fate and transport, site closure. Co-led team in development of DHS/EPA Federal facility restoration guidance document for critical infrastructure.

### Development of Chemical/Isotopic Signatures/ Fingerprints
Develop and validate new chemical/isotopic fingerprint strategies as well-as utilize peer-reviewed techniques. Experienced with numerous approaches: intended chemical markers and additives, chemical component ratios, degradation analysis, isotope analysis, biomarkers, isomers/congener analysis.

### Chemical Fate and Transport Modeling
Conducts analyses using a variety of industry-accepted approaches, including analytic solutions and numerical models MODFLOW, MT3D, HYDRUS, BIOCHLOR, CAMEO/ALOHA, CALPUFF, HPAC. Determines aqueous and/or atmospheric plume migration exposure duration and magnitude.

### JOURNAL PUBLICATIONS
#### Environmental Forensics

Ram, N.M.; Schneider, M.W.; Gerbig, C.A., Nevins, N.; Love, A.H. (2019) Allocating Cleanup Costs Among Potentially Responsible Parties. Remediation. 30:33-45.

Zdon, A.; Rainville, K.; Buckmaster, N.; Parmenter, S.; Love, A.H. (2019) Identification of Source Water Mixing in the Fish Slough Spring Complex, Mono County, California, USA. Hydrology. 6, 26.

Love, A.H. and Zdon, A. (2018) Use of Radiocarbon Ages to Narrow Groundwater Recharge Estimates in the Southeastern Mojave Desert, USA. Hydrology. 5(3):51.

Zdon, A.; Davisson, M.L.; Love, A.H. (2018) Understanding the source of water for selected springs within Mojave Trails National Monument, California. Environmental Forensics. 19(2), 99-111.

Dorrance, L.R.; Kellogg, S.; Love, A.H. (2017) What You Should Know About Per- and Polyfluoroalkyl Substances (PFAS) for Environmental Claims. *Environmental Claims Journal*, 29:4, 290-304.

Shelley, T.M.; Love, A.H. (2015) A Question of Proof: Using Isotope Analysis and Chemical Fingerprinting to Identify the Source of Contamination. *Environmental Claims Journal*, 27:3, 264-275.

Zdon, A.; Davisson, M.L.; Love, A.H. (2015) Testing the Established Hydrogeologic Model of Source Water to the Amargosa River Basin, Inyo and San Bernardino Counties, California. *Environmental Forensics*. 16(4).

Love, A.H., J.R. Hunt, J.P. Knezovich. (2004) Improving Tritium Exposure Reconstructions Using Accelerator

Insurers' Opposition to Summary Judgment Exhibit No. 106

Case 2:17-cv-05247-JFW-JEM Document 200-106 Filed 04/08/20 Page 56 of 89 Page ID
#:16991
Case 2:17-cv-05247-JFW-JEM Document 191-9 Filed 04/03/20 Page 56 of 89 Page ID
#:11881



**ROUX**
PROFESSIONAL PROFILE

## Adam H. Love, Ph.D.
### Vice President/Principal Scientist, Litigation Practice Leader

Mass Spectrometry. *Analytical and Bioanalytical Chemistry*. 379(2): 198-203.

Love, A.H., B.K. Esser, J.R. Hunt. (2003) Reconstructing Contaminant Deposition in a San Francisco Bay Marina. *Journal of Environmental Engineering*. 129 (7):659.

Love, A.H., J.R. Hunt, J.P. Knezovich. (2003) Use of Carbon-14 and Tritium in Tree Rings to Reconstruct Tritium Exposure at Lawrence Berkeley National Laboratory. *Environmental Science and Technology*. 37 (19): 4330.

### Contaminant Fate and Transport
Kuo, I-Feng; Grant, C.; Gee, R.; Chinn, S.; Love, A.H. (2012) Determination of the Surface Effects on Sarin Degradation *The Journal of Physical Chemistry C*. 116 (17), 9631–9635.

Love, A.H. (2008) Determining Important Parameters Related to Cyanobacterial Alkaloid Toxin Exposure. *Advances in Experimental Medicine and Biology*. Hudnell, H. Kenneth (Ed.). 619:453-464.

Loui, A., Ratto, T.V., Wilson, T.S., McCall, S.K., Mukerjee, E.V., Love, A.H., Hart, B.R. (2008) Chemical vapor discrimination using a compact and low-power array of piezoresistive microcantilevers. *The Analyst*. 133(5): 608 – 615.

Love, A.H., M.L. Hanna, P.R. Coronado, J.G. Reynolds (2005) Engineering surface functions groups on silica aerogel for enhanced cleanup of organics from produced water. *Separation Science*. 40:311-320.

Love, A.H., Vance, A.L., Reynolds, J.G., Davisson, M.L. (2004) Investigating the affinities and persistence of VX nerve agent in environmental matrices. *Chemosphere*. 57: 1257-1264.

### Weapons of Mass Destruction Preparation and Response
Campell, C.G.; Kirvel, R.D.; Love, A.H.; Raber, E. (2012) Decontamination After a Release of B. anthracis Spores. *Biosecurity and bioterrorism: biodefense strategy, practice, and science* 10(1):108-22.

Love, A.H.; Bailey, C.G.; Hanna, M.L.; Hok, S; Vu, A.K.; Reutter, D.J.; Raber, E. (2011) Efficacy of Liquid and Foam Decontamination Techniques for Chemical Warfare Agents on Indoor Surfaces. *J. Hazardous Materials*. 196; 115–122.

Watson, A; Hall, L; Raber, E; Hauschild, V.D.; Dolislagerd, F.; Love, A.H.; Hanna, M.L. (2011) Developing Health-Based Pre-Planning Clearance Goals for Airport Remediation Following Chemical Terrorist Attack: Introduction and Key Assessment Considerations. *Human and Ecological Risk Assessment: An International Journal*, 17(1): 2 – 56.

Watson, A; Dolislagerd, F.; Raber, E; Hall, L; Hauschild, V.D.; Love, A.H. (2011) Developing Health-Based Pre-Planning Clearance Goals for Airport Remediation Following a Chemical Terrorist Attack: Decision Criteria for Multipathway Exposure Routes.

*Human and Ecological Risk Assessment: An International Journal*, 17(1) : 57 – 121.

Campbell C.J., Love A.H. (2008) Monitoring Water Resources for Threats to Water Security. *New Topics in Water Resources Research and Management*. Henrik M. Andreassen (Ed.). Nova Science Publishers, Inc. pp. 195-235.

Ramkumar, S.; Love, A.H.; Sata, U.R.; Kendall, R.J. (2008) Next-Generation Nonparticulate Dry Nonwoven Pad for Chemical Warfare Agent Decontamination. *Ind. Eng. Chem. Res*. 47: 9889-9895.

### Other Publications
Boston, C; Love, A.H. (2018) Understanding the Uncertainty with Unregulated Contaminants. American Bar Association. Environmental & Energy Litigation Committee Newsletter. Spring 2018. 2(3):9-16.

Baumann, J.; Oliver, D.H.; Dorrance, L.R; Love, A.H. (2018): Approaches to Reduce Conflict when Insuring the Environmental Cleanup of Closed Military Bases Intended for Redevelopment, Environmental Claims Journal

M.R. Johnson, J.G. Reynolds, Love, A.H. (2008) Improving Used Oil Recycling in California. *Contractor Report to the California Integrated Waste Management Board*. California Environmental Protection Agency. May 2008. Publication #610-08-008.

Vogel, J.; Love, A.H. (2005) Quantitating Isotopic Molecular Labels with Accelerator Mass Spectrometry. *Methods in Enzymology* 402:402-22.

Chiarappa-Zucca, M.L.; Dingley, K.H.; Roberts, M.L.; Love, A.H. (2002) Sample Preparation for Quantitation of Tritium by Accelerator Mass Spectrometry. *Analytical Chemistry* 74(24):6285-90.

Roberts, M.L.; Hamm, R.W.; Dingley, K.H.; Love, A.H. (2000) A compact tritium AMS system. *Nuclear Instruments and Methods in Physics Research Section B Beam Interactions with Materials and Atoms* 172(1-4):262-267.

### SELECTED CONFERENCE PRESENTATIONS
#### Environmental Forensics
Dorrance, L.; Love, A.H.; (2018) Rewind the Clock: Use of Environmental Forensics to Investigate Timing of Release. AEHS 29th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2019.

Dorrance, L.; Love, A.H.; (2018) Outlook of Environmental Forensics in Distinguishing Sources of Perfluoroalkyl and Polyfluoroalkyl Substances. Emerging Contaminants Summit 2018. March 2018

Dorrance, L.; Love, A.H.; (2018) Metals Forensics at Ghost Factories. AEHS 28th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2018

1/2020     555 12th Street Suite 250 | Oakland CA 94607     5 of 9
Main: (415) 967-6000 | Direct: (415) 967-6023
E-mail: alove@rouxinc.com | Website: www.rouxinc.com

Insurers' Opposition to Summary Judgment Exhibit No. 106



# Adam H. Love, Ph.D.
## Vice President/Principal Scientist, Litigation Practice Leader

Love, A.H.; Dorrance, L. (2017) Current Limitations and Outlook of Environmental Forensics for PFOS, PFOA and Related Perfluoroalkyl and Polyfluoroalkyl Substances. AEHS 27th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2017.

Love, A.H.; Dorrance, L. (2016) Lessons in Applying Forensic Techniques to Sediment Sites Throughout the US. AEHS 26th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2016.

Love, A.H.; Zdon, A. (2015) Assessing Limited Water Resources Forensics. AEHS 25th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2015.

Love, A.H, Brown, C. (2014) Robust Data Analysis for Utilizing Chemical Data for Forensic Applications. AEHS 24th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2014.

Love, A.H. (2014) Incorporating Environmental Lines of Evidence into Nuclear & Criminal Forensics. Conference on Application of Accelerators in Research and Industry (CAARI). May 2014

Shelley, T.M., Love, A.H. (2014) Prove it! – Using Isotope Analysis to Prove Contamination Source. FETTI Conference. October 2014.

Love, A.H. (2013) Using 1,4 Dioxane as a Forensic Tool at Solvent Sites. AEHS 23th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2013.

Love, A.H. (2013) Testing the Established Regional Hydrologic Conceptual Model in the Amargosa River Basin, California and Nevada. National and International Conference on Groundwater. April 2013.

### Contaminant Fate and Transport
Cunningham, A.B.; Hogan, J.P.; Love, A.H.; Munk, I.M. (2019) PFAS Environmental Risks - What are People Actually Doing? Environmental Risk & Litigation Conference. June 18, 2019.

Love, A.H.; Newman, R.G.; Kinslow, C.J.; Vaughn, K. (2018) PFAS: Evolution from Emerging Contaminant to Frequent Headliner. Environmental Risk & Litigation Conference. June 12, 2018.

Love, A.H.; Smith, S.E.; Slaughter, J.B.; Connor, P.; Scarcella, M. (2017) Defending Lead Cases: Strategies and Tactics for a Trending Toxic Tort. DRI Webinar. October 28, 2017.

Love, A.H.; Hunter, C.; London, M.A.; Swetman, M. (2017) Perfluorinated Chemicals - The Science and Law Behind PFOA. Environmental Risk & Litigation Conference. June 20, 2017.

Love, A.H.; Smith, S.E.; Connor, P.; Scarcella, M.; Kelso, P. Get the Lead out! Proactive Risk Measures in

Response to America's Environmental Crisis. 2017 EECMA Conference. April 2017.

Edlin, N.; Love, A.H. (2016) Did Law Kill Science? Understanding the Impact of Davis v. Honeywell and the "One Fiber Theory" on Asbestos and Environmental Cases. FETTI Conference. September 2016.

Love, A.H., (2010) Understanding Agent Fate Systems: Is the perfect the enemy of the good? The 2010 Chemical and Biological Defense Science and Technology Conference. Orlando, Florida. 15-19 November 2010.

Love, A.H., Koester, C.J., Alcaraz, A., Hanna, M.L., Ho, P., Reynolds, J.G., Raber, E. (2007) "Determining CWA Environmental Fate to Optimize Remediation for Indoor Facilities." 2007 EPA Decontamination Workshop. Durham, North Carolina, June 20-22, 2007.

Love, A.H., Koester, C.J., Alcaraz, A., Hanna, M.L., Ho, P., Reynolds, J.G., Raber, E. (2007) "Determining CWA Environmental Fate to Optimize Remediation for Indoor Facilities." 6th DHS Conference on Chemical and Biological Technologies: Food Protection, Restoration, and Architecture Studies. Madison Wisconsin, June 5-8, 2007.

Love, A.H. (2006) "Radiologic Dispersal Devices: Enhancing Response Capability" LLNL Educational Outreach to DTRA CB Defense. August 31, 2006. Fort Belvoir, Virginia.

Love, A.H. (2005) Determining Important Parameters Related to Cyanobacterial Alkaloid Toxin Exposure. International Symposium on Cyanobacterial Harmful Algal Blooms (ISOC-HAB). U.S. Environmental Protection Agency. Durham, North Carolina. Sept 6-8, 2005.

Love, A.H., Davisson, M.L., Vance, A.L., Reynolds, J.G. (2005) Understanding the Interaction of Chemical Agents with Environmental Matrices at Low Levels. Working Together: R&D Partnerships in Homeland Security. April 2005. Boston, Massachusetts.

### Weapons of Mass Destruction Preparation and Response
Love, A.H., Hanna, M.L., Hok, S., Smith, W.J., Vu, A.K., Reutter, D., Raber, E. (2010) Evaluating Strategies for CWA Decontamination of Indoor Facilities. 2010 US EPA Decontamination Research and Development Conference. Research Triangle Park, North Carolina. April 13-15, 2010.

Glascoe, L., Alai, M., Love, A.H., Johnson, M., Einfeld, W. (2005) A Technology Acquisition Strategy for the Security of Water Distribution Networks. AWWA Water Security Congress. Oklahoma City, OK. April 2005.

555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
E-mail: alove@rouxinc.com | Website: www.rouxinc.com

Insurers' Opposition to Summary Judgment Exhibit No. 106

ROUX
**PROFESSIONAL PROFILE**

## Adam H. Love, Ph.D.
**Vice President/Principal Scientist, Litigation Practice Leader**

### Site Investigation and Remediation

Love, A.H.; Sullivan, C.N.; Alviggi, C. (2018) What, me worry? Environmental Reopeners. DRI Toxic Tort and Environmental Seminar. March 2018.

Nuti, P., Love, A.H. (2010) Navigating the Complexities of Sediment Site Cleanup. 2010 EECMA Conference. May 2010.

Love, A.H.; Stevens, M.A.; Silver, L. (2012) The Anatomy of an Environmental Standard. 2012 EECMA Conference. May 2012.

Wozniak, A.A., Love, A.H. (2011) Optimizing Environmental Costs: Are Insureds Paying Too Much?. 2011 EECMA Conference. May 2011.

### Other Presentations

Love, A.H.; Brenneman, L.M.; Renfroe, T.J. (2019) Climate Change Vulnerability Assessment and Adaptation at Environmental Sites DRI Toxic Tort and Environmental Seminar. March 2019.

Love, A.H.; Singarella, P.; Tai, S.; Wiseman, H. (2018) Science on Trial: Is It Legally Honest?. American Bar Association Section of Environmental, Energy, and Resources. 47th Spring Conference. April 20, 2018.

### PROFESSIONAL AFFILIATIONS AND ACTIVITIES

- Editorial Board - Journal of Environmental Forensics
- ABA Section of Litigation – Expert Witness Committee
- International Society of Environmental Forensics
- American Chemical Society (ACS), Member #2301067
- Forensic Expert Witness Association
- Bar Association of San Francisco
- DRI
- Organization for the Prohibition of Chemical Weapons (2013 Nobel Peace Prize Recipient), US Analysis Team at Lawrence Livermore National Laboratory, 2004-2009.

### PATENTS

Systems and methods for generation of hydrogen peroxide vapor. United States Patent 08899556

Stabilizing Griess reagent for explosives detection. United States Application 20070065944

Insurers' Opposition to Summary Judgment Exhibit No. 106



**ROUX**
PROFESSIONAL PROFILE

# Adam H. Love, Ph.D.
## Vice President/Principal Scientist, Litigation Practice Leader

### APPEARANCES AND EXPERT REPORTS

- The Board of Trustees of the Leland Stanford Junior University v. Agilent Technologies, Inc., and HP Inc. United States District Court, Northern District of California, San Francisco Division. Case No. 3:18-CV-01199 VC. Expert Report.

- Goldberg v. Goss-Jewett Company, Inc., et al., United States District Court, Central District of California. Case No. EDCV14-01872 DSF (AFMx). Deposition May 25, 2016; September 26, 2019. Expert Report. Rebuttal Report. Additional Rebuttal Report.

- David R. Hull, et al., v. JP Energy Marketing, LLC, et al. District Court of Love County, State of Oklahoma. Case No. CJ-2017-17. Expert Report

- City of West Sacramento, California, et al. v. R and L Business Management, et al., United States District Court, Eastern District of California. Case No. 2:18-CV-00900-WBS-EFB. Expert Declaration. Rebuttal Declaration.

- Von Duprin LLC v. Moran Electric Service, Inc. Major Holdings, LLC, Major Tool and Machine, Inc., and Zimmer Paper Products Incorporated. United States District Court Southern District of Indiana, Indianapolis Division. Case No. 1:16-CV-01942-TWP-DML. Trial July 31, 2019. Deposition June 7, 2018. Expert Report. Expert Declaration.

- King County, Washington v. Traveler's Indemnity Co., et al. United States District Court. Western District of Washington. Case No. 14-cv-1957. Deposition April 9, 2019. Rebuttal Report.

- Chemtronics Inc. v. Northrop Grumman Systems Corp. American Arbitration Association Arbitration. Case No. 01-17-0007-1884. Binding Arbitration November 12-13, 2018. Expert Report. Rebuttal Report. Supplemental Report.

- California River Watch v. City of Vacaville. United States District Court, Eastern District of California. Case No. 2:17-cv-00524-KJM-KJN. Expert Report. Expert Declaration.

- 220 W. Gutierrez, LLC v. Goss-Jewett & Co. Inc. et al. Santa Barbara County Superior Court. Case No. 17-CV-05689. Expert Declaration.

- Estate of Robert Renzel, Deceased et al. v. estate of Lupe Ventura, Deceased, et al. United States District Court, Northern District of California. Case No. 4:15-cv-1648-HSG. Deposition August 27, 2018. Expert Declaration. Expert Report. Rebuttal Report.

- Siltronic Corporation v. Employers Insurance Company of Wausau et al. United States District Court, Central District of Oregon. Case No. 3:11-cv-01493-BR. Deposition May 24, 2018. Expert Report.

- Arrow Electronics, Inc. v. Aetna Casualty & Surety Co., et al. United States District Court, Central District of California. Case No. 2:17-cv-05247-JFW-JEM. Expert Report. Rebuttal Report.

- Power Authority of the State of New York v. The tug M/V Ellen S. Bouchard, et al. United States District Court, Southern District of New York. Case No. 14-cv-4462 (PAC). Deposition May 30, 2018. Expert Report.

- Crown Central, LLC v. Petroleum Marketing Investment Group, LLC, et al. Circuit Court for Baltimore County, Maryland. Case No. 03-C-16-010774 CN. Deposition December 19, 2017. Expert Declaration. Rebuttal Declaration.

- Sunflower Redevelopment, LLC v. Illinois Union Insurance Company. United States District Court, Western District of Missouri, Western Division. Case No. 4:15-cv-00577-DGK. Deposition November 10, 2017. Rebuttal Report. Supplemental Report.

- Gary Puhr v. PQ Corporation. United States District Court, Northern District of Illinois, Eastern Division. Case No. 16-CV-00728. Expert Report.

- Insurance Company of the State of Pennsylvania v. County of San Bernardino. United States District Court, Central District of California. Case No. 5:16-cv-00128-PSG-SS. Deposition June 15, 2017. Expert Report. Rebuttal Report.

- Lennar Mare Island, LLC v. Steadfast Insurance Company. United States District Court, Eastern District of California, Sacramento Division. Case No. 2:12-cv-02182-KJM-KJN. Case No.2:16-cv-00291-KJM-CKD860. Deposition May 26, 2017. Expert Report. Supplemental Report.

- Hanford Challenge, et al., v. Ernest Moniz, et al. United States District Court, Eastern District of Washington. Case No. 4:15-CV-05086-TOR. Expert Declaration. Supplemental Expert Declaration.

- K.C. Jones Plating Company, et al., v. Admiral Insurance Company. United States District Court, Eastern District of Michigan, Southern Division. Case No. 2:16-cv-10790-DML-MKM. Expert Report.

- 860 Kaiser, LLC v. Greene's Cleaners, Inc., Napa County Superior Court. Case No: 26-63995. Deposition January 11, 2016, September 12, 2016. September 26, 2016. Expert Declaration.

- Lewis v. Russell, United States District Court, Eastern District of California. Case No. CIV. S-03-02646 WBS AC. Deposition July 20, 2016. Expert Report. Rebuttal Report. Supplemental Report.

- 937 York Road, LLC, et al. v. Petroleum Marketing Group, Inc., et al., Circuit Court for Baltimore County, Maryland. Case No. 03-C-14-005988. Expert Declaration.

- State of Colorado, et al., v. Valero Energy Corporation, et al., District Court, City and County of Denver, Colorado. Expert Report. Rebuttal Report.

- Union Oil Consolidated Coverage Cases, Los Angeles Superior Court. Case No: BC 271474. Deposition November 20, 2014. Expert Report.

555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
E-mail: alove@rouxinc.com | Website: www.rouxinc.com

Insurers' Opposition to Summary Judgment Exhibit No. 106

**ROUX**
PROFESSIONAL PROFILE

**Adam H. Love, Ph.D.**
**Vice President/Principal Scientist, Litigation Practice Leader**

- Donegan v. Stubblefield, Rene C. Davidson Alameda County Courthouse. RG12628426. Deposition July 26, 2013. Trial August 8, 2013.

- Searles Valley Minerals Operations Inc. v. Advanced Steel Recovery Inc., et al., California Ninth District. Central District Court. 5:2010cv01403. Deposition January 25, 2012. Expert Report. Rebuttal Report.

1/2020

555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
E-mail: alove@rouxinc.com | Website: www.rouxinc.com

9 of 9

Insurers' Opposition to Summary Judgment Exhibit No. 106

Case 2:17-cv-05247-JFW-SEM Document 191-6 Filed 04/03/20 Page 61 of 89 Page ID #:11006

# Exhibit B

Invoice Summary

Exhibit B - Invoice Summary

| Invoice Number | Invoice / Cover Letter Date | Newly Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg_Basis | Invoice Document Source | Invoice Cost Category Description(s) | Activities Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0040290001 | 9/21/2000 | | NA | 8/18/2000 | Kennedy/Jenks | $8,133.49 | $8,133.49 | $0.00 | $0.00 | AR_HLM70000930 | 2000 KJ Invoices AR_HLM70000930.30 | General, Site Inspection, Direct Expenses | 8/3/2000 Meeting with ADEM to discuss Site. Preparation of 10/31/2000 Characterization WP | 2000.09.21 KJ Report of Historic Release AR_HLM70000978 | |
| 0040290002 | 11/20/2000 | 1 | 9/30/2000 | 10/27/2000 | Kennedy/Jenks | $9,201.63 | $9,201.63 | $0.00 | $0.00 | AR_HLM70000932 | 2000 KJ Invoices AR_HLM70000932 | General | Preparation of 10/31/2000 Characterization WP | 2000.10 KJ Characterization WP AR_HLM70000078 | |
| 0040290003 | 12/27/2000 | | 10/28/2000 | 11/24/2000 | Kennedy/Jenks | $4,465.42 | $4,465.42 | $0.00 | $0.00 | AR_HLM70000934 | 2000 KJ Invoices AR_HLM70000934 | General | Exact tasks unknown, according to 11/25/01 Bimonthly Progress Report all activities are based on 10/31/2000 WP | 2001.02.26 KJ bimonthly progress report AR_HLM70000016 | |
| 0040290004 | 1/30/2001 | | 11/25/2000 | 12/22/2000 | Kennedy/Jenks | $9,062.38 | $9,062.38 | $0.00 | $0.00 | AR_HLM70000936 | 2001 KJ Invoices AR_HLM70000936 | General | December 2000 groundwater monitoring, soil sampling and geophysical investigation | 2001.02.26 KJ bimonthly progress report AR_HLM70000016 | |
| 0040290005 | 2/27/2001 | | 12/23/2000 | 1/19/2001 | Kennedy/Jenks | $22,190.19 | $22,190.19 | $0.00 | $0.00 | AR_HLM70000938 | 2001 KJ Invoices AR_HLM70000938 | General and Direct Expenses | Direct expenses associated with Dec 2000 field work | 2001.02.26 KJ bimonthly progress report AR_HLM70000016 | |
| 0040290006 | 3/26/2001 | | 1/20/2001 | 2/16/2001 | Kennedy/Jenks | $8,398.16 | $8,398.16 | $0.00 | $0.00 | AR_HLM70000940 | 2001 KJ Invoices AR_HLM70000940 | General and Direct Expenses | Exact tasks unknown, according to 11/25/01 Bimonthly Progress Report all activities are based on 10/31/2000 WP | 2001.02.26 KJ bimonthly progress report AR_HLM70000016 | |
| 0040290007 | 4/23/2001 | | 2/17/2001 | 3/30/2001 | Kennedy/Jenks | $17,526.91 | $17,526.91 | $0.00 | $0.00 | AR_HLM70000942 | 2001 KJ Invoices AR_HLM70000942 | General and Direct Expenses | Preparation and submission of 2/26/01 Bimonthly Progress Report. Other specific tasks unknown, but according to 7/26/01 Progress Report all tasks associated with the 10/31/2000 WP | 2001.07.26 KJ Progress Rpt AR_HLM70000991 | |
| 0040290008 | 5/18/2001 | | 3/31/2001 | 4/27/2001 | Kennedy/Jenks | $1,064.00 | $1,064.00 | $0.00 | $0.00 | AR_HLM70000944 | 2001 KJ Invoices AR_HLM70000944 | General | Specific tasks unknown, but according to 7/26/01 Progress Report all tasks are associated with the 10/31/2000 WP | 2001.07.26 KJ Progress Rpt AR_HLM70000991 | |
| 0040290009 | 6/27/2001 | | 4/28/2001 | 5/25/2001 | Kennedy/Jenks | $4,721.20 | $4,721.20 | $0.00 | $0.00 | AR_HLM70000966 | 2001 KJ Invoices AR_HLM70000966 | General and Direct Expenses | Specific tasks unknown, but according to 7/26/01 Progress Report all tasks are associated with the 10/31/2000 WP | 2001.07.26 KJ Progress Rpt AR_HLM70000991 | |
| 0040290010 | 7/25/2001 | | 5/26/2001 | 6/22/2001 | Kennedy/Jenks | $2,095.00 | $2,095.00 | $0.00 | $0.00 | AR_HLM70000968 | 2001 KJ Invoices AR_HLM70000968 | General and Direct Expenses | Based on September invoices surrounding this invoice and Progress Report | 2001.07.26 KJ Progress Rpt AR_HLM70000991 | |
| 0040290011* | NA | | NA | NA | Kennedy/Jenks | $4,024.78 | $4,024.78 | $0.00 | $0.00 | NA | 2001 KJ Invoices AR_HLM70000970 | NA | Based on activities surrounding this invoice | | Invoices 0040290001-010: $7241.38 Previous billings noted on Invoice 0040290012: $1,557.84 |
| 0042900012 | 9/14/2001 | | 7/21/2001 | 8/31/2001 | Kennedy/Jenks | $1,789.07 | $1,789.07 | $0.00 | $0.00 | AR_HLM70000972 | 2001 KJ Invoices AR_HLM70000972 | General, N-M (Non-IF Processing) and Direct Expenses | Preparation of the 8/3/01 Q4 (December) 2000 GW Monitoring Report and 7/26/01 Progress Report | 2001.08.10 KJ Q4 2000 GW Mon Rpt Transmittal sheet AR_HLM70000095 | |
| 0042900013 | 11/28/2001 | | 9/1/2001 | 10/26/2001 | Kennedy/Jenks | $2,248.00 | $2,248.00 | $0.00 | $0.00 | AR_HLM70000974 | 2001 KJ Invoices AR_HLM70000974 | General and N-M (Non-IF Processing) | Preparation for November 2001 groundwater monitoring. Preparation of 02/11/02 Geophysical Invest. Report and Characterization WP | 2002.01.17 KJ Progress Report AR_HLM70000040 | |
| 0042900014 | 12/14/2001 | | 10/27/2001 | 11/23/2001 | Kennedy/Jenks | $3,173.45 | $3,173.45 | $0.00 | $0.00 | AR_HLM70000976 | 2001 KJ Invoices AR_HLM70000976 | General, Site Inspection and Direct Expenses | November 2001 groundwater monitoring. Preparation of 02/11/02 Geophysics Invest. Report and Characterization WP | 2002.01.17 KJ Progress Report AR_HLM70000040 | |
| 0042900015 | 1/30/2002 | | 11/24/2001 | 12/21/2001 | Kennedy/Jenks | $5,367.23 | $5,367.23 | $0.00 | $0.00 | AR_HLM70000578 | 2002 KJ Invoices AR_HLM70000578 | General and Direct Expenses | Follow up from November 2001 groundwater monitoring. Preparation of 02/11/02 Geophysics Invest. Report and Characterization WP | 2002.01.17 KJ Progress Report AR_HLM70000040 | |
| 0042900016 | 2/12/2002 | | 12/22/2001 | 1/24/2002 | Kennedy/Jenks | $5,019.54 | $5,019.54 | $0.00 | $0.00 | AR_HLM70000580 | 2002 KJ Invoices AR_HLM70000580 | General and Site Inspection (although Site Inspection appears to pertain to Word Processing) and Direct Expenses | Preparation of 02/11/02 Geophys. Invest. Report and Characterization WP | 2002.01.17 KJ Geophys Invst Rpt and Characterization WP AR_HLM70000040 | |
| 0042900017 | 3/13/2002 | | 1/20/2002 | 2/15/2002 | Kennedy/Jenks | $2,387.59 | $2,387.59 | $0.00 | $0.00 | AR_HLM70000582 | 2002 KJ Invoices AR_HLM70000582 | General and Direct Expenses | Preparation and submission of 02/11/02 Geophys. Invst. Report and Characterization WP Supplement | 2002.01.17 KJ Geophys Invst Rpt and Characterization WP AR_HLM70000099 | |
| 0042900018 | 4/16/2002 | | 2/16/2002 | 3/29/2002 | Kennedy/Jenks | $542.48 | $542.48 | $0.00 | $0.00 | AR_HLM70000584 | 2002 KJ Invoices AR_HLM70000584 | General and Direct Expenses | Preparation of the 2/11/02 Rev 2001 GW Monitoring Report. GW 2nd effort per report per 2/11/02 Supplemental Characterization | 2002.02.11 KJ Q4 2001 GW Mont Rpt Transmittal sheet AR_HLM70000099 | |
| 0042900019 | 5/9/2002 | | 3/30/2002 | 4/26/2002 | Kennedy/Jenks | $2,084.39 | $2,084.39 | $0.00 | $0.00 | AR_HLM70000586 | 2002 KJ Invoices AR_HLM70000586 | General and Direct Expenses | Preparation for June and July 2002 field work | 2002.02.11 KJ Geophys Invst Rpt and Characterization WP AR_HLM70000040 | |
| 0042900020 | 6/20/2002 | | 4/27/2002 | 5/24/2002 | Kennedy/Jenks | $9,715.92 | $9,715.92 | $0.00 | $0.00 | AR_HLM70000588 | 2002 KJ Invoices AR_HLM70000588 | General, Site Inspection and Direct Expenses | | 2002.02.11 KJ Geophys Invst Rpt and Characterization WP AR_HLM70000040 | |
| 0042900021 | 7/17/2002 | | 5/25/2002 | 6/21/2002 | Kennedy/Jenks | $53,668.05 | $53,668.05 | $0.00 | $0.00 | AR_HLM70000590 | 2002 KJ Invoices AR_HLM70000590 | General and Direct Expenses | Installation of seven GW monitoring wells and advancement of six boreholes. | 2002.08.01 KJ Geophys Invst Rpt and Characterization WP 2002.08.30 KJ Status Report AR_HLM70000063 2005.02.25 KJ Soil + GW Invst Rpt AR_HLM70000047 | |

Exhibit B: Invoice Summary

| Invoice Number | Invoice/Cancellation Date | Phase Assigned/Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg. Bates | Invoice Document Source | Invoice Cost Category Description(s) | Activities Notes | Activities Source(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 004290022 | 8/22/2002 | 1 | 6/22/2002 | 7/19/2002 | Kennedy/Jenks | $18,114.67 | $18,114.67 | $0.00 | $0.00 | AK_HUNT00009592 | 2002 KJ Invoices AK_HUNT00009578 | General and Direct Expenses | Installation and sampling of seven GW monitoring wells and advancement of six boreholes. | 2002.02.11 KJ Geoplan Invst Rpt and Characterization WP AK_HUNT00000041 |
| 004290023 | 9/23/2002 | 1 | 7/20/2002 | 8/30/2002 | Kennedy/Jenks | $13,030.48 | $13,030.48 | $0.00 | $0.00 | AK_HUNT00009594 | 2002 KJ Invoices AK_HUNT00009578 | General and Direct Expenses | Follow up from June and July 2002 field work and preparation for September 2002 field work | 2002.02.11 KJ Geoplan Invst Rpt and Characterization WP AK_HUNT00000041 |
| 004290024 | 10/17/2002 | 1 | 8/31/2002 | 9/27/2002 | Kennedy/Jenks | $10,321.22 | $10,321.22 | $0.00 | $0.00 | AK_HUNT00009596 | 2002 KJ Invoices AK_HUNT00009578 | General and Direct Expenses | September 2002 groundwater monitoring | 2002.10.09 KJ Status Report AK_HUNT00000041; 2002.11.05 KJ Geol + GW Invst Rpt AK_HUNT00000047 |
| 004290024 | 11/14/2002 | 1 | 9/28/2002 | 10/25/2002 | Kennedy/Jenks | $16,794.68 | $16,794.68 | $0.00 | $0.00 | AK_HUNT00009598 | 2002 KJ Invoices AK_HUNT00009578 | General and Direct Expenses | Follow up from September 2002 groundwater monitoring. Submission of 10/09/2002 Status Report. Possible preparation of 2/25/03 Soil + GW Invst. Report. | 2002.10.09 KJ Status Report AK_HUNT00000041; 2002.11.05 KJ Update on Char AK_HUNT00000041 |
| 004290025 | 12/13/2002 | 1 | 10/26/2002 | 11/22/2002 | Kennedy/Jenks | $11,187.04 | $11,187.04 | $0.00 | $0.00 | AK_HUNT00009600 | 2002 KJ Invoices AK_HUNT00009578 | General and Direct Expenses | Follow up from September 2002 groundwater monitoring. Submission of 11/05/2002 Status Report. Possible preparation of 2/25/03 Soil + GW Invst. Report. | 2002.11.05 KJ Update on Characterization and GW Mon Rpt AK_HUNT00000041; 2003.02.25 KJ Soil + GW Invst Rpt AK_HUNT00000047 |
| 004290026 | 1/10/2003 | 1 | 11/23/2002 | 12/20/2002 | Kennedy/Jenks | $4,497.24 | $4,497.24 | $0.00 | $0.00 | AK_HUNT00009602 | 2003 KJ Invoices AK_HUNT00009602 | General and Direct Expenses | Exact bates unknown but likely include preparation of 2/25/03 Soil + GW Invst. Report. | 2003.02.25 KJ Soil + GW Invst Rpt AK_HUNT00000047 |
| 004290027 | 2/5/2003 | 1 | 12/21/2002 | 1/31/2003 | Kennedy/Jenks | $11,133.56 | $11,133.56 | $0.00 | $0.00 | AK_HUNT00009604 | 2003 KJ Invoices AK_HUNT00009602 | General and Direct Expenses | Exact bates unknown but likely include preparation of 2/25/03 Soil + GW Invst. Report. Costs also include geophysical (likely from summer 2002 field work & this had not been previously submitted) | 2003.02.25 KJ Soil + GW Invst Rpt AK_HUNT00000047 |
| 004290028 | 3/21/2003 | 1 | 2/1/2003 | 2/28/2003 | Kennedy/Jenks | $10,724.52 | $10,724.52 | $0.00 | $0.00 | AK_HUNT00009606 | 2003 KJ Invoices AK_HUNT00009602 | General and Direct Expenses | Submission of 2/25/03 Soil + GW Invst. Report | 2003.02.25 KJ Soil + GW Invst Rpt AK_HUNT00000047 |
| 004290029 | 4/16/2003 | 1 | 3/1/2003 | 3/28/2003 | Kennedy/Jenks | $9,922.84 | $9,922.84 | $0.00 | $0.00 | AK_HUNT00009608 | 2003 KJ Invoices AK_HUNT00009602 | General and Direct Expenses | Exact bates unknown but likely include preparation of 10/24/03 WP for Continued Soil + GW Characterization | 2003.10.24 KJ Soil + GW Invst Rpt AK_HUNT00000047 |
| 004290030 | 5/7/2003 | 1 | 3/29/2003 | 4/25/2003 | Kennedy/Jenks | $16,656.69 | $16,656.69 | $0.00 | $0.00 | AK_HUNT00009610 | 2003 KJ Invoices AK_HUNT00009602 | General and Direct Expenses | IDW management likely follow up from 2002 field work. Other exact bates unknown but likely include preparation of 10/24/03 WP for Continued Soil + GW Characterization | 2004.01.11 ADEM response to cont site char WP AK_HUNT00000047; 2003.10.24 KJ Soil + GW Invst Rpt AK_HUNT00000047 |
| 004290031 | 7/11/2003 | 1 | 5/24/2003 | 6/20/2003 | Kennedy/Jenks | $500.00 | $500.00 | $0.00 | $0.00 | AK_HUNT00009612 | 2003 KJ Invoices AK_HUNT00009602 | General | Exact bates unknown but likely include preparation of 10/24/03 WP for Continued Soil + GW Characterization | 2003.10.24 KJ Soil + GW Invst Rpt AK_HUNT00000025 |
| 004290032 | 9/12/2003 | 1 | 6/21/2003 | 8/29/2003 | Kennedy/Jenks | $7,952.50 | $7,952.50 | $0.00 | $0.00 | AK_HUNT00009614 | 2003 KJ Invoices AK_HUNT00009602 | General | Exact bates unknown but likely include preparation of 10/24/03 WP for Continued Soil + GW Characterization and preparation of information requested by ADEM in an 8/14/03 letter | 2003.02.25 KJ Soil + GW Invst Rpt AK_HUNT00000047; 2004.01.11 ADEM response to cont site char WP AK_HUNT00000025 |
| 004290033 | 10/14/2003 | 1 | 8/30/2003 | 9/26/2003 | Kennedy/Jenks | $21,388.00 | $21,388.00 | $0.00 | $0.00 | AK_HUNT00009616 | 2003 KJ Invoices AK_HUNT00009602 | General | September 2003 groundwater monitoring. Preparation of 10/24/03 WP for Continued Soil + GW Characterization and preparation of information requested by ADEM in an 8/14/03 letter | 2003.02.25 KJ Soil + GW Invst Rpt AK_HUNT00000047; 2004.01.11 ADEM response to cont site char WP AK_HUNT00000025; 2004.08.16 KJ Feb 2003 Apr 2004 GA GW Mon Rpt AK_HUNT00000216 |
| 004290034 | 11/12/2003 | 1 | 9/27/2003 | 10/24/2003 | Kennedy/Jenks | $9,550.00 | $9,550.00 | $0.00 | $0.00 | AK_HUNT00009618 | 2003 KJ Invoices AK_HUNT00009602 | General and Direct Expenses | Follow up from September 2003 groundwater monitoring. Submission of the 10/24/03 WP for Continued Soil + GW Characterization | 2004.01.11 ADEM response to cont site char WP AK_HUNT00000025; 2004.08.16 KJ Feb 2003 Apr 2004 GA GW Mon Rpt AK_HUNT00000216 |
| 004290035 | 12/10/2003 | 1 | 10/25/2003 | 11/21/2003 | Kennedy/Jenks | $8,533.86 | $8,533.86 | $0.00 | $0.00 | AK_HUNT00009620 | 2003 KJ Invoices AK_HUNT00009602 | General and Direct Expenses | Follow up from September 2003 groundwater monitoring | 2004.01.11 ADEM response to cont site char WP AK_HUNT00000025; 2004.08.16 KJ Feb 2003 Apr 2004 GA GW Mon Rpt AK_HUNT00000216 |
| 004290036 | 1/13/2004 | 1 | 11/22/2003 | 12/19/2003 | Kennedy/Jenks | $1,866.80 | $1,866.80 | $0.00 | $0.00 | AK_HUNT00009622 | 2003 KJ Invoices AK_HUNT00009602 | General and Direct Expenses | Preparation for February 2004 groundwater monitoring. Possible preparation of 8/16/04 Sept 2003 Feb 2004 GA GW Monitoring Report | 2004.08.16 KJ Feb 2003 Apr 2004 GA GW Mon Rpt AK_HUNT00000216 |
| 004290037 | 2/16/2004 | 1 | 12/20/2003 | 1/30/2004 | Kennedy/Jenks | $12,444.24 | $12,444.24 | $0.00 | $0.00 | AK_HUNT00009624 | 2004 KJ Invoices AK_HUNT00009602 | General and Direct Expenses | Preparation for February 2004 groundwater monitoring. Possible preparation of 8/16/04 Sept 2003 Feb 2004 GA GW Monitoring Report | 2004.08.16 KJ Feb 2003 Apr 2004 GA GW Mon Rpt AK_HUNT00000216 |
| 004290038 | 3/19/2004 | 1 | 1/31/2004 | 2/27/2004 | Kennedy/Jenks | $14,805.52 | $14,805.52 | $0.00 | $0.00 | AK_HUNT00009626 | 2004 KJ Invoices AK_HUNT00009602 | General, Site Inspection and Direct Expenses | February 2004 groundwater monitoring. Preparation of 5/4/04 Revised Continued Soil + Groundwater Characterization WP | 2004.05.04 KJ Apr 2003 Apr 2004 GA GW Mon Rpt AK_HUNT00000216; 2004.08.16 KJ accepted cont site char WP AK_HUNT00000217 |

Exhibit B- Invoice Summary

| Invoice Number | Invoice / Cover Letter Date | Now-Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg_Bates | Invoice Document Source | Invoice Category Description(s) | Activities/Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 618 | 5/20/2004 | 1 | | 4/30/2004 | Kennedy/Jenks | $41,902.08 | $41,902.08 | $0.00 | $0.00 | AK_HUNT00009628 | 2004 KJ Invoices AK_HUNT00009622 | General, Site Inspection, Direct Expenses | April 2004 groundwater monitoring; Preparation and submission of 1/15/04 semiannual monitoring report; Misc. project management | | |
| 1544 | 6/21/2004 | 1 | | 5/28/2004 | Kennedy/Jenks | $14,841.18 | $14,841.18 | $0.00 | $0.00 | AK_HUNT00009663 | 2004 KJ Invoices AK_HUNT00009622 | General and Direct Expenses | Follow-up from April 2004 groundwater monitoring | | |
| 2504 | 7/29/2004 | 1 | 7/29/2004 | 6/24/2004 | Kennedy/Jenks | $24,166.27 | $24,166.27 | $0.00 | $0.00 | AK_HUNT00009635 | 2004 KJ Invoices AK_HUNT00009622 | Default Task, General, Site Inspection, Direct Expenses | Preparation of 8/16/04 Sept 2003 Feb 2004 monitoring; Preparation for shallow regolith drilling; Misc. project management | | |
| 2790 | 8/16/2004 | 1 | 6/27/2004 | 7/30/2004 | Kennedy/Jenks | $41,979.94 | $41,979.94 | $0.00 | $0.00 | AK_HUNT00009640 | 2004 KJ Invoices AK_HUNT00009622 | General, Site Inspection, Direct Expenses | Jul 2004 groundwater monitoring; Preparation for and implementation of shallow regolith drilling; Misc. project management | | |
| 3752 | 9/20/2004 | 1 | 7/31/2004 | 8/27/2004 | Kennedy/Jenks | $40,279.85 | $40,279.85 | $0.00 | $0.00 | AK_HUNT00009644 | 2004 KJ Invoices AK_HUNT00009622 | General and Direct Expenses | Follow-up from July 2004 groundwater monitoring; Submission of 8/16/04 Feb 2003 Apr 2004 SA GW Monitoring report; Misc. project management | | |
| 4134 | 10/11/2004 | 1 | 8/28/2004 | 9/24/2004 | Kennedy/Jenks | $23,410.59 | $23,410.59 | $0.00 | $0.00 | AK_HUNT00009668 | 2004 KJ Invoices AK_HUNT00009622 | General and Direct Expenses | Preparation of groundwater monitoring and shallow regolith reports; Misc. project management | | |
| 5323 | 11/8/2004 | 1 | 9/25/2004 | 10/29/2004 | Kennedy/Jenks | $20,925.75 | $20,925.75 | $0.00 | $0.00 | AK_HUNT00009668 | 2004 KJ Invoices AK_HUNT00009622 | General and Direct Expenses | Review of shallow regolith drilling results; Regulatory correspondence; Misc. project management | | |
| 5668 | 12/17/2004 | 1 | 10/30/2004 | 11/26/2004 | Kennedy/Jenks | $16,883.77 | $16,883.77 | $0.00 | $0.00 | AK_HUNT00009671 | 2004 KJ Invoices AK_HUNT00009622 | General, Site Inspection, Direct Expenses | November 2004 groundwater monitoring; Preparation of groundwater monitoring report; Misc. project management | | |
| 6474 | 1/17/2005 | 1 | 12/17/2004 | 12/31/2004 | Kennedy/Jenks | $15,564.55 | $15,564.55 | $0.00 | $0.00 | AK_HUNT00009674 | 2005 KJ Invoices AK_HUNT00009674 | General and Direct Expenses | Preparation of shallow regolith report; Preparation for Jan-Feb 2005 RB groundwater well installation; Follow-up from Nov 2004 groundwater monitoring; Misc. project management | | |
| 7384 | 2/10/2005 | 1 | 1/1/2005 | 1/28/2005 | Kennedy/Jenks | $26,062.60 | $26,062.60 | $0.00 | $0.00 | AK_HUNT00009681 | 2005 KJ Invoices AK_HUNT00009674 | General, Site Inspection, Direct Expenses | Preparation and implementation of Jan-Feb 2005 RB groundwater well installation; Preparation of shallow regolith report; Misc. project management | | |
| 7931 | 3/21/2005 | 1 | 1/29/2005 | 2/25/2005 | Kennedy/Jenks | $33,496.65 | $33,496.65 | $0.00 | $0.00 | AK_HUNT00009685 | 2005 KJ Invoices AK_HUNT00009674 | General, Site Inspection, Default Task, Direct Expenses | Implementation of Jan-Feb RB groundwater well installation; Preparation of groundwater monitoring report; Misc. project management | | |
| 8601 | 4/15/2005 | 1 | 2/26/2005 | 3/25/2005 | Kennedy/Jenks | $116,448.15 | $116,448.15 | $0.00 | $0.00 | AK_HUNT00009693 | 2005 KJ Invoices AK_HUNT00009674 | General, Site Inspection, Default Task, Direct Expenses | March 2005 groundwater monitoring; Misc. project management; Other related activities; Follow-up from Jan-Feb 2005 field work | | |
| 8971 | 5/11/2005 | 1 | 3/26/2005 | 4/29/2005 | Kennedy/Jenks | $31,795.47 | $31,795.47 | $0.00 | $0.00 | AK_HUNT00009700 | 2005 KJ Invoices AK_HUNT00009674 | General and Direct Expenses | Preparation of groundwater monitoring report; Preparation of shallow regolith report; Well/borehole surveying related activities; Misc. project management | | |
| 9766 | 6/17/2005 | 1 | 4/30/2005 | 5/27/2005 | Kennedy/Jenks | $23,785.48 | $23,785.48 | $0.00 | $0.00 | AK_HUNT00009708 | 2005 KJ Invoices AK_HUNT00009674 | General, Site Inspection, Direct Expenses | Preparation of groundwater monitoring report; Preparation of shallow regolith report; Misc. project management | | 104 for OW activities from well installation |

Case 2:17-cv-05247-JAW-JEM Document 200-106 Filed 04/09/20 Page 65 of 89 PageID #:11000

Exhibit B: Invoice Summary

| Invoice Number | Invoice / Cover Letter Date | Reason Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg. Basis | Invoice Document Source | Invoice Cost Category Description(s) | Activities/Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10447 | 7/14/2005 | 1 | 5/28/2005 | 6/24/2005 | Kennedy/Jenks | $9,330.63 | $9,330.63 | $0.00 | $0.00 | AK_HUNT00000715 | 2005 KJ Invoices AK_HUNT00000674 | General, Default Task, Direct Expenses | Preparation of groundwater monitoring report / Preparation of shallow regolith report / Misc. project management | 2005 KJ Invoices AK_HUNT00000674 2006.02.03 KJ 2004-2005 Site Char Rpt AK_HUNT00000600 | |
| 11094 | 8/12/2005 | 1 | 6/25/2005 | 7/29/2005 | Kennedy/Jenks | $23,623.78 | $23,623.78 | $0.00 | $0.00 | AK_HUNT00000718 | 2005 KJ Invoices AK_HUNT00000674 | General, Site Inspection, Default Task, Direct Expenses | July (Q2) 2005 groundwater monitoring / Preparation of groundwater monitoring report / Misc. project management | 2005 KJ Invoices AK_HUNT00000674 2006.02.03 KJ 2004-2005 Site Char Rpt AK_HUNT00002107 AK_HUNT00000600 | |
| 11711 | 9/19/2005 | 1 | 7/30/2005 | 8/26/2005 | Kennedy/Jenks | $25,637.53 | $25,637.53 | $0.00 | $0.00 | AK_HUNT00000722 | 2005 KJ Invoices AK_HUNT00000674 | General, Default Task, Direct Expenses | Preparation of groundwater monitoring report / Preparation of shallow regolith report / Preparation of expenses from July 2005 groundwater monitoring / Misc. project management | 2005 KJ Invoices AK_HUNT00000674 2006.02.03 KJ 2004-2005 Site Char Rpt AK_HUNT00002107 AK_HUNT00000600 | |
| 12786 | 10/21/2005 | 1 | 8/27/2005 | 9/30/2005 | Kennedy/Jenks | $23,055.85 | $23,055.85 | $0.00 | $0.00 | AK_HUNT00000727 | 2005 KJ Invoices AK_HUNT00000674 | General, Default Task, Direct Expenses | Preparation of groundwater monitoring report / Expenses from July (Q2) 2005 groundwater monitoring / Misc. project management | 2005 KJ Invoices AK_HUNT00000674 2006.02.03 KJ 2004-2005 Site Char Rpt AK_HUNT00000600 | |
| 13733 | 12/8/2005 | 1 | 10/1/2005 | 11/25/2005 | Kennedy/Jenks | $52,300.43 | $52,300.43 | $0.00 | $0.00 | AK_HUNT00000732 | 2005 KJ Invoices AK_HUNT00000674 | General, Site Inspection, Default Task, Direct Expenses | October groundwater monitoring / Reporting (assume to include shallow regolith report based on the production date of 02/03/06) / Meeting in Huntsville (not known if this is a client meeting or meeting with regulators. There is no mention of this meeting in surrounding correspondence, therefore it is assumed that this is a client meeting) / Misc. project management | 2005 KJ Invoices AK_HUNT00000674 2006.02.03 KJ 2004-2005 Site Char Rpt AK_HUNT00000600 2006.01.18 ADEM GW Incident Ltr 01-03-03 AK_HUNT00003021 | |
| 14461 | 2/8/2006 | 1 | 11/26/2005 | 12/30/2005 | Kennedy/Jenks | $25,184.91 | $25,184.91 | $0.00 | $0.00 | AK_HUNT00000740 | 2006 KJ Invoices AK_HUNT00000740 | General, Default Task, Site Inspection, Direct Expenses | Project planning and misc. project management / Follow-up and expenses from Oct 2005 groundwater monitoring / Reporting (assume to include shallow regolith report based on the production date of 02/03/06) | 2006 KJ Invoices AK_HUNT00000740 2006.05.03 KJ11 2006 GW Mon Rpt AK_HUNT00013763 | |
| 15595 | 3/7/2006 | 1 | 12/31/2005 | 2/10/2006 | Kennedy/Jenks | $21,979.19 | $21,979.19 | $0.00 | $0.00 | AK_HUNT00000747 | 2006 KJ Invoices AK_HUNT00000740 | General, Default Task, Site Inspection | January 2006 groundwater monitoring / Revision of the 2004-2005 report (assumed to be the same as the earlier reference to shallow regolith report) | 2006 KJ Invoices AK_HUNT00000740 2006.05.03 KJ11 2006 GW Mon Rpt AK_HUNT00013763 | |
| 15980 | 3/14/2006 | 1 | 2/11/2006 | 2/24/2006 | Kennedy/Jenks | $8,517.00 | $8,517.00 | $0.00 | $0.00 | AK_HUNT00000751 | 2006 KJ Invoices AK_HUNT00000740 | General, Direct Expenses | Project planning and misc. project management / Reporting / Expenses from January 2006 sampling event | 2006 KJ Invoices AK_HUNT00000740 2006.05.03 KJ11 2006 GW Mon Rpt AK_HUNT00013763 | |
| 16783 | 4/25/2006 | 1 | 2/25/2006 | 3/31/2006 | Kennedy/Jenks | $26,883.53 | $26,883.53 | $0.00 | $0.00 | AK_HUNT00000757 | 2006 KJ Invoices AK_HUNT00000740 | General, Default Task, Direct Expenses | Project planning and misc. project management / Preparation of (Q1)2006 groundwater monitoring report | 2006 KJ Invoices AK_HUNT00000740 2006.05.03 KJ11 2006 GW Mon Rpt AK_HUNT00013763 | |
| 17193 | 5/12/2006 | 1 | 4/1/2006 | 4/28/2006 | Kennedy/Jenks | $20,194.60 | $20,194.60 | $0.00 | $0.00 | AK_HUNT00000761 | 2006 KJ Invoices AK_HUNT00000740 | General, Default Task, Site Inspection, Direct Expenses | April (Q1) groundwater monitoring / Project planning and misc. project management / Preparation of (Q1)2006 groundwater monitoring report | 2006 KJ Invoices AK_HUNT00000740 2006.05.03 KJ11 2006 GW Mon Rpt AK_HUNT00013763 | |
| 17826 | 6/6/2006 | 1 | 4/29/2006 | 6/2/2006 | Kennedy/Jenks | $42,849.15 | $42,849.15 | $0.00 | $0.00 | AK_HUNT00000764 | 2006 KJ Invoices AK_HUNT00000740 | General, Default Task, Direct Expenses, Site Inspection | Follow-up from April (Q1) groundwater monitoring / Project planning and misc. project management / Preparation of (Q1)2006 groundwater monitoring report | 2006 KJ Invoices AK_HUNT00000740 2006.05.03 KJ11 2006 GW Mon Rpt AK_HUNT00013763 | |
| 18284 | 7/17/2006 | 1 | 6/10/2006 | 6/30/2006 | Kennedy/Jenks | $7,056.03 | $7,056.03 | $0.00 | $0.00 | AK_HUNT00000775 | 2006 KJ Invoices AK_HUNT00000740 | General, Direct Expenses | Preparation of (Q2)2006 groundwater monitoring report / Project planning and misc. project management | 2006 KJ Invoices AK_HUNT00000740 2006.05.03 KJ11 2006 GW Mon Rpt AK_HUNT00013763 | Total billings of 1,157,638.60 (check-out to this point) (out of invoice total, which value stated on 7/17/06 invoice (AK_HUNT00000976) |
| 19196 | 8/16/2006 | 2 | 7/1/2006 | 7/28/2006 | Kennedy/Jenks | $11,339.86 | $11,339.86 | $0.00 | $0.00 | AK_HUNT00000778 | 2006 KJ Invoices AK_HUNT00000740 | General, Project Mgmt & Quality Control, Groundwater Monitoring 2006, Direct Expenses | July (Q3) groundwater monitoring / Project planning and misc. project management | 2006 KJ Invoices AK_HUNT00000740 2006.05.03 KJ11 2006 GW Mon Rpt AK_HUNT00013763 | New Task Code Headings |
| 19623 | 9/8/2006 | 1 | 7/29/2006 | 8/25/2006 | Kennedy/Jenks | $15,404.41 | $15,404.41 | $0.00 | $0.00 | AK_HUNT00000782 | 2006 KJ Invoices AK_HUNT00000740 | Project Mgmt & Quality Control, Groundwater Monitoring 2006, Direct Expenses | Preparation of ADEM Reasonable Detection reporting forms / Follow-up from (Q3) groundwater monitoring / Project planning and misc. project management | 2006 KJ Invoices AK_HUNT00000740 2006.05.03 KJ11 2006 GW Mon Rpt AK_HUNT00013763 | |

Exhibit 8: Invoice Summary

| Invoice Number | Invoice / Cover Letter Date | Phase Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg_Num | Invoice Document Source | Invoice Cost Category Description(s) | Activities Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20483 | 10/31/2006 | 2 | 8/26/2006 | 9/29/2006 | Kennedy/Jenks | $6,194.61 | $6,194.61 | $0.00 | $0.00 | AK_HUNT00009791 | 2006 KJ Invoices AK_HUNT00009740 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Preparation of 3Q2006 groundwater monitoring report | 2006 KJ Invoices AK_HUNT00009740 2006.10.30 KJ (11-2006 GW Mon Rpt AK_HUNT00009212 | |
| 20851 | 11/29/2006 | 2 | 9/30/2006 | 10/27/2006 | Kennedy/Jenks | $12,683.74 | $12,683.74 | $0.00 | $0.00 | AK_HUNT00009794 | 2006 KJ Invoices AK_HUNT00009740 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project planning and misc. project management; Preparation of 3Q2006 groundwater monitoring report; October (4Q) groundwater monitoring | 2006 KJ Invoices AK_HUNT00009740 2006.12.11 KJ Q4 2006 GW Mon Rpt AK_HUNT00010 2006.12.11 KJ Q4 2006 GW Mon Rpt AK_HUNT00010110 | |
| 21167 | 12/6/2006 | 2 | 10/28/2006 | 11/24/2006 | Kennedy/Jenks | $12,304.41 | $12,304.41 | $0.00 | $0.00 | AK_HUNT00009798 | 2006 KJ Invoices AK_HUNT00009740 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project planning and misc. project management; Preparation of 4Q2006 groundwater monitoring report | 2006 KJ Invoices AK_HUNT00009740 2006.12.11 KJ Q4 2006 GW Mon Rpt AK_HUNT00010110 | |
| 21900 | 1/3/2007 | 2 | 11/25/2006 | 12/29/2006 | Kennedy/Jenks | $7,025.01 | $7,025.01 | $0.00 | $0.00 | AK_HUNT00009807 | 2007 KJ Invoices AK_HUNT00009807 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project planning and misc. project management; Preparation of 4Q2006 groundwater monitoring report; Expense from October (4Q) groundwater monitoring | 2007 KJ Invoices AK_HUNT00009807 | |
| 22686 | 2/9/2007 | 2 | 12/30/2006 | 1/26/2007 | Kennedy/Jenks | $15,123.63 | $15,123.63 | $0.00 | $0.00 | AK_HUNT00009810 | 2007 KJ Invoices AK_HUNT00009807 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Preparation of 4Q2006 groundwater monitoring report; 1Q2007 groundwater monitoring | 2007 KJ Invoices AK_HUNT00009807 | |
| 23131 | 3/6/2007 | 2 | 1/27/2007 | 2/23/2007 | Kennedy/Jenks | $22,721.77 | $22,721.77 | $0.00 | $0.00 | AK_HUNT00009815 | 2007 KJ Invoices AK_HUNT00009807 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project planning and misc. project management; 1Q2007 groundwater monitoring | 2008 KJ Invoices AK_HUNT00009807 | |
| 23754 | 4/25/2007 | 2 | 2/24/2007 | 3/30/2007 | Kennedy/Jenks | $12,634.17 | $12,634.17 | $0.00 | $0.00 | AK_HUNT00009821 | 2007 KJ Invoices AK_HUNT00009807 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project planning and misc. project management; Follow-up from 1Q2007 groundwater monitoring | 2009 KJ Invoices AK_HUNT00009807 | |
| 24053 | 4/25/2007 | 2 | 3/31/2007 | 5/25/2007 | Kennedy/Jenks | $27,529.58 | $27,529.58 | $0.00 | $0.00 | AK_HUNT00009826 | 2007 KJ Invoices AK_HUNT00009807 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project planning and misc. project management; Staging for future site investigation | 2010 KJ Invoices AK_HUNT00009807 | |
| 24601 | 8/17/2007 | 2 | 5/26/2007 | 7/27/2007 | Kennedy/Jenks | $18,935.12 | $18,935.12 | $0.00 | $0.00 | AK_HUNT00009830 | 2007 KJ Invoices AK_HUNT00009807 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project planning and misc. project management; 2Q2007 groundwater monitoring | 2011 KJ Invoices AK_HUNT00009807 | |
| 24718 | 9/11/2007 | 2 | 7/28/2007 | 8/31/2007 | Kennedy/Jenks | $9,623.03 | $9,623.03 | $0.00 | $0.00 | AK_HUNT00009839 | 2007 KJ Invoices AK_HUNT00009807 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project planning and misc. project management; Correspondence with A&EM 3Q2007 groundwater monitoring report and follow-up from 3Q2007 groundwater monitoring | 2012 KJ Invoices AK_HUNT00009807 | |
| 26847 | 11/28/2007 | 2 | 9/1/2007 | 10/26/2007 | Kennedy/Jenks | $13,644.34 | $13,644.34 | $0.00 | $0.00 | AK_HUNT00009842 | 2007 KJ Invoices AK_HUNT00009807 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project planning and misc. project management; Expenses from 3Q2007 groundwater monitoring report and follow-up from 3Q2007 groundwater monitoring | 2013 KJ Invoices AK_HUNT00009807 | |
| 28942 | 12/12/2007 | 2 | 10/27/2007 | 11/30/2007 | Kennedy/Jenks | $33,590.68 | $33,590.68 | $0.00 | $0.00 | AK_HUNT00009849 | 2007 KJ Invoices AK_HUNT00009807 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project planning and misc. project management; Scoping issues including assessing relative transect data; 4Q2007 groundwater monitoring | 2014 KJ Invoices AK_HUNT00009807 AK_HUNT00011107 2015 KJ Invoices AK_HUNT00009807 AK_HUNT00011107 | |
| 29718 | 1/10/2008 | 2 | 12/1/2007 | 12/28/2007 | Kennedy/Jenks | $7,304.35 | $7,304.35 | $0.00 | $0.00 | AK_HUNT00009857 | 2008.01-2008.02 KJ Invoices AK_HUNT00009827 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project management; Preparation of 3Q2007 and 4Q2007 groundwater monitoring reports; Scoping issues including assessing relative transect data and interaction with A&EM | 2008.01-2008.02 KJ Invoices AK_HUNT00009857 2008.04.21 KJ Elw Char Rpt AK_HUNT00011107 | |
| 30404 | 2/11/2008 | 2 | 12/29/2007 | 1/25/2008 | Kennedy/Jenks | $13,452.85 | $13,452.85 | $0.00 | $0.00 | AK_HUNT00009861 | 2008.01-2008.02 KJ Invoices AK_HUNT00009827 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project management; Preparation for 4Q2007 groundwater monitoring report; Scoping issues including assessing relative transect data and interaction with A&EM | 2008.01-2008.02 KJ Invoices AK_HUNT00009857 2008.04.21 KJ Elw Char Rpt AK_HUNT00011107 | |

Insurers' Opposition to Summary Judgment Exhibit No. 106

Exhibit B - Invoice Summary

| Invoice Number | Invoice / Cover Letter Date | Reas-signed Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg_Bates | Invoice Document Source | Invoice Cost Category Description(s) | Activities Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11045 | 1/27/2008 | 2 | 1/26/2008 | 2/25/2008 | Kennedy/Jenks | $31,566.66 | $31,566.66 | $0.00 | $0.00 | AK_HLNT00021858 | 2008.02.27 KJ Invoice AK_HLNT00021858 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project management Labor and IDCs related to first quarter 2008 monitoring and preparation of the first quarter 2008 monitoring report Scoping issues and contacts. Includes interaction with ADEM staff | 2008.02.27 KJ Invoice AK_HLNT00021858 | |
| 31807 | 4/10/2008 | 2 | 3/1/2008 | 3/28/2008 | Kennedy/Jenks | $8,712.28 | $8,712.28 | $0.00 | $0.00 | AK_HLNT00021866 | 2008.04.10 KJ Invoice AK_HLNT00021866 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project management Labor and IDCs related to first quarter 2008 monitoring and preparation of the first quarter 2008 monitoring report Scoping issues and preparation of work plan. Includes interaction with ADEM staff | 2008.04.10 KJ Invoice AK_HLNT00021866 | |
| 32516 | 5/15/2008 | 2 | 3/29/2008 | 4/25/2008 | Kennedy/Jenks | $10,602.36 | $10,602.36 | $0.00 | $0.00 | AK_HLNT00021869 | 2008.05.15 KJ Invoice AK_HLNT00021869 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project management Labor and IDCs related to first quarter 2008 monitoring and preparation of the first quarter 2008 monitoring report Scoping issues and preparation of work plan. Includes interaction with ADEM staff | 2008.05.15 KJ Invoice AK_HLNT00021869 | |
| 33202 | 6/11/2008 | 2 | 4/26/2008 | 5/30/2008 | Kennedy/Jenks | $4,660.45 | $4,660.45 | $0.00 | $0.00 | AK_HLNT00021872 | 2008.06.11 KJ Invoice AK_HLNT00021872 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project management Labor and IDCs related to preparation of the first quarter 2008 monitoring report Scoping issues and preparation of work plan. Includes interaction with ADEM staff | 2008.06.11 KJ Invoice AK_HLNT00021872 | |
| 33761 | 7/8/2008 | 2 | 5/31/2008 | 6/27/2008 | Kennedy/Jenks | $6,621.25 | $6,621.25 | $0.00 | $0.00 | AK_HLNT00000895 | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 2016.06.21 KJ Ste Char Rpt AK_HLNT00012107 | Project Mgmt. & Quality Control, Site Characterization 2006 | Project management Preparation of 4Q2008 groundwater monitoring report Scoping, including interaction with ADEM | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 2016.06.21 KJ Ste Char Rpt AK_HLNT00012107 | |
| 34474 | 8/26/2008 | 2 | 6/28/2008 | 7/24/2008 | Kennedy/Jenks | $15,056.35 | $15,056.35 | $0.00 | $0.00 | AK_HLNT00000902 | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 | Project Mgmt. & Quality Control, Site Characterization 2006 | Project management Preparation of 3Q2008 groundwater monitoring Seismic reflection surveys | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 2016.06.21 KJ Ste Char Rpt AK_HLNT00012107 | |
| 35152 | 9/29/2008 | 2 | 7/26/2008 | 8/29/2008 | Kennedy/Jenks | $20,026.18 | $20,026.18 | $0.00 | $0.00 | AK_HLNT00000886 | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 | Project Mgmt. & Quality Control, Site Characterization 2006 | Project management 3Q2008 groundwater monitoring Seismic reflection surveys OPI/NAPI fieldwork preparation | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 2016.06.21 KJ Ste Char Rpt AK_HLNT00012107 | |
| 35589 | 10/7/2008 | 2 | 8/30/2008 | 9/26/2008 | Kennedy/Jenks | $26,786.52 | $26,786.52 | $0.00 | $0.00 | AK_HLNT00000883 | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 | Project Mgmt. & Quality Control, Site Characterization 2006 | Project management Preparation of 3Q2008 groundwater monitoring report and follow-up from 3Q2008 groundwater monitoring OPI/NAPI fieldwork | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 2016.06.21 KJ Ste Char Rpt AK_HLNT00012107 | |
| 36811 | 12/5/2008 | 2 | 9/27/2008 | 10/31/2008 | Kennedy/Jenks | $137,657.29 | $137,657.29 | $0.00 | $0.00 | AK_HLNT00000877 | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 | Project Mgmt. & Quality Control, Site Characterization 2006 | Project management Preparation of 4Q2008 groundwater monitoring OPI/NAPI fieldwork including expenses Expenses from geophysical survey | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 2016.06.21 KJ Ste Char Rpt AK_HLNT00012107 | |
| 37458 | 12/26/2008 | 2 | 11/1/2008 | 11/28/2008 | Kennedy/Jenks | $15,658.67 | $15,658.67 | $0.00 | $0.00 | AK_HLNT00000871 | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 | Project Mgmt. & Quality Control, Site Characterization 2006 | Project management Preparation of 2008 quarterly groundwater monitoring reports Evaluated OPI/NAPI data and seismic data | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 2016.06.21 KJ Ste Char Rpt AK_HLNT00012107 | |
| 37949 | 1/22/2009 | 2 | 11/29/2008 | 12/27/2008 | Kennedy/Jenks | $25,349.96 | $25,349.96 | $0.00 | $0.00 | AK_HLNT00000945 | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 | Project Mgmt. & Quality Control, Site Characterization 2006 | Project management Preparation of 2008 quarterly groundwater monitoring reports Evaluated OPI/NAPI data and seismic data Planning for well installations GIS database preparation | 2008.07 - 2009.01 KJ Invoices AK_HLNT00000864 2016.06.21 KJ Ste Char Rpt AK_HLNT00012107 | |
| 38646 | 2/27/2009 | 2 | 12/28/2008 | 1/30/2009 | Kennedy/Jenks | $34,310.75 | $34,310.75 | $0.00 | $0.00 | AK_HLNT00000945 | 2009.02 - 2010.02 KJ Invoice AK_HLNT00000898 | Project Mgmt. & Quality Control, Groundwater Monitoring 2006, Site Characterization 2006, Direct Expenses | Project management Preparation of 2008 quarterly groundwater monitoring reports Planning for well installations GIS database preparation | 2009.02 - 2010.02 KJ Invoice AK_HLNT00000898 | |

Insurers' Opposition to Summary Judgment Exhibit No. 106

Exhibit 8: Invoice Summary

| Invoice Number | Invoice / Cover Letter Date | Reassigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg. Rate | Invoice Document Source | Invoice Cost Category Description(s) | Activities Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39124 | 3/30/2009 | 2 | 2/1/2009 | 3/6/2009 | Kennedy/Jenks | $66,427.73 | $66,427.73 | | $0.00 | AK_HUNT00000941 | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | Project Mgmt., & Quality Control, Quarterly Groundwater Monitoring, Regdd9 Groundwater Well Installation & Destruction, Direct Expenses | Project management /1Q2009 groundwater monitoring report preparation /Regdd9 groundwater installation/destruction activities /Oil database preparation | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 2016.06.21 KJ Site Char Rpt AK_HUNT00012107 | |
| 39753 | 4/22/2009 | 2 | 3/7/2009 | 4/3/2009 | Kennedy/Jenks | $56,693.00 | $56,693.00 | | $0.00 | AK_HUNT00000917 | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | Project Mgmt., & Quality Control, Quarterly Groundwater Monitoring, Regdd9 Groundwater Well Installation & Destruction, Reporting for Seismic Reflection and CPT/MIP Investigations, Direct Expenses | Project management /1Q2009 groundwater monitoring report preparation /Regdd9 groundwater well installation /Seismic reflection and CPT/MIP data evaluation | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | New Task Headings |
| 40379 | 5/22/2009 | 2 | 4/4/2009 | 4/24/2009 | Kennedy/Jenks | $27,098.07 | $27,098.07 | | $0.00 | AK_HUNT00000932 | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | Project Mgmt., & Quality Control, Quarterly Groundwater Monitoring, Regdd9 Groundwater Well Installation & Destruction, Direct Expenses | Project management /Preparation for 1Q2009 groundwater monitoring /Regdd9 groundwater well development expenses, preparation of Boring logs, and land survey | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | |
| 41541 | 7/2/2009 | 2 | 4/25/2009 | 5/29/2009 | Kennedy/Jenks | $59,868.59 | $43,334.15 | $16,534.44 | $0.00 | AK_HUNT00000907 | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | Project Mgmt., & Quality Control, Quarterly Groundwater Monitoring, Regdd9 Groundwater Well Installation & Destruction, Indoor Air Screening Level Assessment, Direct Expenses | Project management /2Q2009 groundwater monitoring /Summary report preparation in relation to Regdd9 groundwater /Indoor air sampling and preparation of figures/tables associated with High Bay indoor air results | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 2009.06.17 KJ Indoor Air Screening and Seismic Insct AK_HUNT00000474 | |
| 41730 | 7/12/2009 | 2 | 5/30/2009 | 6/26/2009 | Kennedy/Jenks | $22,255.90 | $18,176.57 | $4,079.33 | $0.00 | AK_HUNT00000913 | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | Project Mgmt., & Quality Control, Quarterly Groundwater Monitoring, Regdd9 Groundwater Well Installation & Destruction, Indoor Air Screening Level Assessment, Direct Expenses | Project management /2Q2009 groundwater monitoring report preparation /Summary report preparation in relation to Regdd9 groundwater /Seismic reflection & CPT/MIP data evaluation /Preparation of High Bay indoor air letter report | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 2009.06.17 KJ Indoor Air Screening and Seismic Insct AK_HUNT00000474 | |
| 42360 | 8/12/2009 | 2 | 6/27/2009 | 7/31/2009 | Kennedy/Jenks | $53,831.82 | $53,831.82 | | $0.00 | AK_HUNT00000919 | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | Project Mgmt., & Quality Control, Quarterly Groundwater Monitoring, Regdd9 Groundwater Well Installation & Destruction, Report Seismic Reflection & CPT/MIP Data, Direct Expenses | Project management /2Q2009 groundwater monitoring /Summary report preparation in relation to Regdd9 groundwater /Seismic reflection & CPT/MIP data evaluation | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | |
| 43009 | 9/18/2009 | 2 | 8/1/2009 | 8/28/2009 | Kennedy/Jenks | $53,340.07 | $53,340.07 | | $0.00 | AK_HUNT00000915 | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | Project Mgmt., & Quality Control, Quarterly Groundwater Monitoring, Regdd9 Groundwater Well Installation & Destruction, Report Seismic Reflection & CPT/MIP Data, Direct Expenses | Project management /3Q2009 groundwater monitoring /Summary report preparation in relation to Regdd9 groundwater /Seismic reflection & CPT/MIP data evaluation | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | |
| 43843 | 10/27/2009 | 2 | 8/29/2009 | 9/25/2009 | Kennedy/Jenks | $40,730.06 | $40,730.06 | | $0.00 | AK_HUNT00000911 | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | Project Mgmt., & Quality Control, Quarterly Groundwater Monitoring, Regdd9 Groundwater Well Installation & Destruction, Equipment Purchase, Direct Expenses | Project management /3Q2009 groundwater monitoring /Regdd9 groundwater monitoring /Purchase of field equipment for groundwater monitoring /AODM project meeting coordination | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | |
| 44600 | 12/24/2009 | 2 | 9/26/2009 | 10/30/2009 | Kennedy/Jenks | $55,642.22 | $55,642.22 | | $0.00 | AK_HUNT00000903 | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | Project Mgmt., & Quality Control, Quarterly Groundwater Monitoring, Regdd9 Groundwater Well Installation & Destruction, Equipment Purchase, Direct Expenses | Project management /Communications with AODM /3Q2009 groundwater monitoring and reporting /Conceptual Site Model development /Field experiment - Transducer software expenses | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | |
| 45084 | 1/4/2010 | 2 | 10/31/2009 | 11/27/2009 | Kennedy/Jenks | $45,313.41 | $45,313.41 | | $0.00 | AK_HUNT00000901 | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | Project Mgmt., & Quality Control, Quarterly Groundwater Monitoring, Regdd9 Groundwater Well Installation & Destruction, Direct Expenses | Project management /4Q2009 groundwater monitoring /December 2009 AODM meeting preparation and report /4Q2009 groundwater monitoring expenses /Seismic data evaluation | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 2009.X Global Presentation Wyle Huntsville Fire Overview through 2009 AK_HUNT00002642 | |
| 45660 | 2/3/2010 | 2 | 11/28/2009 | 12/25/2009 | Kennedy/Jenks | $42,297.24 | $42,297.24 | | $0.00 | AK_HUNT00000898 | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 | Project Mgmt., & Quality Control, Quarterly Groundwater Monitoring, Regdd9 Groundwater Well Installation & Destruction, Direct Expenses | Project management /4Q2009 groundwater monitoring /Summary report preparation and report /4Q2009 groundwater monitoring expenses /Seismic data evaluation | 2009.02 / 2010.02 KJ Invoices AK_HUNT00000898 2009.X Global Presentation Wyle Huntsville Fire Overview through 2009 AK_HUNT00002642 | |

Insurers' Opposition to Summary Judgment Exhibit No. 106

Exhibit B: Invoice Summary

| Invoice Number | Invoice / Cover Letter Date | Revs. Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg. Bates | Invoice Document Source | Invoice Cost Category (Description) | Activities Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48429 | 3/1/2010 | 2 | 12/26/2009 | 1/29/2010 | Kennedy/Jenks | $15,538.97 | $15,538.97 | $0.00 | $0.00 | AK_HLM700009975 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969 | Project M&amt; & Quality Control, Quarterly Groundwater Monitoring, Bedrock Well Installation Work Plan, Direct Expenses | Project management 2009 quarterly groundwater monitoring expenses; Preparation of work plan for site characterization activities and routine groundwater monitoring proposed for 2010 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969; 2010.04.19 KJ Site Char and Routine GW Mon WP AK_HLM700008687 | |
| 48560 | 3/11/2010 | 3 | 1/31/2010 | 2/26/2010 | Kennedy/Jenks | $9,209.41 | $9,209.41 | $0.00 | $0.00 | AK_HLM700009972 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969 | Project M&amt; & Quality Control, Bedrock Well Installation Work Plan, Direct Expenses | Project management; Preparation of work plan for site characterization activities and routine groundwater monitoring proposed for 2010 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969; 2010.04.19 KJ Site Char and Routine GW Mon WP AK_HLM700008687 | |
| 47889 | 3/6/2010 | 3 | 2/27/2010 | 3/26/2010 | Kennedy/Jenks | $15,760.57 | $14,892.81 | $807.76 | $0.00 | AK_HLM700009969 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969 | Project M&amt; & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remediation Planning, Direct Expenses | Project management; Analysis of 1Q 2010 groundwater data using GIS; Preparation for 2010 field characterization effort; Internal discussions regarding future remediation alternatives | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969; 2010.03.04 KJ Project Summary and Prelim Remed Costs AK_HLM700000008 | |
| 47899 | 3/16/2010 | 3 | 3/27/2010 | 4/30/2010 | Kennedy/Jenks | $15,751.07 | $15,751.07 | $0.00 | $0.00 | AK_HLM700009966 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969 | Project M&amt; & Quality Control, Routine Groundwater Monitoring, Direct Expenses | Project management; Communications with ADW; Revised Hydrofacile cost estimate letter | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969 | |
| 48567 | 4/22/2010 | 3 | 5/1/2010 | 5/28/2010 | Kennedy/Jenks | $22,614.59 | $22,614.59 | $0.00 | $0.00 | AK_HLM700009960 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969 | Project M&amt; & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Direct Expenses | Project management; 2Q2010 groundwater monitoring report; Preparation for field characterization effort | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969 | The Project Summary and Preliminary Remedial Costs letter report was submitted to Arrow (counsel dated 3/4/10 Costs for preparing this report do not appear in the invoices leading up to its submission |
| 49463 | 7/22/2010 | 3 | 5/29/2010 | 6/25/2010 | Kennedy/Jenks | $25,131.43 | $25,131.43 | $0.00 | $0.00 | AK_HLM700009956 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969 | Project M&amt; & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Direct Expenses | Project management; Groundwater monitoring report preparation; 2Q2010 groundwater monitoring expenses; Preparation for first phase of bedrock well installation | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969; 2010.06.21 KJ Site Char Rpt AK_HLM700012107 | |
| 49964 | 9/3/2010 | 3 | 6/26/2010 | 7/30/2010 | Kennedy/Jenks | $27,027.94 | $26,702.75 | $325.19 | $0.00 | AK_HLM700009953 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969 | Project M&amt; & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remediation Planning, Direct Expenses | Project management; Groundwater monitoring report; Preparation for first phase of bedrock and regolith well installation; Remediation planning expenses | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969; 2016.06.21 KJ Site Char Rpt AK_HLM700012107 | |
| 50633 | 9/17/2010 | 3 | 7/31/2010 | 8/27/2010 | Kennedy/Jenks | $45,384.60 | $45,384.60 | $0.00 | $0.00 | AK_HLM700009953 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969 | Project M&amt; & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Direct Expenses | Project management; 3Q2010 groundwater monitoring and expenses; Complete first phase of 2010 field program (drill below grade at MW-24, perform downhole geophysics, install regolith cluster wells) | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969; 2016.06.21 KJ Site Char Rpt AK_HLM700012107 | |
| 51487 | 10/30/2010 | 3 | 8/28/2010 | 9/24/2010 | Kennedy/Jenks | $41,100.39 | $41,100.39 | $0.00 | $0.00 | AK_HLM700009949 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969 | Project M&amt; & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Direct Expenses | Project management; Well development and completion activities and report preparation; Drilling completion of MW-4 and installation of flute liner into MW-24 | 2010.03 - 2010.10 KJ Invoice AK_HLM700009969; 2016.06.21 KJ Site Char Rpt AK_HLM700012107 | |
| 52142 | 11/22/2010 | 3 | 9/25/2010 | 10/29/2010 | Kennedy/Jenks | $39,299.97 | $34,166.52 | $5,004.45 | $0.00 | AK_HLM700011558 | 2010.11.22 KJ Invoice AK_HLM700011558.pdf | Project M&amt; & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remediation Planning, Direct Expenses | Project management; 3Q2010 groundwater monitoring follow up and report preparation; Evaluation of data derived from field program; August/September 2010 drilling effort; Downhole geophysics and logging expenses; Evaluation of remediation technologies for soil and groundwater | 2010.11.22 KJ Invoice AK_HLM700011558.pdf | |
| 52708 | 12/17/2010 | 3 | 10/30/2010 | 11/26/2010 | Kennedy/Jenks | $31,522.66 | $23,743.36 | $7,779.30 | $0.00 | AK_HLM700011555 | 2010.12.17 KJ Invoice AK_HLM700011555 | Project M&amt; & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remediation Planning, Direct Expenses | Project management; 4Q2010 groundwater monitoring; Preparation for drilling of second bedrock well; Evaluation of remedial alternatives | 2010.12.17 KJ Invoice AK_HLM700011555 | |
| 53773 | 2/1/2011 | 3 | 11/27/2010 | 12/31/2010 | Kennedy/Jenks | $27,834.93 | $21,443.54 | $6,391.39 | $0.00 | AK_HLM700011551 | 2011.02.03 KJ Invoice AK_HLM700011551 | Project M&amt; & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remediation Planning, Direct Expenses | Project management; Groundwater monitoring report preparation; Preparation for drilling of second bedrock well; Evaluation of remedial alternatives | 2011.02.03 KJ Invoice AK_HLM700011551 | |

Exhibit B: Invoice Summary

| Invoice Number | Invoice / Cover Letter Date | Reas. Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg._Bates | Invoice Document Source | Invoice Cost Category Description | Activities Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54090 | 2/28/2011 | 3 | 1/1/2011 | 1/28/2011 | Kennedy/Jenks | $32,831.65 | $32,831.65 | $0.00 | $0.00 | AK_HUNT00011546 | 2011.02.28 KJ Invoice AK_HUNT00011546 | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Direct Expenses | Project management Data evaluation for Wyle Huntsville groundwater monitoring events Drill pilot borehole for MW-27 and review geologic conditions within regolith | 2011.02.28 KJ Invoice AK_HUNT00011546 2016.06.21 KJ Site Char Rpt AK_HUNT00012107 | |
| 56341 | 5/19/2011 | 3 | 3/26/2011 | 4/29/2011 | Kennedy/Jenks | $76,039.56 | $73,548.01 | $2,491.55 | $0.00 | AK_HUNT00011579 | 2011.05.19 KJ Invoice AK_HUNT00011579 | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remediation Planning, Direct Expenses | Project management Onsite meeting with Arrow Sampling of deep location MW-27 monitoring Drilling at well location MW-27 Fees associated with cancellation of down hole geophysics Evaluated remedial options | 2011.05.19 KJ Invoice AK_HUNT00011579 2016.06.21 KJ Site Char Rpt AK_HUNT00012107 | |
| 58895 | 6/17/2011 | 3 | 4/30/2011 | 5/27/2011 | Kennedy/Jenks | $47,460.25 | $45,097.74 | $2,302.51 | $0.00 | AK_HUNT00011541 | 2011.06.17 KJ Invoice AK_HUNT00011541 | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remediation Planning, Direct Expenses | Project management Groundwater monitoring report preparation Development of conceptual site model Evaluated remedial options | 2011.06.17 KJ Invoice AK_HUNT00011541 2016.06.21 KJ Site Char Rpt AK_HUNT00012107 | |
| 57337 | 7/8/2011 | 3 | 5/28/2011 | 6/24/2011 | Kennedy/Jenks | $23,957.02 | $23,461.63 | $495.39 | $0.00 | AK_HUNT00011537 | 2011.07.08 KJ Invoice AK_HUNT00011537 | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remediation Planning, Direct Expenses | Project management Groundwater monitoring report preparation Waste management and data compilation from May 2011 drilling activities Evaluation of remedial options | 2011.07.08 KJ Invoice AK_HUNT00011537 2016.06.21 KJ Site Char Rpt AK_HUNT00012107 | |
| 59006 | 9/15/2011 | 3 | 6/25/2011 | 8/26/2011 | Kennedy/Jenks | $108,881.67 | $108,005.59 | $0.00 | $0.00 | AK_HUNT00011526 | 2011.09.15 KJ Invoice AK_HUNT00011526 | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Source Area Screening & Reporting, Initial Risk Assessment, Direct Expenses | Project management Research off T-1 rocket testing and ordering Ground water reporting and monitoring report preparation 3Q2011 groundwater monitoring Development of conceptual site model Interpretation of geophysical & EFP/MIP data Site-specific risk evaluation Geophysical expenses | 2011.09.15 KJ Invoice AK_HUNT00011526 | |
| 60733 | 11/29/2011 | 3 | 9/7/2011 | 10/28/2011 | Kennedy/Jenks | $80,443.91 | $79,429.75 | $56,022.16 | $0.00 | AK_HUNT00011521 | 2011.11.29 KJ Invoice AK_HUNT00011521 | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remedial Investigation, Direct Expenses | Project management Conceptual site model formulation 3Q2011 groundwater monitoring report preparation 4Q2011 groundwater monitoring Installation of wells at MW-28 and MW-29 Soil gas borehole MW-28X Data evaluation for preliminary risk screening | 2011.11.29 KJ Invoice AK_HUNT00011521 | |
| 60841 | 12/16/2011 | 3 | 10/29/2011 | 11/25/2011 | Kennedy/Jenks | $51,360.59 | $35,816.59 | $15,551.00 | $0.00 | AK_HUNT00011517 | 2011.12.16 KJ Invoice AK_HUNT00011517 | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remediation Planning, Direct Expenses | Project management 4Q2011 groundwater monitoring Profiling/evaluation of waste generated from drilling and well development Development of CSM Remedial Investigation Doc description | 2011.12.16 KJ Invoice AK_HUNT00011517 | |
| 61792 | 1/13/2012 | 3 | 11/26/2011 | 12/30/2011 | Kennedy/Jenks | $30,511.95 | $30,511.95 | $0.00 | $0.00 | AK_HUNT00011512 | 2012.01.13 KJ Invoice AK_HUNT00011512 | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Direct Expenses | Project management 4Q2011 groundwater monitoring report preparation and evaluation Development of conceptual site model | 2012.01.13 KJ Invoice AK_HUNT00011512 | |
| 62475 | 2/9/2012 | 3 | 12/31/2011 | 1/27/2012 | Kennedy/Jenks | $24,126.58 | $24,126.58 | $0.00 | $0.00 | AK_HUNT00011508 | 2012.02.08 KJ Invoice AK_HUNT00011508 | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remediation Planning, Direct Expenses | Project management Groundwater monitoring report preparation Development of conceptual site model Remediation planning Doc description | 2012.02.08 KJ Invoice AK_HUNT00011508 | |
| 63140 | 3/7/2012 | 3 | 1/28/2012 | 2/24/2012 | Kennedy/Jenks | $43,985.65 | $41,734.85 | $2,250.80 | $0.00 | AK_HUNT00011500 | 2012.03.07 KJ Invoice AK_HUNT00011500 | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Remediation Planning, Direct Expenses | Project management 1Q2012 groundwater monitoring 4Q2011 groundwater monitoring report preparation Development of conceptual site model Discussion of potential remedial options | 2012.03.07 KJ Invoice AK_HUNT00011500 | |
| CJ-13471 | 3/8/2012 | 3 | 2/7/2012 | 2/14/2012 | SGS Accutest | $4,800.00 | $4,800.00 | $0.00 | $0.00 | AK_HUNT00011564 | 2012.03.08 SGS Invoice AK_HUNT00011564 | NA | Laboratory analytical fees for analysis of VOCs for 46 samples | 2012.03.08 SGS Invoice AK_HUNT00011564 | |

Exhibit 6: Invoice Summary

| Invoice Number | Invoice/Cover Letter Date | Reyo Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg_Bates | Invoice Document Source | Invoice Cost Category Description(s) | Activities Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64042 | 4/18/2012 | 3 | 2/25/2012 | 3/20/2012 | Kennedy/Jenks | $19,345.19 | $19,345.19 | $967.33 | $0.00 | AK_HUNT00011499 | 2012.04.18 KJ Invoice AK_HUNT00011499 | Project Mgmt. & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Source Area Screening & Reporting, Remediation Planning, Direct Expenses | Project management AQ2011 groundwater monitoring expenses preparation Development of conceptual site model Discussion of potential remediation options | 2012.04.18 KJ Invoice AK_HUNT00011499 | |
| 65136 | 5/31/2012 | 3 | 3/31/2012 | 4/27/2012 | Kennedy/Jenks | $3,325.81 | $3,325.81 | $0.00 | $0.00 | AK_HUNT00011496 | 2012.05.31 KJ Invoice AK_HUNT00011496 | Project Mgmt. & Quality Control, Routine Groundwater Monitoring, Direct Expenses | Project management AQ2011 groundwater monitoring expense preparation | 2012.05.31 KJ Invoice AK_HUNT00011496 | |
| 66031 | 7/10/2012 | 3 | 3/31/2012 | 5/25/2012 | Kennedy/Jenks | $5,482.24 | $5,482.24 | $0.00 | $0.00 | AK_HUNT00011493 | 2012.07.10 KJ Invoice AK_HUNT00011493 | Project Mgmt. & Quality Control, Routine Groundwater Monitoring, Direct Expenses | Project management Ongoing reporting and groundwater monitoring data evaluation | 2012.07.10 KJ Invoice AK_HUNT00011493 | |
| 66351 | 7/30/2012 | 3 | 4/28/2012 | 6/29/2012 | Kennedy/Jenks | $42,188.32 | $42,188.32 | $0.00 | $0.00 | AK_HUNT00011490 | 2012.07.30 KJ Invoice AK_HUNT00011490 | Project Mgmt. & Quality Control, Routine Groundwater Monitoring, Direct Expenses | Project management 2Q2012 groundwater monitoring Preparation of 2Q2012 groundwater monitoring report | 2012.07.30 KJ Invoice AK_HUNT00011490 | |
| 66958 | 9/7/2011 | 3 | 5/26/2012 | 7/27/2012 | Kennedy/Jenks | $22,840.88 | $21,431.90 | $408.98 | $0.00 | AK_HUNT00011487 | 2012.09.07 KJ Invoice AK_HUNT00011487 | Project Mgmt. & Quality Control, Routine Groundwater Monitoring, Source Area Screening & Reporting, Remediation Planning, Direct Expenses | Project management Follow-up from 2Q2012 groundwater monitoring Subcontractor research for Source Area Screening Study Discussion of future remedial efforts | 2012.09.07 KJ Invoice AK_HUNT00011487 | |
| 68007 | 9/24/2012 | 3 | 6/30/2012 | 8/31/2012 | Kennedy/Jenks | $2,648.32 | $2,648.32 | $0.00 | $0.00 | AK_HUNT00011484 | 2012.09.24 KJ Invoice AK_HUNT00011484 | Project Mgmt. & Quality Control, Routine Groundwater Monitoring, Direct Expenses | Project management Follow-up from 3Q2012 groundwater monitoring | 2012.09.24 KJ Invoice AK_HUNT00011484 | |
| 68790 | 11/5/2012 | 3 | 9/1/2012 | 9/28/2012 | Kennedy/Jenks | $1,445.68 | $1,445.68 | $0.00 | $0.00 | AK_HUNT00011481 | 2012.11.05 KJ Invoice AK_HUNT00011481 | Project Mgmt. & Quality Control, Routine Groundwater Monitoring, Direct Expenses | Project management 3Q2012 groundwater monitoring | 2012.11.05 KJ Invoice AK_HUNT00011481 | |
| 69085 | 11/21/2012 | 3 | 9/29/2012 | 10/26/2012 | Kennedy/Jenks | $2,851.63 | $2,851.63 | $0.00 | $0.00 | AK_HUNT00011478 | 2012.11.21 KJ Invoice AK_HUNT00011478 | Project Mgmt. & Quality Control, Routine Groundwater Monitoring, Direct Expenses | Project management Expense related to groundwater monitoring | 2012.11.21 KJ Invoice AK_HUNT00011478 | |
| 69861 | 12/13/2012 | 3 | 10/27/2012 | 11/30/2012 | Kennedy/Jenks | $50,488.05 | $50,488.05 | $0.00 | $0.00 | AK_HUNT00011475 | 2012.12.13 KJ Invoice AK_HUNT00011475 | Project Mgmt. & Quality Control, Routine Groundwater Monitoring, Direct Expenses | Project management Expenses related to groundwater monitoring reporting | 2012.12.13 KJ Invoice AK_HUNT00011475 | |
| C2-18205 | 2/6/2013 | 3 | NA | NA | SGS Accutest | $3,000.00 | $3,000.00 | $0.00 | $0.00 | AK_HUNT00011566 | 2013.02.06 SGS Invoice 2 AK_HUNT00011566 | Laboratory Analytical Testing, Direct Expenses | Laboratory analytical fees for analysis of VOCs for 5 samples, dissolved gases for 5 samples and select inorganic constituents for 3 samples | 2013.02.06 SGS Invoice 2 AK_HUNT00011566 | |
| 71090 | 2/7/2013 | 3 | 12/1/2012 | 1/25/2013 | Kennedy/Jenks | $24,796.63 | $24,796.63 | $0.00 | $0.00 | AK_HUNT00011472 | 2013.02.07 KJ Invoice AK_HUNT00011472 | Project Mgmt. & Quality Control, Routine Groundwater Monitoring, Field Characterization 2010, Direct Expenses | Project management Preparation of groundwater monitoring report | 2013.02.07 KJ Invoice AK_HUNT00011472 | |
| C2-18269 | 2/8/2013 | 3 | NA | NA | SGS Accutest | $2,065.00 | $2,065.00 | $0.00 | $0.00 | AK_HUNT00011568 | 2013.02.08 SGS Invoice 2 AK_HUNT00011568 | NA | Laboratory analytical fees for analysis of VOCs for 7 samples, dissolved gases for 4 samples and select inorganic constituents for 3 samples | 2013.02.08 SGS Invoice 2 AK_HUNT00011568 | |
| C2-18243 | 2/8/2013 | 3 | NA | NA | SGS Accutest | $1,539.00 | $1,539.00 | $0.00 | $0.00 | AK_HUNT00011567 | 2013.02.08 SGS Invoice AK_HUNT00011567 | NA | Laboratory analytical fees for analysis of VOCs for 5 samples, dissolved gases for 5 samples and select inorganic constituents for 3 samples | 2013.02.08 SGS Invoice AK_HUNT00011567 | |
| 72483 | 4/23/2013 | 3 | 1/26/2013 | 3/29/2013 | Kennedy/Jenks | $93,680.93 | $69,792.31 | $22,889.62 | $0.00 | AK_HUNT00011466 | 2013.04.23 KJ Invoice AK_HUNT00011466 | Project Mgmt. & Quality Control, Remedial Investigation, Source Area Screening & Reporting, Initial Risk Assessment, Direct Expenses | Project management Preparation and execution of February 2013 meeting/presentation with ADEM Development of and work plan preparation for future remedial investigation Development of future remedial activities CQ2013 groundwater monitoring report 1Q2013 groundwater monitoring Assist in study of remedial efforts Development of work plan for future remedial activities Planning for human health risk assessment | 2013.04.23 KJ Invoice AK_HUNT00011466 2013.02.21 Slide Presentation Wyle Program through 2012 meeting with ADEM AK_HUNT00001270 | |
| 73112 | 5/31/2013 | 3 | 3/30/2013 | 4/26/2013 | Kennedy/Jenks | $24,570.18 | $34,570.18 | $6,023.32 | $0.00 | AK_HUNT00011463 | 2013.05.31 KJ Invoice AK_HUNT00011463 | Project Mgmt. & Quality Control, Routine Groundwater Monitoring, Remedial Investigation, Initial Risk Assessment, Direct Expenses | Project management Development and costing for future remedial investigation Work plan preparation for remedial and health risk investigations 1Q2013 groundwater monitoring GIS data being Planning for remedial efforts Planning for health risk assessment | 2013.05.31 KJ Invoice AK_HUNT00011463 | |

Exhibit B - Invoice Summary

| Invoice Number | Invoice/Cover Letter Date | Reass. Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg./Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| 74056 | 7/18/2013 | 3 | 4/27/2013 | 5/31/2013 | Kennedy/Jenks | $16,180.13 | $14,395.83 | $1,784.30 | $0.00 | AR_HUNT00011458 |
| 74717 | 7/25/2013 | 3 | 6/1/2013 | 6/28/2013 | Kennedy/Jenks | $3,506.71 | $3,506.71 | $0.00 | $0.00 | AR_HUNT00011455 |
| 76023 | 9/17/2013 | 3 | 6/29/2013 | 8/30/2013 | Kennedy/Jenks | $25,695.93 | $25,695.93 | $0.00 | $0.00 | AR_HUNT00011452 |
| 76897 | 10/22/2013 | 3 | 8/31/2013 | 9/27/2013 | Kennedy/Jenks | $20,186.76 | $20,186.76 | $0.00 | $0.00 | AR_HUNT00011449 |
| 77652 | 11/27/2013 | 3 | 9/28/2013 | 10/25/2013 | Kennedy/Jenks | $6,508.60 | $6,508.60 | $0.00 | $0.00 | AR_HUNT00011447 |
| 78492 | 1/2/2014 | 3 | 10/26/2013 | 11/29/2013 | Kennedy/Jenks | $3,277.19 | $3,277.19 | $0.00 | $0.00 | AR_HUNT00011444 |
| 79910 | 2/11/2014 | 3 | 11/30/2013 | 1/31/2014 | Kennedy/Jenks | $19,502.03 | $19,502.03 | $0.00 | $0.00 | AR_HUNT00011438 |
| 80635 | 3/14/2014 | 3 | 2/1/2014 | 2/28/2014 | Kennedy/Jenks | $20,263.82 | $20,263.82 | $0.00 | $0.00 | AR_HUNT00011435 |
| 81509 | 4/8/2014 | 3 | 3/1/2014 | 3/28/2014 | Kennedy/Jenks | $10,319.29 | $10,319.29 | $0.00 | $0.00 | AR_HUNT00011430 |
| 82159 | 4/29/2014 | 3 | 3/29/2014 | 4/25/2014 | Kennedy/Jenks | $9,672.12 | $9,672.12 | $0.00 | $0.00 | AR_HUNT00011428 |
| 83506 | 6/17/2014 | 3 | 4/26/2014 | 5/30/2014 | Kennedy/Jenks | $6,183.68 | $6,183.68 | $0.00 | $0.00 | AR_HUNT00011425 |
| 84372 | 7/17/2014 | 3 | 5/31/2014 | 6/27/2014 | Kennedy/Jenks | $9,002.11 | $9,002.11 | $0.00 | $0.00 | AR_HUNT00011422 |
| 86197 | 9/17/2014 | 3 | 6/28/2014 | 8/29/2014 | Kennedy/Jenks | $13,143.91 | $13,143.91 | $0.00 | $0.00 | AR_HUNT00011419 |
| 86642 | 10/6/2014 | 3 | 8/30/2014 | 9/26/2014 | Kennedy/Jenks | $5,434.35 | $5,434.35 | $0.00 | $0.00 | AR_HUNT00011416 |
| 87849 | 12/1/2014 | 3 | 9/27/2014 | 10/31/2014 | Kennedy/Jenks | $22,864.83 | $22,864.83 | $0.00 | $0.00 | AR_HUNT00011413 |
| 88606 | 12/19/2014 | 3 | 11/1/2014 | 11/28/2014 | Kennedy/Jenks | $19,770.04 | $19,770.04 | $0.00 | $0.00 | AR_HUNT00011409 |
| 89477 | 3/17/2015 | 3 | 11/29/2014 | 12/26/2014 | Kennedy/Jenks | $9,382.92 | $9,333.88 | $49.04 | $0.00 | AR_HUNT00011406 |

Exhibit 8: Invoice Summary

| Invoice Number | Invoice / Consol Letter Date | Reim-Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg_Num | Invoice Document Source | Invoice Cost Category Description(s) | Activities Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90847 | 3/20/2015 | 3 | 12/26/2014 | 2/27/2015 | Kennedy/Jenks | $9,824.80 | $9,824.80 | $0.00 | $0.00 | AR_HLN700001463 | 2015.03.20 KJ Invoice AR_HLN700001463.pdf | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Direct Expenses | | | |
| 91695 | 4/21/2015 | 3 | 2/28/2015 | 3/27/2015 | Kennedy/Jenks | $22,665.06 | $22,665.06 | $0.00 | $0.00 | AR_HLN700001398 | 2015.04.21 KJ Invoice AR_HLN700001398.pdf | Project Mgmt, & Quality Control, Routine Groundwater Monitoring, Direct Expenses | | | |
| 94131 | 7/30/2015 | 3 | 3/28/2015 | 4/26/2015 | Kennedy/Jenks | $84,080.52 | $84,080.52 | $0.00 | $0.00 | AR_HLN700001393 | 2015.07.30 KJ Invoice AR_HLN700001393.pdf | Project Mgmt, & Agency Interaction, Site Characterization Report, Groundwater Monitoring, Direct Expenses | | | |
| 97829 | 12/29/2015 | 3 | 4/27/2015 | 11/27/2015 | Kennedy/Jenks | $125,254.07 | $125,254.07 | $0.00 | $0.00 | AR_HLN700001385 | 2015.12.29 KJ Invoice AR_HLN700001385.pdf | Project Mgmt, & Agency Interaction, Site Characterization Report, Risk Assessment, Direct Expenses | | | |
| 99661 | 3/15/2016 | 3 | 11/28/2015 | 2/26/2016 | Kennedy/Jenks | $55,635.46 | $55,635.46 | $0.00 | $0.00 | AR_HLN700014390 | 2016.03.15 KJ Invoice AR_HLN700014390.PDF | Project Mgmt, & Agency Interaction, Site Characterization Report, Groundwater Monitoring, Direct Expenses | | | |
| 101301 | 5/9/2016 | 3 | 2/27/2016 | 4/29/2016 | Kennedy/Jenks | $38,845.84 | $33,009.86 | $0.00 | $5,835.98 | AR_HLN700014448 | 2016.05.09 KJ Invoice AR_HLN700014448.PDF | Project Mgmt, & Agency Interaction, Document Inventory, Direct Expenses | | | |
| 102420 | 6/27/2016 | 3 | 4/30/2016 | 5/27/2016 | Kennedy/Jenks | $33,531.07 | $32,926.03 | $0.00 | $605.04 | AR_HLN700014453 | 2016.06.27 KJ Invoice AR_HLN700014453.PDF | Project Mgmt, & Agency Interaction, Site Characterization Report, Groundwater Monitoring, Document Inventory, Direct Expenses | | | |
| 103294 | 7/18/2016 | 3 | 5/28/2016 | 6/24/2016 | Kennedy/Jenks | $17,110.87 | $12,253.13 | $0.00 | $4,857.74 | AR_HLN700014458 | 2016.07.18 KJ Invoice AR_HLN700014458.PDF | Project Mgmt, & Agency Interaction, Groundwater Monitoring, Document Inventory, Direct Expenses | | | |
| 104741 | 9/14/2016 | 4 | 8/14/2016 | 8/26/2016 | Kennedy/Jenks | $56,036.79 | $5,861.84 | $11,885.69 | $189.26 | AR_HLN700014463 | 2016.09.14 KJ Invoice AR_HLN700014463.PDF | Project Mgmt | | | |

Insurers' Opposition to Summary Judgment Exhibit No. 106

Exhibit B: Invoice Summary

| Invoice Number | Invoice/Cover Letter Date | Reno Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Docs Production Total | Invoice Reg_Rates | Invoice Document Source | Invoice Cost Category Description(s) | Activities Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 505645 | 10/28/2016 | 4 | 10/28/2016 | 9/30/2016 | Kennedy/Jenks | $19,256.84 | $0.00 | $19,100.67 | $136.18 | AK_HUNT00014568 | 2016.10.28 KJ Invoice AK_HUNT00014568.PDF | Project Mgmt, & Agency interaction, Groundwater Monitoring, Source Area Screening & Reporting, Risk Assessment, Initial Remedial Planning, Direct Expenses | Project management; Meeting with ADEM associated with risk assessment; Groundwater planning; Planning for source area screening & reporting; Document production in support of insurance company mediation | 2016.10.28 KJ Invoice AK_HUNT00014568.PDF; 2016.12.30 KJ First Half 2016 GW Mon Rpt AK_HUNT00030811 | It appears that some of the time for planning for the ADEM meeting is listed under the Project Mgmt. & Agency Interaction Task (Task 01). ... |
| 107374 | 12/22/2016 | 4 | 10/1/2016 | 11/25/2016 | Kennedy/Jenks | $20,144.37 | $0.00 | $18,882.62 | $1,261.75 | AK_HUNT00014374 | 2016.12.22 KJ Invoice AK_HUNT00014374.PDF | Project Mgmt, & Agency interaction, Groundwater Monitoring, DJMW Well Installations, RI Field Testing, Source Area Screening & Reporting, Risk Assessment, Initial Remedial Planning, Document Inventory, Direct Expenses | Project management; Groundwater planning; Preparation of groundwater well installation work plan; Planning for remedial investigation field testing; Planning for risk assessment; Planning for remedial design; Activities related to mediation | 2016.12.22 KJ Invoice AK_HUNT00014374.PDF; 2017.04.26 KJ RW and Bedrock MW Installation WP AK_HUNT00029986 | According to the 4/26/17 Monitoring Well Installation Work Plan, the Work Plan describes "the scope and proposed methods for initial remedial investigations at the [site]." |
| 7296124 | 2/10/2017 | 4 | 2/6/2017 | 2/6/2017 | Safety Kleen | $2,209.22 | $0.00 | $2,209.22 | $0.00 | AK_HUNT00027061 | Invoices - AK_HUNT00024693-00027097p.201-407.pdf | Waste Disposal - 2 drums that groundwater, 2 drums non-haz groundwater | Waste Disposal - 2 drums that groundwater; 2 drums non-haz groundwater | Invoices - AK_HUNT00024693-00027097p.201-407.pdf | Assumed to be related to tasks on KJ Invoice 110300, which are predominantly remediation costs. |
| 108258 | 2/15/2017 | 4 | 11/26/2016 | 12/30/2016 | Kennedy/Jenks | $37,092.62 | $8,246.39 | $26,559.67 | $1,386.56 | AK_HUNT00014380 | 2017.02.15 KJ Invoice AK_HUNT00014380.PDF | Project Mgmt, & Agency interaction, Groundwater Monitoring, RI Field Testing, Source Area Screening & Reporting, Risk Assessment, Initial Remedial Planning, Document Inventory, Direct Expenses | Project management; Groundwater planning; Preparation of 12/30/16 First Half 2016 groundwater monitoring report; SI 2016 groundwater monitoring; Planning for RI field testing; Planning for remediation investigation field testing; Preparation of work plan for source area screening; Remedial planning; Activities related to mediation | 2017.02.15 KJ Invoice AK_HUNT00014380.PDF; 2016.12.30 KJ First Half 2016 GW Mon Rpt AK_HUNT00030811 | The preparation of the First Half 2016 Groundwater Monitoring Report and SI 2016 groundwater monitoring are based on the 12/30/16 and 4/19/17 Groundwater Monitoring Reports, and the overburden. The first half 2016 report would be under the 3216 groundwater monitoring and the "Groundwater monitoring and the 'Groundwater planning'" on the scope item that would be under the 3218 activity code. Costs for 3219 = all direct expenses under Task 03 and 2/3 labor under Task 03. Costs for 101 = 1/3 labor under Task 3. |
| 109478 | 3/17/2017 | 4 | 12/31/2016 | 1/27/2017 | Kennedy/Jenks | $20,858.89 | $0.00 | $6,336.40 | $13,522.50 | AK_HUNT00014394 | 2017.03.17 KJ Invoice AK_HUNT00014394.PDF | Project Mgmt, & Agency interaction, Groundwater Monitoring, RI Field Testing, Source Area Screening & Reporting, Risk Assessment, Initial Remedial Planning, Document Inventory, Direct Expenses | Project management; Preparation of 4/19/2017 Second Half 2016 Groundwater Monitoring Report; Planning for source area screening; Risk assessment planning; Remedial planning; Document Inventory (with redacted description) | 2017.03.17 KJ Invoice AK_HUNT00014394.PDF; AK_HUNT00030850 | Assumed to be related to tasks on KJ Invoice 110300, which are predominantly remediation costs. |
| 110300 | 3/27/2017 | 4 | 1/28/2017 | 2/24/2017 | Kennedy/Jenks | $34,922.54 | $3,000.40 | $21,862.00 | $12,051.14 | AK_HUNT00014408 | 2017.03.27 KJ Invoice AK_HUNT00014408.PDF | Project Mgmt, & Agency interaction, Site Characterization Report, Groundwater Monitoring, DJMW Well Installation, RI Field Testing, Source Area Screening & Reporting, Initial Remedial Planning, Document Inventory, Direct Expenses | Project management; Response to ADEM comments; Preparation of 4/19/17 Second Half 2016 Groundwater Monitoring Report; Preparation of work plan and planning for DJMW well installation; Planning for remedial investigation field work; Planning for source area screening field work; Remedial planning; Document Inventory (with redacted description) | 2017.03.27 KJ Invoice AK_HUNT00014408.PDF; 2017.04.19 KJ Second Half 2016 GW Mon Rpt AK_HUNT00030850 | |
| 170116 | 3/30/2017 | 4 | 3/30/2017 | 3/30/2017 | The Probing Company | $30,110.00 | $0.00 | $30,110.00 | $0.00 | AK_HUNT00027093 | Invoices - AK_HUNT00024693-00027097p.201-407.pdf | "Sampling with Helium Leak Testing" "Additional planning - Change from original scope of work - Soil Gas/Leak Testing to Screen Canisters" | Drums (2) | Invoices - AK_HUNT00024693-00027097p.201-407.pdf | Assumed to be related to tasks on KJ Invoice 111600, which are predominantly remediation costs. |
| 7327A49 | 4/4/2017 | 4 | 4/4/2017 | 4/4/2017 | Safety Kleen | $165.68 | $0.00 | $165.68 | $0.00 | AK_HUNT00027093 | Invoices - AK_HUNT00024693-00027097p.201-407.pdf | Drums (2) | Drums (2) | Invoices - AK_HUNT00024693-00027097p.201-407.pdf | Assumed to be related to tasks on KJ Invoice 111600, which are predominantly remediation costs. |

Insurers' Opposition to Summary Judgment Exhibit No. 106

Exhibit B: Invoice Summary

| Invoice Number | Invoice/Cover Letter Date | Reno-Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg_Bates | Invoice Document Source | Invoice Cost Category (Description) | Activities Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133400 | 5/13/2017 | 4 | 2/25/2017 | 4/29/2017 | Kennedy/Jenks | $67,253.86 | $477.12 | $63,939.52 | $13,399.22 | AR_HLINT00014415 | 2017.05.13 KJ Invoice AR_HLINT00014415.PDF | Project Mgmt. & Agency interaction, Site Characterization Report, Groundwater Monitoring, OM/M Well Installation, RI Field Testing, Source Area Screening & Reporting, Risk Assessment, Initial Remedial Planning, Document Inventory, Direct Expenses | Project management; Transmittal of paper copies of a report to ADNR; Finalization of Second Half 2016 Groundwater Monitoring Report; Preparation of work plan and planning for groundwater monitoring well installation; Planning for remedial investigation field testing; Installation of soil vapor probes; Planning for risk assessment; Document Inventory (with redacted description) | 2017.05.13 KJ Invoice AR_HLINT00014415.PDF | Assumed to be related to tasks on KJ invoice 112245, which are remediation costs |
| 13712696 | 5/31/2017 | 4 | 5/14/2017 | 4/29/2017 | Cascade | $69,721.50 | $0.00 | $69,721.50 | $0.00 | AR_IFLI IVT00010964 | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | | Per diem - 13 days of 13 man crew; Unit and Sample - 18.5 hrs of blocks and overburden and well installation; Disposal of DPW; Well Completion and Development | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | Assumed to be related to tasks on KJ invoice 112245, which are remediation costs |
| 170517 | 5/31/2017 | 4 | Unknown | Unknown | The Probing Company | $4,500.00 | $0.00 | $4,500.00 | $0.00 | AR_HLINT00027095 | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | | Soil Gas Sampling; "Holes, Direct Push Testing" | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | Assumed to be related to tasks on KJ invoice 112245, which are remediation costs |
| 1003872044 | 6/2/2017 | 4 | 5/12/2017 | 5/31/2017 | Clean Harbors | $2,984.51 | $0.00 | $2,984.51 | $0.00 | AR_HLINT00020873 | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | | Deliver, Setup, Rental & Pickup of Frac Tank - 17 days; Deliver, Setup & Rental of Open Top Roll off Box - 17 days | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | Assumed to be related to tasks on KJ invoice 112245, which are remediation costs |
| 112245 | 6/7/2017 | 4 | 4/29/2017 | 5/26/2017 | Kennedy/Jenks | $54,672.78 | $0.00 | $54,672.78 | $0.00 | AR_HLINT00014422 | 2017.06.07 KJ Invoice AR_HLINT00014422.PDF | Project Mgmt. & Agency interaction, Groundwater Monitoring, OM/M Well Installation, RI Field Testing, Source Area Screening & Reporting, Risk Assessment, Initial Remedial Planning, Document Inventory, Direct Expenses | Project management; Transmittal of paper copies of a report to ADNR; SI 2017 groundwater monitoring - installation of MW-30, 31 and 32; Planning for remedial investigation field testing; Follow up from installation of soil vapor probes | 2017.06.07 KJ Invoice AR_HLINT00014422.PDF | Assumed to be related to tasks on KJ invoice 112245, which are remediation costs |
| 80771 | 6/27/2017 | 4 | Unknown | Unknown | SLMM | $1,280.00 | $0.00 | $1,280.00 | $0.00 | AR_HLINT00027059 | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | | Monitoring Well Locations Survey | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | Assumed to be related to tasks on KJ invoice 112245, which are remediation costs |
| 1003879513 | 7/3/2017 | 4 | 6/19/2017 | 6/30/2017 | Clean Harbors | $5,833.64 | $0.00 | $5,833.64 | $0.00 | AR_HLINT00020876 | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | | Deliver, Setup, Rental & Pickup of Frac Tank - 25 days; Deliver, Setup & Rental of Open Top Roll off Box - 25 days; Trans & Disposal of Soil Cuttings - 4 ton; Trans & Disposal of Groundwater - 4,520 gallons | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | Assumed to be related to tasks on KJ invoice 112245, which are remediation costs |
| 1003931243 | 7/20/2017 | 4 | 7/1/2017 | 7/27/2017 | Clean Harbors | $3,232.00 | $0.00 | $3,232.00 | $0.00 | AR_HLINT00021000 | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | | Cleaning Solids/Heel from Frac Tank via CDE; Trans & Disposal of Solids/Heel - 7,200 lbs | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | Assumed to be related to tasks on KJ invoice 112245, which are remediation costs |
| 1003947972 | 8/2/2017 | 4 | 7/1/2017 | 7/27/2017 | Clean Harbors | $404.66 | $0.00 | $404.66 | $0.00 | AR_HLINT00020883 | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | | Project management | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | Assumed to be related to tasks on KJ invoice 112245, which are remediation costs |
| 114354 | 8/7/2017 | 4 | 5/27/2017 | 7/28/2017 | Kennedy/Jenks | $103,505.29 | $103.46 | $103,607.92 | $506.91 | AR_HLINT00014433 | 2017.08.07 KJ Invoice AR_HLINT00014433.PDF | Project Mgmt. & Agency interaction, Groundwater Monitoring, OM/M Well Installation, RI Field Testing, Source Area Screening & Reporting, Risk Assessment, Initial Remedial Planning, Document Inventory, Direct Expenses | Project management; Transmittal of paper copies of a report to ADNR; SI 2017 groundwater monitoring and preparation of groundwater monitoring report; Follow up from installation of MW-30, 31 and 32; Planning for remedial investigation field testing; Round one and vapor sampling; Evaluation of initial soil vapor results; Remedial planning; Document Inventory (with redacted description) | 2017.08.07 KJ Invoice AR_HLINT00014433.PDF | Assumed to be related to tasks on KJ invoice 116705, which are predominantly remediation costs |
| 1-7100073 | 10/30/2017 | 4 | 10/30/2017 | 10/30/2017 | Fruitpro, Inc. | $1,320.17 | $0.00 | $1,320.17 | $0.00 | AR_HLINT00027057 | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | | Sampling bottleware | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | Assumed to be related to tasks on KJ invoice 116705, which are predominantly remediation costs |
| 116705 | 11/9/2017 | 4 | 7/29/2017 | 10/27/2017 | Kennedy/Jenks | $69,416.70 | $0.00 | $60,174.64 | $4,041.06 | AR_HLINT00016991 | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | Project Mgmt. & Agency interaction, Groundwater Monitoring, OM/M Well Installation, RI Field Testing, Source Area Screening & Reporting, Risk Assessment, Initial Remedial Planning, Document Inventory | Project management; 2017 OM Monitoring in Huntsville; Finalization of combined OM Monitoring and well installation report; Task now complete; Planning for RI Field Testing; Evaluation of soil vapor sampling and report sampling; Finalization; Preparation for round two of soil vapor sampling; Evaluation of initial soil vapor results; Remedial planning | Invoices - AR_HLINT00016665-0002700?p.201-407.pdf | Assumed to be related to tasks on KJ invoice 116705, which are predominantly remediation costs |

Exhibit B - Invoice Summary

| Invoice Number | Invoice / Cover Letter Date | Reps-Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg_Ratio | Invoice Document Source | Invoice Cost Category Description(s) | Activities Notes | Activities Source(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171107 | 11/13/2017 | 4 | Unknown | Unknown | The Probing Company | $5,850.00 | $0.00 | $5,850.00 | $0.00 | AK_HLINT0027007 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | | "Three Days of Vapor Sampling" "Boring Installation" | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 118705, which are remediation costs |
| 120417 | 12/4/2017 | 4 | Unknown | Unknown | Scherbor Infrastructure Renewal | $1,000.00 | $0.00 | $1,000.00 | $0.00 | AK_HLINT0027089 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | | GPR Survey & Clear Bore Holes | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 118705, which are remediation costs |
| 130289 | 2/9/2018 | 4 | 10/26/2017 | 1/26/2018 | Kennedy/Jenks | $94,238.52 | $0.00 | $86,179.54 | $8,058.98 | AK_HLINT0026699 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Project Mgmt. & Agency Interaction, Assessment, Initial Remedial Planning, Screening and Reporting, Risk Document Inventory, Direct Expenses | | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 118705, which are remediation costs |
| 76182007 | 2/20/2018 | 4 | 2/20/2018 | 2/20/2018 | Safety Kleen | $3,070.20 | $0.00 | $3,070.20 | $0.00 | AK_HLINT0027005 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | | No Cover Sheet | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 123291, which are remediation costs |
| 131091 | 4/20/2018 | 4 | 1/27/2018 | 3/30/2018 | Kennedy/Jenks | $103,488.94 | $0.00 | $29,961.07 | $73,457.88 | AK_HLINT0026753 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Project Mgmt. & Agency Interaction, Groundwater Monitoring, Risk Assessment, Initial Remedial Planning and Reporting, Initial Remedial Planning, Document Inventory, Direct Expenses | | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Receipts not shown directly after invoice, but are included in Activities Source document. |
| 76805663 | 5/11/2018 | 4 | 5/11/2018 | 5/11/2018 | Safety Kleen | $379.39 | $0.00 | $379.39 | $0.00 | AK_HLINT0027067 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | | Drums (2) | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 123154, which are remediation costs |
| 131954 | 5/24/2018 | 4 | 3/31/2018 | 4/27/2018 | Kennedy/Jenks | $47,104.52 | $0.00 | $30,824.77 | $16,279.55 | AK_HLINT0026706 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Project Mgmt. & Agency Interaction, Groundwater Monitoring, Risk Assessment, Initial Remedial Planning, Document Inventory, Direct Expenses | | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Receipts not shown directly after invoice, but are included in Activities Source document. |
| 132334 | 6/15/2018 | 4 | 4/28/2018 | 5/25/2018 | Kennedy/Jenks | $62,059.43 | $0.00 | $38,345.85 | $23,713.58 | AK_HLINT0026709 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Project Mgmt. & Agency Interaction, Groundwater Monitoring, Risk Assessment, Initial Remedial Planning, Document Inventory, Direct Expenses | | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Receipts not shown directly after invoice, but are included in Activities Source document. |
| 133519 | 7/25/2018 | 4 | 5/26/2018 | 6/29/2018 | Kennedy/Jenks | $37,164.79 | $0.00 | $35,745.79 | $1,419.00 | AK_HLINT0026712 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Project Mgmt. & Agency Interaction, Groundwater Monitoring, Risk Assessment, Initial Remedial Planning, Direct Expenses | | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Receipts not shown directly after invoice, but are included in Activities Source document. |
| 134246 | 8/21/2018 | 4 | 6/30/2018 | 7/27/2018 | Kennedy/Jenks | $14,506.50 | $0.00 | $14,506.50 | $0.00 | AK_HLINT0026730 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Project Mgmt. & Agency Interaction, Groundwater Monitoring, Risk Assessment, Initial Remedial Planning, Direct Expenses | | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Receipts for Invoice # 121954, 123154, 124298, and 123519 are appended to this invoice |
| 125298 | 10/16/2018 | 4 | 7/28/2018 | 9/28/2018 | Kennedy/Jenks | $45,313.31 | $0.00 | $45,313.31 | $0.00 | AK_HLINT0027069 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Corrective Action Plan, GW Monitoring, PM/Communications, Pilot Test, Direct Expenses | | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 127305, which are remediation costs |
| 76823035 | 10/16/2018 | 4 | 10/15/2018 | 10/15/2018 | Safety Kleen | $1,516.44 | $0.00 | $1,516.44 | $0.00 | AK_HLINT0027071 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | | Water Disposal - 2 drums for groundwater | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 127305, which are remediation costs |
| 78450481 | 11/9/2018 | 4 | 11/9/2018 | 11/9/2018 | Safety Kleen | $110.31 | $0.00 | $110.31 | $0.00 | AK_HLINT0027073 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | | No Cover Sheet | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 127305, which are remediation costs |
| 126325 | 11/27/2018 | 4 | 9/29/2018 | 10/26/2018 | Kennedy/Jenks | $12,338.58 | $0.00 | $12,338.58 | $0.00 | AK_HLINT0026756 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Project Mgmt. & Agency Interaction, Groundwater Monitoring, Initial Installations, Initial Remedial Planning, Direct Expenses | | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Receipts not shown directly after invoice, but are included in Activities Source document. |
| 127305 | 1/24/2019 | 4 | 10/27/2018 | 12/28/2018 | Kennedy/Jenks | $55,966.84 | $0.00 | $55,966.84 | $0.00 | AK_HLINT0026758 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Project Mgmt. & Agency Interaction, Groundwater Monitoring, Initial Installations, Initial Remedial Planning, Direct Expenses | | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Receipts for Invoice # 126325 and 127305 are appended to this invoice |
| 127577 | 2/1/2019 | 5 | 12/29/2018 | 1/25/2019 | Kennedy/Jenks | $42,180.31 | $0.00 | $42,180.31 | $0.00 | AK_HLINT0026773 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Corrective Action Plan, GW Monitoring, PM/Communications, Pilot Test, Direct Expenses | | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | No Cover Sheet |
| 79100668 | 3/4/2019 | 5 | 2/28/2019 | 2/28/2019 | Safety Kleen | $1,389.50 | $0.00 | $1,389.50 | $0.00 | AK_HLINT0027380 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | | Water Disposal - 2 drums for groundwater | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 129466, which are remediation costs |
| 128789 | 3/19/2019 | 5 | 1/26/2019 | 2/22/2019 | Kennedy/Jenks | $26,800.13 | $0.00 | $26,800.13 | $0.00 | AK_HLINT0026967 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | | Drums (12) | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 129466, which are remediation costs |
| 79607704 | 3/20/2019 | 5 | 3/18/2019 | 3/18/2019 | Safety Kleen | $1,171.83 | $0.00 | $1,171.83 | $0.00 | AK_HLINT00270957 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | | Pump Hoist Surface Completions | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 129466, which are remediation costs |
| 15928396 | 3/20/2019 | 5 | 3/20/2019 | 3/21/2019 | Cascade | $10,150.00 | $0.00 | $10,150.00 | $0.00 | AK_HLINT0026967 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | | GPR survey/clear borings | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 129466, which are remediation costs |
| 3122019 | 3/20/2019 | 5 | Unknown | Unknown | Scherbor Infrastructure Renewal | $650.00 | $0.00 | $650.00 | $0.00 | AK_HLINT0027091 | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | | | Invoices - AK_HLINT0026665-0027007p.201-407.pdf | Assumed to be related to tasks on IC/ Invoice 129466, which are remediation costs |

Insurers' Opposition to Summary Judgment Exhibit No. 106

EXHIBIT B - Invoice Summary

| Invoice Number | Invoice/Cover Letter Date | Reeve Assigned Phase | Period Start | Period End | Vendor | Invoice Total | Investigation Total | Remediation Total | Legal and Doc Production Total | Invoice Reg._Bates | Invoice Document Source | Invoice Cost Category Description(s) | Activities Notes | Activities Source(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129466 | 4/22/2019 | 5 | 2/21/2019 | 3/29/2019 | Kennedy/Jenks | $48,843.28 | $0.00 | $48,843.28 | $0.00 | AK_HLINT00026783 | Invoices - AK_HLINT00026601-00027097p.001-200.pdf | Corrective Action Plan, GW Monitoring, Wellhead Maintenance, PM/Communications, Pilot Test, Direct Expenses | No Cover Sheet | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 129975 or 130547, which are remediation costs |
| 79860721 | 4/25/2019 | 5 | 4/15/2019 | 4/15/2019 | Safety-Kleen | $2,779.50 | $0.00 | $2,779.50 | $0.00 | AK_HLINT00027077 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | Drums 191 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 129975 or 130547, which are remediation costs |
| 1002810837 | 5/1/2019 | 5 | 4/15/2019 | 4/30/2019 | Clean Harbors | $1,269.12 | $0.00 | $1,269.12 | $0.00 | AK_HLINT00027096 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | Roll-off Drop off and Rental Rolloff Delivery | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 129975 or 130547, which are remediation costs |
| 79983639 | 5/6/2019 | 5 | 4/12/2019 | 5/2/2019 | Safety-Kleen | $4,097.13 | $0.00 | $4,097.13 | $0.00 | AK_HLINT00027079 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | Waste Disposal - 12 drums of hazardous non-hazardous groundwater | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 129975 or 130547, which are remediation costs |
| 11929584 | 5/7/2019 | 5 | 4/22/2019 | 4/30/2019 | Cascade | $49,673.50 | $0.00 | $49,673.50 | $0.00 | AM_H11 NT00010069 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | Sonic Drilling - 183 feet Well Installation - 179 feet Water Management Well Development Surface Completions | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 129975 or 130547, which are remediation costs |
| 139975 | 5/14/2019 | 5 | 3/30/2019 | 4/26/2019 | Kennedy/Jenks | $49,713.59 | $0.00 | $49,713.59 | $0.00 | AK_HLINT00024799 | Invoices - AK_HLINT00026601-00027097p.001-200.pdf | Corrective Action Plan, GW Monitoring, PM/Communications, Pilot Test, Direct Expenses | No Cover Sheet | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Only first page of invoice provide. No detailed backup provided. Assumed to be related to tasks on K/J invoice 131595, which are remediation costs |
| 1002810864 | 5/20/2019 | 5 | Unknown | 5/31/2019 | Clean Harbors | $599.59 | $0.00 | $599.59 | $0.00 | AK_HLINT00025890 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | Roll-off Drop off and Rental | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 131595, which are remediation costs |
| 80277360 | 6/4/2019 | 5 | 5/31/2019 | 5/31/2019 | Safety-Kleen | $53,918.18 | $0.00 | $53,918.18 | $0.00 | AK_HLINT00027082 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | Waste Disposal - 20 drums of hazardous and non-hazardous of groundwater and semivolatile Overpacks | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 131595, which are remediation costs |
| 130547 | 6/11/2019 | 5 | 4/27/2019 | 5/24/2019 | Safety-Kleen | $35,644.89 | $0.00 | $35,644.89 | $0.00 | AK_HLINT00025835 | Invoices - AK_HLINT00026601-00027097p.001-200.pdf | Corrective Action Plan, GW Monitoring, PM/Communications, Pilot Test, Direct Expenses | No Cover Sheet | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 131595, which are remediation costs |
| 80302933 | 6/24/2019 | 5 | 6/20/2019 | 6/20/2019 | Safety-Kleen | $958.50 | $0.00 | $958.50 | $0.00 | AK_HLINT00027084 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | Waste Disposal - 3 drums of non-hazardous semivolatile | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 131595, which are remediation costs |
| 1002887331 | 7/1/2019 | 5 | Unknown | 6/30/2019 | Clean Harbors | $686.70 | $0.00 | $686.70 | $0.00 | AK_HLINT00026092 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | Roll-off Drop off and Rental | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Only first page of invoice provide. No detailed backup provided. Assumed to be related to tasks on K/J invoice 131595 or 133195, which are remediation costs |
| 1002917501 | 7/16/2019 | 5 | 7/1/2019 | 7/16/2019 | Clean Harbors | $584.67 | $0.00 | $584.67 | $0.00 | AK_HLINT00026094 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | No Cover Sheet | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Only first page of invoice provide. No detailed backup provided. Assumed to be related to tasks on K/J invoice 131595 or 133195, which are remediation costs |
| 131595 | 7/18/2019 | 5 | 5/25/2019 | 6/28/2019 | Kennedy/Jenks | $50,582.88 | $0.00 | $50,582.88 | $0.00 | AK_HLINT00027870 | Invoices - AK_HLINT00026601-00027097p.001-200.pdf | Communication Charges, GW Monitoring, PM/Communications, Pilot Test, Direct Expenses | No Cover Sheet | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 133195, which are remediation costs |
| 1002821004 | 7/19/2019 | 5 | 7/1/2019 | 7/3/2019 | Kennedy/Jenks | $3,728.50 | $0.00 | $3,728.50 | $0.00 | AK_HLINT00027096 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | Bulk Soil Transportation and Disposal - 4 tons | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 133195, which are remediation costs |
| 11932184 | 9/12/2019 | 5 | 9/2/2019 | 9/2/2019 | Cascade | $9,775.00 | $0.00 | $9,775.00 | $0.00 | AK_HLINT00027071 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | Sonic Drilling - 35 feet Well Installation - 35 feet Water Management Well Development Surface Completions | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 133934, which are remediation costs |
| 133259 | 9/26/2019 | 5 | 6/29/2019 | 8/23/2019 | Kennedy/Jenks | $46,523.46 | $0.00 | $46,523.46 | $0.00 | AK_HLINT00025882 | Invoices - AK_HLINT00026601-00027097p.001-200.pdf | GW Monitoring, PM/Communications, Pilot Test, Direct Expenses | No Cover Sheet | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 133934, which are remediation costs |
| 954366 | 10/11/2019 | 5 | Unknown | 9/30/2019 | S&ME | $966.86 | $0.00 | $966.86 | $0.00 | AK_HLINT00027086 | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | | Well-Installation surveying | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 133934, which are remediation costs |
| 133934 | 10/16/2019 | 5 | 8/24/2019 | 9/27/2019 | Kennedy/Jenks | $51,502.59 | $0.00 | $51,502.59 | $0.00 | AK_HLINT00025888 | Invoices - AK_HLINT00026601-00027097p.001-200.pdf | GW Monitoring, PM/Communications, Pilot Test, Legal Support, Direct Expenses | No Cover Sheet | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | Assumed to be related to tasks on K/J invoice 133934, which are remediation costs |
| 134435 | 11/21/2019 | 5 | 9/28/2019 | 10/25/2019 | Kennedy/Jenks | $28,777.77 | $0.00 | $28,434.65 | $1,363.12 | AK_HLINT00025094 | Invoices - AK_HLINT00026601-00027097p.001-200.pdf | GW Monitoring, PM/Communications, Pilot Test, Legal Support, Non-Billable Effort, Direct Expenses | No Cover Sheet | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | $988.80 in "Non-billable Effort" assumed to be remediation costs because all other costs on this invoice are remediation costs |
| 134777 | 12/1/2019 | 5 | 10/26/2019 | 11/22/2019 | Kennedy/Jenks | $53,219.73 | $0.00 | $18,067.93 | $53,151.80 | AK_HLINT00027047 | Invoices - AK_HLINT00026601-00027097p.001-200.pdf | Communication Charges, GW Monitoring, PM/Communications, Pilot Test, Legal Support, Direct Expenses | No Cover Sheet | Invoices - AK_HLINT00026601-00027097p.201-407.pdf | |

TOTAL INVESTIGATION $3,785,582.26
TOTAL REMEDIATION $1,438,083.17
TOTAL LEGAL/DOCUMENT PRODUCTION $57,515.83
TOTAL COSTS $5,431,181.68

70%
26%
4%

a) Invoice not included in documents produced. Invoice total determined based on "Previous Billings" total on Invoice No. 0040230012 minus "Total Billings" of Invoice No. 0040290010

# Exhibit C

Kennedy/Jenks Task Cost Summary



Exhibit C: Remedy Delerts Fast Cost Summary

Insurers' Opposition to Summary Judgment Exhibit No. 106

Case 2:17-cv-05247-JFW-SEM Document 191-9 Filed 04/03/20 Page 80 of 89 Page ID #:11905









Insurers' Opposition to Summary Judgment Exhibit No. 106



Exhibit C: Kennedy/Jenike Task Cost Summary

Insurers' Opposition to Summary Judgment Exhibit No. 106



Insurers' Opposition to Summary Judgment Exhibit No. 106



Case 2:17-cv-05247-JFW-SEM Document 191-96 Filed 04/03/20 Page 87 of 89 Page ID #:11012

# Exhibit D

Groundwater Sampling Summary

**Exhibit D: Groundwater Sampling Summary**

| | | | Sampling Data | | | | Cost Data | | |
|---|---|---|---|---|---|---|---|---|---|
| Sampling Year | Sampling Period | Sampling Date/Date Range | Sampling Information Source | Sampling Information Source Bates Number (first page) | Sampling Effort Description | Number of Groundwater Samples Collected[a] | Invoice No.[b] | Technician Hours Billed[c] | Technician Rate |
| 2000 | Q4 | 12/6/2000 | Groundwater Monitoring Report, November 2001, dated 2/21/2002 | AR_HUNT00016200 | Sample counts taken from Table 2 of Groundwater Monitoring Report for November 2001 samples (shows December 2000 samples). | 3 | 004029D014 | No reasonable way to identify the staff personnel performing monitoring and associated costs. | $ 86.00 |
| 2001 | Q4 | 11/6/2001 | Groundwater Monitoring Report dated 2/21/2002 | AR_HUNT00016200 | "On November 6, 2001, water samples were collected from the wells using standard purge and sample techniques." (page 6). | 3 | 004029D014 | 22.5 | $ 85.00 |
| 2002 | Q3 | 7/25/2002 | Status Report dated October 9, 2002 / Soil and Groundwater Investigation Report dated February 25, 2003 | AR_HUNT00000043 / AR_HUNT00000047 | "Water levels were measured and samples were collected in nine of ten monitoring wells in late July 2002." (Status Report) / Table 3 of Soil and Groundwater Investigation report shows date and number of samples collected. | 9 | 004206D23 | 43 | $ 85.00 |
| 2002 | Q3 | 9/25/2002 | Status Report dated October 9, 2002 / Soil and Groundwater Investigation Report dated February 25, 2003 | AR_HUNT00000043 / AR_HUNT00000047 | "Re-sampling. A second round of groundwater monitoring was performed in the newly installed wells on 25 September 2002. MW-9 remained dry at the time of re-sampling." (Status Report) / Table 3 of Soil and Groundwater Investigation report shows 6 wells sampled. | 6 | 004206D24 | 34 | $ 85.00 |
| 2003 | Q3 | 9/23/2003 | Semiannual Groundwater Monitoring Report, September 2003 and February 2004, dated August 16, 2004 | AR_HUNT00008736 | 9 well samples identified in Table 2 (plus one well that was dry) 4 surface water samples identified in Table 6 | 9 | 004206D034 | 45 | $ 85.00 |
| 2004 | Q1 | 2/4/2004 | Semiannual Groundwater Monitoring Report, September 2003 and February 2004, dated August 16, 2004 | AR_HUNT00008736 | 9 well samples identified in Table 2 (plus one well that was dry) 5 surface water and 1 spring sample identified in Table 6 | 9 | 004206D034 | 59 | $ 85.00 |
| 2004 | Q4 | 11/16/2004-11/18/2004 | Semiannual Groundwater Monitoring Report, Fourth Quarter 2004 and First Quarter 2005, dated September 30, 2005 | AR_HUNT00005802 | "During the November 2004 monitoring event, surface water samples were collected at 5 sampling locations from Turtle Creek (TC-1 through TC-5)." Also notes a spring sample. Page 6. | 9 | 5668 | 46.5 | $ 73.00 |
| 2005 | Q1 | 3/15/2005-3/18/2005 | Semiannual Groundwater Monitoring Report, Fourth Quarter 2004 and First Quarter 2005, dated September 30, 2005 | AR_HUNT00005802 | Table 3 shows 15 groundwater samples collected. Table 5 shows 15 groundwater, 5 surface water samples, and 1 spring sample | 15 | 8601 | 81 | $ 73.00 |
| 2005 | Q1 | 7/18/2005-7/22/2005 | Semiannual Groundwater Monitoring Report, July 2005 and October 2005, dated March 10, 2006 | AR_HUNT00016551 | Table 5 shows 15 groundwater, 5 surface water, and 1 spring sample | 15 | 11094 | 81 | $ 84.00 |
| 2005 | Q3 | 10/3/2005-10/7/2005 | Semiannual Groundwater Monitoring Report, July 2005 and October 2005, dated March 10, 2006 | AR_HUNT00016551 | Table 10 shows 15 groundwater, 5 surface water, and 1 spring sample | 15 | 13733 | 44.5 | $ 84.00 |
| 2006 | Q1 | 1/17/2006-1/20/2006 | First Quarter Groundwater Monitoring Report, January 2006, dated May 3, 2006 | AR_HUNT00017264 | Table 5 shows 15 groundwater, 5 surface water, and 1 spring sample | 15 | 15595 | 70 | $ 84.00 |
| 2006 | Q2 | 4/17/2006-4/21/2006 | Second Quarter Groundwater Monitoring Report, April 2006, dated July 31, 2006 | AR_HUNT00008927 | Table 5 shows 15 groundwater, 5 surface water, and 1 spring sample | 15 | 17193 | 73.5 | $ 84.00 |
| 2006 | Q3 | 7/26/2006-7/28/2006 | Third Quarter Groundwater Monitoring Report, July 2006, dated October 30, 2006 | AR_HUNT00009112 | Table 5 shows 15 groundwater, 5 surface water, and 1 spring sample | 15 | 19196 | 52.5 | $ 84.00 |
| 2006 | Q4 | 10/10/2006-10/13/2006 | Fourth Quarter Groundwater Monitoring Report, October 2006, dated December 21, 2006 | AR_HUNT00006530 | Table 5 shows 15 groundwater, 5 surface water, and 1 spring sample (dry) | 15 | 20851 | 67 | $ 84.00 |
| 2007 | Q1 | 1/23/2007-1/25/2007 | First Quarter Groundwater Monitoring Report, January 2007, dated April 6, 2007 | AR_HUNT00006822 | Table 5 shows 15 groundwater, 5 surface water, and 1 spring sample (dry) | 15 | 22686 | 45.5 | $ 95.00 |
| 2007 | Q2 | 4/23/2007-4/26/2007 | Second Quarter Groundwater Monitoring Report, April 2007, dated July 24, 2007 | AR_HUNT00072228 | Table 5 shows 15 groundwater, 5 surface water, and 1 spring sample | 15 | 25053 | 74.5 | $ 95.00 |
| 2007 | Q3 | 7/24/2007-7/27/2007 | Third Quarter Groundwater Monitoring Report, July 2007, dated December 5, 2007 | AR_HUNT00007506 | Table 5 shows 15 groundwater, 5 surface water, and 1 spring sample (dry) | 15 | 26031 | 64.5 | $ 95.00 |
| 2007 | Q4 | 10/30/2007-11/2/2007 | Fourth Quarter Groundwater Monitoring Report, October/November 2007, dated November 26, 2008 | AR_HUNT00007783 | Table 5 shows 15 groundwater, 5 surface water | 15 | 28942 | 70.5 | $ 95.00 |
| 2008 | Q1 | 1/29/2008-2/1/2008 | First Quarter Groundwater Monitoring Report, January 2008, dated February 5, 2009 | AR_HUNT00008103 | Table 5 shows 15 groundwater, 5 surface water | 15 | 31045 | 60.5 | $ 95.00 |
| 2008 | Q3 | 7/21/2008-7/24/2008 | Third Quarter Groundwater Monitoring Report, July 2008, dated July 26, 2009 | AR_HUNT00008240 | Table 5 shows 15 groundwater, 5 surface water. Note that Table 6 indicates that no samples were collected in Q2 2008. | 15 | 34474 | 67 | $ 95.00 |
| 2008 | Q4 | 11/6/2008-11/9/2008 | Fourth Quarter Groundwater Monitoring Report, November 2008, dated June 26, 2009 | AR_HUNT00008240 | Table 5 shows 6 groundwater samples | 6 | 37458 | 42.5 | $ 95.00 |
| 2009 | Q1 | 2/3/2009-2/6/2009 | First Quarter Groundwater Monitoring Report, February 2009, dated August 19, 2009 | AR_HUNT00008326 | Table 5 shows 15 groundwater, 5 surface water | 15 | 39124 | 66 | $ 85.00 |
| 2010 | Q2 | 5/6/2010-5/14/2010 | Groundwater Monitoring Report dated 4/18/2011 | AR_HUNT00020694 | "Groundwater gauging and sampling were performed during March 2010. The wells were gauged on 3 May 2010, and sampled between 3 May and 14 May 2010. Surface water sampling was performed at five locations TC-1 through TC-5 in Turtle Creek on 12 May 2010." | 34 | 48567 | 133.5 | $ 99.00 |
| 2010 | Q3 | 8/23/2010-8/31/2010 | Groundwater Monitoring Report dated 5/31/2011 | AR_HUNT00007701 | "Groundwater gauging and sampling were performed during August 2010. The wells were gauged on 23 August 2010, and sampled between 24 August and 31 August 2010. Surface water was not sampled in Q3 2010." | 24 | 50922 and 51487 | 107.5 | $ 99.00 |
| 2010 | Q4 | 11/10/2010-11/20/2010 | Groundwater Monitoring Report dated 6/7/2011 | AR_HUNT00003189 | "Groundwater gauging and sampling were performed during November 2010. The wells were gauged on 10 November 2010, and sampled between 11 November and 20 November 2010. TC-1 through TC-5 in Turtle Creek on 15 November 2010." | 39 | 52708 | 143.5 | $ 99.00 |
| 2011 | Q2 | April 2011 | Groundwater Monitoring Report dated 1/20/2011 | AR_HUNT00003604 | Unknown. May have the incorrect table attached with the cover page. Attached table is a duplicate of Q2 2010 table, include dates. | 38 | 56161 | 140.5 | $ 99.00 |
| 2011 | Q3 | 7/19/2011-8/5/2011 | Groundwater Monitoring Report dated 11/28/2011 | AR_HUNT00004113 | "Groundwater gauging and sampling were performed during July 2011. The wells were gauged on 19 July 2011, and samples between 19 July and 5 August 2011. Surface water samples were collected at locations TC-1 through TC-5 22 July 2011." | 39 | 59006 | 232 | $ 99.00 |

Insurers' Opposition to Summary Judgment Exhibit No. 106

Exhibit D: Groundwater Sampling Summary

| | | | Sampling Data | | | | Cost Data | | |
|---|---|---|---|---|---|---|---|---|---|
| Sampling Year | Sampling Period | Sampling Date/Date Range | Sampling Information Source | Sampling Information Source Bates Number (first page) | Sampling Effort Description | Number of Groundwater Samples Collected[1] | Invoice No.[3,4] | Technician Hours Billed[3,5] | Technician Rate |
| 2011 | Q4 | 10/21/2011-11/7/2011 | Groundwater Monitoring Report dated 3/8/2012 | AR_HLNTD0004873 | Statistics of sampling event on Page 2 of report and Table 4. | 37 | 60733 | 128 | $ 99.00 |
| 2012 | Q1 | 2/3/2012-2/12/2012 | Groundwater Monitoring Report dated 11/16/2011 | AR_HLNTD0005009 | Statistics of sampling event on Page 2 of report and Table 4. | 44 | 63140 | 136 | $ 99.00 |
| 2012 | Q2 | 6/21/2012-6/26/2012 | Groundwater Monitoring Report dated 4/23/2013 | AR_HLNTD0000816 | Statistics of sampling event on Page 2 of report and Table 4. | 23 | 66351 | 112.5 | $ 99.00 |
| 2013 | Q1 | 1/19/2013-2/7/2013 | First Quarter 2013 Groundwater Monitoring Report, dated June 7, 2013 | AR_HLNTD0001069 | Statistics of sampling event on Page 2 of report. | 47 | 71090 and 72483 | 229 | $ 99.00 |
| 2013 | Q3 | 8/16/2013-8/28/2013 | Third Quarter 2013 Groundwater Monitoring Report, dated April 16, 2014 | AR_HLNTD0001569 | Statistics of sampling event on Page 2 of report. | 29 | 76023 | 116.5 | $ 99.00 |
| 2014 | Q1 | 1/30/2014-2/19/2014 | First Quarter 2014 Groundwater Monitoring Report, dated April 24, 2015 | AR_HLNTD0005300 | Statistics of sampling event on Page 2 of report. | 53 | 79910 and 80635 | 177 | $ 99.00 |
| 2014 | S2 | 10/16/2014-10/31/2014 | Second Half 2014 Groundwater Monitoring Report, dated April 20, 2015 | AR_HLNTD0005471 | Statistics of sampling event on Page 2 of report. | 30 | 87949 and 88666 | 166 | $ 99.00 |
| 2015 | S1 | 3/18/2015-4/1/2015 | First Half 2015 Groundwater Monitoring Report, dated June 18, 2015 | AR_HLNTD0005620 | Statistics of sampling event on Page 2 of report. | 39 | 91695 | 98.5 | $ 99.00 |
| 2015 | S2 | 10/4/2015-10/23/2015 | Second Half 2015 Groundwater Monitoring Report, dated March 11, 2016 | AR_HLNTD0000064 | Statistics of sampling event on Page 2 of report. | 37 | 97829 | 178 | $ 99.00 |
| 2016 | S1 | 5/16/2016-5/31/2016 | First Half 2016 Groundwater Monitoring Report, dated December 30, 2016 | AR_HLNTD0018031 | Statistics of sampling event on Page 2 of report. | 13 | 102620 | 80.5 | $ 99.00 |
| 2016 | S2 | 12/9/2016-12/15/2016 | Second Half 2016 Groundwater Monitoring Report, dated April 18, 2017 | AR_HLNTD0018290 | Statistics of sampling event on Page 2 of report. | 9 | 108258 | 102.5 | $ 99.00 |
| 2017 | S1 | 5/7/2017-5/11/2017 and 5/30/2017-6/2/2017 | Well Installation and First Semiannual 2017 Groundwater Monitoring report, dated December 19, 2017 | AR_HLNTD0005471 | Table 3 provides analytical data that shows 16 groundwater samples and 2 surface water samples were collected. | 16 | 114354 | 75.25 | $ 99.00 |
| 2017 | S2 | 11/6/2017 and 11/8/2017-11/16/2017 | Second Semiannual 2017 Groundwater Monitoring Report, dated April 24, 2018 | AR_HLNTD0004813 | Statistics of sampling event on Page 2 of report. | 16 | 119289 | 98.75 | $ 99.00 |
| 2018 | S1 | 5/6/2018 and 5/8/2018-5/22/2018 | First Semiannual 2018 Groundwater Monitoring Report, dated September 21, 2018 | AR_HLNTD0002526 | Statistics of sampling event on Page 2 of report. | 16 | 122534 | 109.5 | $ 99.00 |
| 2018 | S2 | 11/7/2018-11/8/2018 and 11/10/2018-11/17/2018 | Second Semiannual 2018 Groundwater Monitoring Report, dated January 21, 2019 | AR_HLNTD0003864 | Statistics of sampling event on Page 2 of report. | 15 | 127305 | 135 | $ 99.00 |
| 2019 | | | Unknown. Groundwater monitoring report not available for review. | | | | 129466 | 133.5 | $ 99.00 |
| 2020 | | | Unknown. Groundwater monitoring report not available for review. | | | | 129071 | 100 | $ 99.00 |

Subtotal (7/1/2006 to Present): 739

Subtotal (events for which number of samples and billing information is available): 859 — 3310.5

Total: 862 — 3910.5

Notes:
1. Does not include duplicate analytical samples.
2. When the sampling event spans multiple billing period technician hours are the sum of the hours from both billing periods.
3. Technician scope of work and appropriate task billed were inferred from the incomplete invoice backup provided. Analysis required reasonable assumptions regarding the personnel performing the sampling, and reasonable assumptions regarding which task included groundwater monitoring costs.
4. Assumes technician is the staff person performing work based on later invoices (after approximately 2005) which show travel and labor costs for a technician that coincides with groundwater sampling event.
5. Exhibit C captures total technician time billed for the task. This summary assumes only the technician with substantial hours billed performed the sampling. Technician hours billed in Exhibit C may not match technician hours billed in Exhibit D.

2 of 2

Insurers' Opposition to Summary Judgment Exhibit No. 106